# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ENTERED
LODGED RECEIVED

SEP 14 2017

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>LEE ELBAZ,<br>a/k/a "Lena Green"<br><br>*Defendant(s)* | )<br>)<br>) Case No. **17-2534 TJS**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2014 through Sept. 2017__ in the county of __Montgomery County__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael McGillicuddy, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **September 14, 2017**

_____
*Judge's signature*

City and state: __Greenbelt, Maryland__     Hon. Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*