IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. 17-2534 TJS |
| LEE ELBAZ, | * | |
| Defendant. | * | |

*******

## MOTION TO UNSEAL IN PART

The United States of America, by its attorneys, Stephen M. Schenning, Acting United States Attorney for the District of Maryland, and Nicolas A. Mitchell, Assistant United States Attorney for said District, moves this Honorable Court for an order partially unsealing the Criminal Complaint and other documents filed in the above-captioned matter. The defendant is in custody in Brooklyn, New York, thereby obviating the need to maintain the case under seal any longer. Attached hereto is a copy of the Criminal Complaint, **with redactions**, for filing.

**WHEREFORE**, the Government requests that the Criminal Complaint, attached hereto with redactions, be **partially unsealed** and that all other documents filed in this action be unsealed until further order of the Court.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney

By: _____
Nicolas A. Mitchell
Assistant United States Attorney

**ORDERED** as prayed, this 15th day of September, 2017.

_____
Honorable Timothy J. Sullivan
United States Magistrate Judge