CLOSED

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CRIMINAL DOCKET FOR CASE #: 1:17-mj-00821-RLM All Defendants

Case title: USA v. Elbaz

Date Filed: 09/15/2017
Date Terminated: 09/19/2017

Assigned to: Chief Mag. Judge Roanne L. Mann

**Defendant (1)**

**Lee Elbaz**
TERMINATED: 09/19/2017
*also known as*
Lena Green
TERMINATED: 09/19/2017

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1343.F 18:1349 | |

**Plaintiff**
USA     represented by   **Cory Jacobs**
U.S. Department of Justice, Criminal Division, Fraud Section
1400 New York Avenue, Nw
Washington, DC 20530
202-616-4994

Fax: 202-616-4994
Email: cory.jacobs@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Government Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2017 | 1 | RULE 5 AFFIDAVIT by USA as to Lee Elbaz by Affiant Lee Elbaz (Sica, Michele) (Entered: 09/18/2017) |
| 09/15/2017 |  | Arrest (Rule 5) of Lee Elbaz (Sica, Michele) (Entered: 09/18/2017) |
| 09/15/2017 | 3 | TEMPORARY COMMITMENT Issued as to Lee Elbaz (Sica, Michele) (Entered: 09/18/2017) |
| 09/18/2017 | 2 | Minute Entry for proceedings held before Chief Mag. Judge Roanne L. Mann: For a removal as to Lee Elbaz (1) Count Complaint held on 9/18/2017, Attorney Appointment Hearing as to Lee Elbaz held on 9/18/2017, Initial Appearance in Rule 5(c)(3) Proceedings as to Lee Elbaz held on 9/18/2017. Defendant present with retained counsel Jonathan Lopez; AUSA Cory Jacobs. Hebrew Interpreter present, Paul Gribetz. Removal hearing is set for 9/19/2017 @ 2pm. Defense presented a bail package; The government opposed. The Court did not accept package presented. A temporary order of detention entered. (FTR Log #4:41-5:29.) (Sica, Michele) (Entered: 09/18/2017) |
| 09/18/2017 | 4 | MOTION for Leave to Appear Pro Hac Vice by Lee Elbaz. (Yuen, Sui-May) (Entered: 09/20/2017) |
| 09/19/2017 |  | ORDER granting 4 Motion for Leave to Appear The attorney shall register for ECF, registration is available online at the NYEDs homepage. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure that the 150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee* .. as to Lee Elbaz (1). Ordered by Magistrate Judge Vera M. Scanlon on 9/19/2017. (Yuen, Sui-May) (Entered: 09/20/2017) |
| 09/19/2017 | 5 | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon:Detention Hearing as to Lee Elbaz held on 9/19/2017 (FTR Log #2;45-3;20, 3;40-3;53, 4;13-3;27.) AUSA Cory Jacobs present. Defendant present w/ counsel Jonathan Lopez. Hebrew int present. Clerk SM Yuen - " Government opposed bail and request for detention for reasons stated on the record. Court released defendant on a $1.2 million bond with conditions and that defendant MUST report to Judge Sullivan in Maryland Court on 9/20/17 at 9AM. Defendant and surety given bail warnings and signed bond. Defendant waived identity hearing." (Yuen, Sui-May) (Entered: 09/20/2017) |
| 09/19/2017 | 6 | ORDER Setting Conditions of Release as to Lee Elbaz (1) $1.2 million. Ordered by Magistrate Judge Vera M. Scanlon on 9/19/2017. (Yuen, Sui-May) (Entered: 09/20/2017) |
| 09/19/2017 | 7 | REDACTION by USA as to Lee Elbaz to 6 Sealed, Order Setting Conditions of |

| | | |
|---|---|---|
| | | Release (Yuen, Sui-May) (Entered: 09/20/2017) |
| 09/19/2017 | 8 | WAIVER of Rule 5(c)(3) Hearing by Lee Elbaz (Yuen, Sui-May) (Entered: 09/20/2017) |
| 09/19/2017 | 9 | Notice to District of Maryland of a Rule 5 or Rule 32 Initial Appearance as to Lee Elbaz. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to [InterDistrictTransfer_NYED@nyed.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Yuen, Sui-May) (Entered: 09/20/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/20/2017 11:24:28 | | | |
| PACER Login: | ux0681:2794293:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:17-mj-00821-RLM |
| Billable Pages: | 2 | Cost: | 0.20 |