IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | NO. TJS-17-2534 |
| | * | |
| LEE ELBAZ, | * | |

******

## [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

It is SO ORDERED by the United States District Court for the District of Maryland, on this day of December 14, 2017 _____, _____, that the conditions of Defendant's Pretrial Release are modified to permit her to leave her aunt's residence on foot for up to one hour per day during daylight hours, subject the approval of and coordination with the U.S. Pretrial Services Office in San Francisco. During such departures from the residence, Ms. Elbaz shall remain on Burrows Street, between Cambridge Street and Mansfield Street, or within John McLaren Park, confined to the area of the park north of John F. Shelley Drive, bordered by Harvard Street and Mansfield Street.

All other previously-imposed conditions of Defendant's release remain unchanged.

Date: December 14, 2017

Timothy J. Sullivan
United States Magistrate Judge