# Exhibit B

From: James_Ridgway@mdp.uscourts.gov
Date: Jun 13, 2018 9:08 AM
Subject: Re: Lee Elbaz
To: John Chun <johnchun@quinnemanuel.com>
Cc: Nelson_Barao@canpt.uscourts.gov,Anthony_Granados@canpt.uscourts.gov

Good Morning John,

I'm opposed to Ms. Elbaz going to religious services without her third party custodian.

I'm not opposed to the following modification to Ms. Elbaz's current conditions of release:

Participate in mental health treatment as directed by Pretrial Services. The defendant may be authorized leave from her residence for this specific purpose, without being accompanied by her third party custodian, as approved in advance by Pretrial Services.

> Mr. Ridgway, I'm following up on the email below. Could I have your response? I will try calling you this afternoon as well. Many thanks and sorry for the multiple emails.
>
> John
>
> On Jun 8, 2018 3:22 PM, John Chun <johnchun@quinnemanuel.com> wrote:
>
>> Ok, thank you Mr. Ridgway. I need to approach the DOJ as well, and they will likely ask me for your position before deciding theirs. Could you let me know if you would approve the following:
>>
>> --modifying Ms. Elbaz's conditions to have Pretrial Services provide mental health counseling for Ms. Elbaz, unaccompanied by her third party custodian aunt. Ms. Elbaz's PTSO in San Francisco said he was agreeable to setting her up with counseling, if he received a court order.
>>
>> --allowing Ms. Elbaz to attend synagogue unaccompanied by her third party custodian on Friday evenings and Saturday mornings at a location near her residence, all of which would be subject to approval and coordination with Pretrial Services. The San Francisco PTSO said he was fine with this if ordered by the Court.

Thank you very much.

**John H. Chun**
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7162 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
johnchun@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** James_Ridgway@mdp.uscourts.gov [mailto:James_Ridgway@mdp.uscourts.gov]
**Sent:** Friday, June 08, 2018 2:54 PM
**To:** John Chun <johnchun@quinnemanuel.com>
**Subject:** Re: Lee Elbaz

Good Afternoon Mr. Chun,

I was on leave today and am working on other matters today.  We've previously discussed this case several times before regarding potential modifications.  Please just draft or file a motion to modify conditions of release and I will provide my input at that time.  Thanks in advance and have a a great weekend!

James Ridgway
Senior U.S. Probation Officer
U.S. Pretrial Services Office
6500 Cherrywood Lane, Suite 110
Greenbelt, MD  20770
301-344-3678 (office)
301-623-3944 (fax)

From:     John Chun <johnchun@quinnemanuel.com>

2

To: "james_ridgway@mdp.uscourts.gov" <james_ridgway@mdp.uscourts.gov>
Date: 06/07/2018 01:04 PM
Subject: Lee Elbaz

Mr. Ridgway, hope you're well.  Is there a time when we can speak about Ms. Elbaz's release conditions tomorrow?