# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE ELBAZ,<br><br>Defendant. | Criminal Action No. TDC-18-0157 |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendant Lee Elbaz's Motions to Dismiss, ECF Nos. 56, 57, 58, and 59, are DENIED.

2. Elbaz's Motion to Strike, ECF No. 60, is DENIED.

3. Elbaz's Motion, in the Alternative, for a Bill of Particulars, ECF No. 61, is GRANTED IN PART and DENIED IN PART. The Motion is granted in that the Government must file a Bill of Particulars identifying the names of the victims referenced in the Indictment and any allegedly false statements made directly by Elbaz that it intends to introduce at trial, including by providing the date of each statement and the person to whom it was made. The Government must file the Bill of Particulars within **30 days** of the date of this Order. The Motion is otherwise denied.

Date: September 7, 2018

THEODORE D. CHUANG
United States District Judge