# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| | * | CRIMINAL NO. TDC-18-157 |
| LEE ELBAZ, | * | |
| a/k/a "Lena Green" | * | |
| Defendant | * | |

## ORDER GRANTING CONTINUANCE PURSUANT TO 18 U.S.C. § 3161(h)

Upon consideration of the Third Consent Motion for Continuance pursuant to 18 U.S.C. § 3161(h)(7), the Court makes the following findings:

1. Pursuant to the Speedy Trial Act, a trial must occur within 70 days of the filing date of an indictment, or from the date the defendant appeared before a judicial officer of the court in which such charge is pending, whichever occurs last. 18 U.S.C § 3161(c)(1).

2. However, pursuant to 18 U.S.C. § 3161(h)(7), the Court may grant a continuance of speedy trial when the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. The Defendant in this action was indicted on March 22, 2018, and she had an initial appearance and arraignment on March 27, 2018. (*See* Dkt. Nos. 37, 39.)

4. On April 18, 2018, the Court granted a consent motion for a continuance under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) that excluded the time from March 27, 2018 through April 23, 2018 in computing the time within which trial must commence. (Dkt. No. 52.)

5. On April 26, 2018, the Court granted a consent motion for a continuance under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) that excluded the time from April 23, 2018 through May 18, 2018 in computing the time within which trial must commence. (Dkt. No. 55.)

6. On May 16, 2018, the Defendant filed four motions to dismiss the Indictment, a motion to strike a portion of the Indictment, and a motion for a bill of particulars. (Dkt. Nos. 56-61.)

7. On May 21, 2018, the Court issued a Pretrial Scheduling Order that set a trial date of January 7, 2019. (Dkt. No. 65.)

8. On September 10, 2018, the Court granted in part the Defendant's motion for a bill of particulars, and the Court denied the remainder of the Defendant's motions. (Dkt. Nos. 83, 84.) The Government filed its Bill of Particulars on October 10, 2018. (Dkt. No. 85.)

9. Pursuant to 18 U.S.C. § 3161(h)(7), the Government now respectfully requests that the time from September 10, 2018 through January 7, 2019 be excluded in computing the time within which trial must commence, in order to provide time for counsel to review discovery and time for preparation, taking into account the exercise of due diligence.

10. By and through counsel, the Defendant consents to a continuance of her right to a speedy trial and exclusion of time under the Speedy Trial Act consistent with the preceding paragraph.

The Court concludes that pursuant to 18 U.S.C. § 3161(h), the ends of justice will be served by excluding the time from September 10, 2018 through January 7, 2019 in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h), and those ends outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, in the interest of the Defendant and the interests of the public, it is

HEREBY ORDERED that the time from **September 10, 2018 through January 7, 2019** be excluded in computing the time within which trial must commence.

10/16/18
Date

Honorable Theodore D. Chuang
United States District Judge