---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * |
| | *  **CRIMINAL NO. TDC-18-157** |
| **LEE ELBAZ,** | * |
| a/k/a "Lena Green" | * |
| **Defendant** | * |

## ORDER GOVERNING POTENTIAL VICTIM NOTIFICATION

Upon the motion of the Government to Authorize Alternative Victim Notification Procedures in this case, the Court finds that: (i) the "multiple crime victims" provision of 18 U.S.C. § 3771(d)(2) applies to this case because it is impracticable for the Government to notify the numerous potential crime victims in this case of their rights on an individual basis; (ii) the Government's proposed alternative notification procedure set out in its Motion to Authorize Alternative Victim Notification Procedures is a reasonable procedure to satisfy the Government's obligations under 18 U.S.C. § 3771 that does not unduly complicate or prolong the proceedings; and (iii) the Defendant does not oppose publication of a website.

IT IS HEREBY ORDERED THAT the Government may provide notice to potential crime victims in this case through publication on a website maintained by the Department of Justice as an alternative to providing individualized notice.

11/2/2018
Date

Honorable Theodore D. Chuang
United States District Judge