# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Case No. 8:18-cr-00157-TDC |
| | * | |
| **LEE ELBAZ**, | * | |
| | * | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves this Court for an order allowing Alex Spiro, John Chun, and the law firm of Quinn, Emanuel, Urquhart & Sullivan LLP ("Quinn Emanuel") (collectively, the "Quinn Attorneys"), to withdraw as counsel for Defendant Lee Elbaz. Good cause for their withdrawal is demonstrated in the accompanying Memorandum in Support of Motion to Withdraw as Counsel (the "Memorandum"), filed under seal and *ex parte*.

For reasons stated in the Memorandum, the Quinn Attorneys ask this Court to grant the instant motion and permit the Quinn Attorneys to withdraw as counsel for the Defendant. Attached for the Court's review and convenience is a proposed order that conforms to the relief requested herein.

Date: December 11, 2018

Respectfully submitted,

_____
Alex Spiro
John Chun
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Counsel for Defendant Lee Elbaz*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018, I caused to be electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will notify counsel for the government of the filing.

John Chun

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | **Case No. 8:18-cr-00157-TDC** |
| **LEE ELBAZ**, | * | |
| | * | |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Having reviewed their Motion to Withdraw as Counsel, it is hereby ORDERED that the Motion to Withdraw as Counsel is GRANTED and that Alex Spiro, John Chun, and the law firm of Quinn, Emanuel, Urquhart & Sullivan LLP are hereby withdrawn as counsel for the Defendant, Lee Elbaz.

Dated: _____

                                                                          United States District Judge