IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Case No. 8:18-cr-00157-TDC |
| LEE ELBAZ, | * | |
| | * | |
| | * | |
| | * | |

## MOTION TO SEAL AND FILE *EX PARTE*

Undersigned counsel respectfully moves this Court for an order permitting Alex Spiro, John Chun, and the law firm of Quinn, Emanuel, Urquhart & Sullivan LLP ("Quinn Emanuel") (collectively, the "Quinn Attorneys"), to file under seal and *ex parte* their Memorandum in Support of Motion to Withdraw as Counsel (the "Memorandum"). Sealing the Memorandum and filing it *ex parte* is appropriate because the Memorandum discusses sensitive and confidential issues related to the attorney-client relationship between the Quinn Attorneys and Ms. Elbaz, including matters which, if revealed to the public and/or the Government, might prejudice Ms. Elbaz's interests in this matter. Attached for the Court's review and convenience is a proposed order that conforms to the relief requested herein.

Date: December 11, 2018

Respectfully submitted,

/s/ Alex Spiro

Alex Spiro
John Chun
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Counsel for Defendant Lee Elbaz*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2018, I caused to be electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will notify counsel for the government of the filing.

                                                            John Chun

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | |
| | * | Case No. 8:18-cr-00157-TDC |
| LEE ELBAZ, | * | |
| | * | |

### [PROPOSED] ORDER GRANTING MOTION TO SEAL AND FILE *EX PARTE*

Having reviewed the Motion to Seal and File *Ex Parte*, it is hereby ORDERED that the Motion to Seal is GRANTED and that Alex Spiro, John Chun, and the law firm of Quinn, Emanuel, Urquhart & Sullivan LLP (the "Quinn Attorneys") are hereby permitted to file under seal and *ex parte* their Memorandum in Support of Motion to Withdraw as Counsel.

Dated: _____

                                                United States District Judge