# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE ELBAZ,<br><br>Defendant. | Criminal Action No. TDC-18-0157 |

## ORDER

For the reasons stated during the December 14, 2018 Case Management Conference, it is hereby ORDERED that the Motion for a Continuance, ECF No. 98, is DENIED IN PART:

1. The Motion is DENIED as it relates to the late-disclosed discovery.

2. The Government is instructed to FILE its submission on the issue of the privileged information by **December 17, 2018 at 12:00 noon**. Defendant Lee Elbaz shall respond by **December 18, 2018 at 12:00 noon**.

3. The oral request to continue the pretrial deadlines is DENIED.

Date: December 14, 2018

THEODORE D. CHUANG
United States District Judge