**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE ELBAZ,<br>    a/k/a "Lena Green,"<br><br>Defendant | Case No. 8:18-cr-157-TDC |

## UNITED STATES OF AMERICA (FILTER TEAM)
## MOTION TO SEAL AND FILE *EX PARTE*

The United States of America, by and through undersigned counsel serving as a separate and independent "Filter Team," respectfully moves this Court for an order permitting the Filter Team to file under seal and *ex parte* the Filter Team's Submission in Response to the Court's Order Concerning Inadvertent Disclosure (the "Submission") and related exhibits.[1] Sealing the Submission and exhibits, which include copies of the potentially privileged documents, and filing *ex parte* is appropriate because, as described in the Submission, certain of the documents are potentially privileged and, in some cases, the privilege appears to be held by a third party. With the Court's approval, the Filter Team will provide a redacted version of the Submission to Defense Counsel.

---

[1] On the afternoon of Friday, December 14, 2018, undersigned counsel learned that the Court had ordered the Submission to be filed by 12:00 pm on Monday, December 17, 2018. On Saturday, December 15, 2018, undersigned counsel submitted a Request for Entry of Appearance on Behalf of a Federal Government Agency, and application for admission as a Government attorney to use CM/ECF in the district in connection with this matter, 18-cr-157-TDC. As those requests are pending, undersigned counsel is filing this Motion by hand.

Dated: December 17, 2018

Respectfully submitted,

Sandra Moser
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: _____
David Stier, Trial Attorney / NY Bar # 4257457
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Ave. N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2018, I filed the foregoing Motion to Seal and File *Ex Parte* with the Clerk of the Court by hand delivery and provided a copy by electronic mail to counsel for the Defendant.

By: _____
David A. Stier
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice