# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (Greenbelt Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No.: 18-cr-00157-TDC |
| | ) |
| LEE ELBAZ, | ) |
| a/k/a LENA GREEN, | ) |
| Defendant. | ) |

## MOTION TO SUBSTITUTE COUNSEL

Undersigned counsel hereby moves this Court to allow Barry J. Pollack and the firm Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP to substitute as counsel for Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") on behalf of Defendant Lee Elbaz. Quinn Emanuel filed a Motion to Withdraw as Attorney on December 11, 2018. *See* Docket Entry 91. Quinn Emmanuel filed a Motion for a Continuance, filed on December 14, 2018. *See* Docket Entry 98. The Court denied that motion in part. *See* Docket Entry 103. In light of the pending motion for substitution of counsel and for the reasons previously discussed on the record, Ms. Elbaz respectfully asks the Court to continue the trial date and to schedule the matter for a status conference to reset deadlines in the case.

Dated: December 18, 2018                    Respectfully Submitted,

                                            _____/s/_____
                                            BARRY J. POLLACK (Bar #12415)
                                            Robbins, Russell, Englert, Orseck,
                                            Untereiner & Sauber LLP
                                            1801 K Street, N.W.
                                            Suite 411L
                                            Washington D.C. 20006
                                            Telephone: (202) 775-4514
                                            Facsimile: (202) 775-4510
                                            bpollack@robbinsrussell.com

                                            *Attorneys for Lee Elbaz*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will notify counsel of record of this filling.

                                                                 /s/
                                            Barry J. Pollack