# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE ELBAZ,<br>   a/k/a "Lena Green,"<br><br>Defendant | Criminal Action No. TDC-18-157 |

## THE GOVERNMENT'S RESPONSE TO
## THE MOTION TO WITHDRAW AS COUNSEL, THE MOTION TO
## CONTINUE THE TRIAL, AND THE MOTION TO SUBSTITUTE COUNSEL

The Government respectfully submits this response to three pending motions: (1) the motion of the law firm of Quinn, Emanuel, Urquhart & Sullivan LLP ("Quinn Emanuel") to withdraw as counsel for the Defendant (Dkt. No. 91); (2) the Defendant's motion for a continuance of the trial date, currently set to begin on January 7, 2019 (Dkt. No. 98); and (3) the motion to allow Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP ("Robbins, Russell") to substitute as counsel for Quinn Emanuel (Dkt. No. 115).

As the Court is aware, the Government has been provided limited visibility into the basis for the withdrawal and continuance motions, the substantive portions of which have been filed under seal and *ex parte*. During a discussion with Quinn Emanuel last week, the Government was informed that the principal basis for the motion to withdraw was that the individual(s) who had apparently agreed to fund the Defendant's defense have not been making payment for multiple months or otherwise acting in accordance with Quinn Emanuel's expectations regarding the payment of their fees in this matter. During a subsequent hearing with the Court, Quinn Emanuel stated that there were related reasons that it was unprepared to disclose to the Government.

Under the circumstances, the Government respectfully defers to the Court regarding the appropriate disposition of the motion to withdraw.  Given that the motion was filed less than one month before a trial date that has been set for seven months, it is not clear that non-payment of fees, standing alone, would be a sufficient basis for granting the motion to withdraw.  The Government recognizes, however, that the Court is better positioned to assess the merits of the motion given its access to more fulsome information.

Assuming that the Court grants the motion to withdraw, the Government does not object to a continuance or to the motion to substitute counsel.  The Government would respectfully request a status conference at the Court's earliest convenience—whether by telephone or in-person—in order to discuss a new trial date.  Based on consultations with proposed substitute defense counsel, the Government understands that the defense may be available tomorrow (December 20) or the following morning (December 21), and that they will be seeking a June 2019 trial date.

Finally, the Government respectfully requests that Quinn Emanuel publicly file appropriately redacted versions of its pleadings over the course of the last week, including disclosing the basis for the relief sought in the motions—if not supporting facts that may constitute privileged communications.  *See, e.g.*, *United States v. Moussaoui*, 65 F. App'x 881, 885 (4th Cir. 2003) ("The right of [public] access to judicial documents exists at common law and under the First Amendment.").

                                                  Respectfully submitted,

                                                  Sandra Moser
                                                  Acting Chief, Fraud Section
                                                  Criminal Division
                                                  U.S. Department of Justice

By:         /s/
      Ankush Khardori
      Trial Attorney

      Tracee Plowell
      Assistant Chief

      Fraud Section, Criminal Division
      U.S. Department of Justice
      1400 New York Ave. N.W.
      Washington, D.C. 20530
      Phone: 202-514-0033
      ankush.khardori@usdoj.gov
      tracee.plowell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will notify counsel for the Defendant of the filing.

/s/
Ankush Khardori
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice