# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE ELBAZ,<br><br>Defendant. | Criminal Action No. TDC-18-0157 |

## ORDER

Pending before the Court are a Motion to Withdraw as Attorney, ECF No. 91, and a Motion to Continue, ECF No. 98, filed by present defense counsel, Alex Spiro, of Quinn Emanuel Urquhart and Sullivan LLP ("Quinn"), and a Motion to Substitute Counsel, ECF No. 115, filed by attorney Barry J. Pollack of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP.

Where these motions were filed within four weeks of trial in a complex criminal case, after the first pretrial filing deadline had already passed, the Court ordinarily would deny a continuance or substitution of counsel, even for the reasons stated in the *ex parte* filings by Quinn. In the present case, given the extensive discovery materials, there is no way that new counsel could be prepared for trial by the current trial date of January 8, 2019. The *ex parte* filings, however, have made clear that Quinn has failed properly to prepare for trial, as it should have to fulfill its ethical obligations to its client, such that there is a substantial risk that Defendant Lee Elbaz would not be adequately represented at trial if it were to commence as scheduled. Accordingly, the Court must grant a continuance. The Court does not address the discovery-related grounds for the continuance asserted in the Motion. With the trial continued, the Court will grant the Motion to Substitute Counsel.

It is hereby ORDERED that:

1. The Motion to Substitute Counsel, ECF No. 115, is GRANTED.

2. The Motions to Withdraw as Attorney and to Continue, ECF Nos. 91, 98, are GRANTED.

3. Attorney Barry Pollack and the firm Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP are SUBSTITUTED as counsel for Defendant Lee Elbaz.

4. Attorneys Alex Spiro and John Chun and the firm Quinn Emanuel Urquhart and Sullivan LLP are TERMINATED as counsel for Elbaz.

5. The January 8, 2019 trial date is CONTINUED to a date to be set at a telephone status conference on January 4, 2019 at 9:00 a.m.

Date: December 18, 2018

THEODORE D. CHUANG
United States District Judge