**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| LEE ELBAZ, a/k/a "Lena Green," | Case No. 8:18-cr-157-TDC |
| Defendant | |

**UNITED STATES OF AMERICA (FILTER TEAM)**
**MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO THE COURT'S**
**ORDER CONCERNING INADVERTENT DISCLOSURE**

The United States of America, by and through undersigned counsel serving as a separate and independent "Filter Team," respectfully moves this Court for leave to file a supplemental response to the Court's Order Concerning Inadvertent Disclosure, ECF No. 103, which will include a reply to the Defendant's Response to the Court's Order Concerning Inadvertent Disclosure, ECF No. 114 (the "Defendant's Response.").   Following its review of the Defendant's Response, the Filter Team has identified additional information that is relevant to the issue of inadvertent disclosure, as well as to the Defendant's request for an evidentiary hearing, and has begun to gather and analyze that additional information.   The Filter Team respectfully requests leave to file a supplemental response on or before January 22, 2019, so that it may provide the Court and the Defendant with the additional information while the Defendant's request for an evidentiary hearing remains pending.

Dated:  December 19, 2018

Respectfully submitted,

Sandra Moser
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:   _____
David Stier, Trial Attorney / NY Bar # 4257457
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Ave. N.W.
Washington, D.C. 20530
(202) 598-2818
David.Stier2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will notify counsel for the Defendant of the filing.

By:                         
David A. Stier
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice