IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE ELBAZ,<br>a/k/a "Lena Green,"<br><br>Defendant | Case No. 8:18-cr-00157-TDC |

## [PROPOSED] ORDER GRANTING UNITED STATES' FILTER TEAM MOTION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO THE COURT'S ORDER CONCERNING INADVERTENT DISCLOSURE

Having reviewed the Motion for Leave to File a Supplemental Response to the Court's Order Concerning Inadvertent Disclosure, ECF No. [118] it is hereby ORDERED that the Motion is GRANTED and that the United States' Filter Team, is hereby permitted to file a supplemental response on or before January 22, 2019.

Dated: 12/20/2018

The Honorable Theodore D. Chuang
United States District Judge