IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   CRIMINAL NO. TDC-18-157 |
| LEE ELBAZ, | * |
| a/k/a "Lena Green" | * |
| | * |
| Defendant | * |
| | * |

*******

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Ms. Elbaz was released pending trial on September 20, 2017.  DE 11.  In the seventeen months since then, she has fully complied with her conditions of release.

Ms. Elbaz resides in San Francisco, with her aunt, Limor Elbaz, who is acting as her third-party custodian.  The Order Setting Conditions of Release as subsequently modified, restricts her to her aunt's residence with enumerated exceptions, with the exception of one hour each day.  As set forth in the attached letters from her physical and mental health care providers, Ms. Elbaz has suffered significant ill-health effects from her lengthy period of home confinement combined with the stress of her current legal situation.  *See* Exhibit A.  Her health care providers recommend that she be permitted as much as four hours per day outside of the house to allow for an increased level of physical exercise and to improve her mental health.

Undersigned counsel has conferred with counsel for the Government.  The Government does not oppose a modification of Ms. Elbaz's conditions of release to increase the current one hour per day that she is allowed outside the home to two hours.  Ms. Elbaz respectfully asks the Court to enter this unopposed modification.  Ms. Elbaz has demonstrated that she can and will comply with her conditions of release.  The proposed modification from one to two hours per day

outside of the house will not result in Ms. Elbaz being either a serious risk of flight or a danger to the community and therefore is fully consistent with the statutory mandate of imposing only the least restrictive conditions necessary.

Respectfully Submitted:

/s/
Barry J. Pollack (MD Bar #12415)
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4514
Fax: (202) 775-4510
Email: bpollack@robbinsrussell.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will notify counsel for the plaintiff of the filling.

/s/
Barry J. Pollack

# EXHIBIT A


Mission Neighborhood Health Center

02/20/2019

To Whom It May Concern:

LEE ELBAZ is currently under the medical care of our clinic. It is imperative to her health that she be allowed to leave her house and do physical exercise on a daily basis. She is suffering from anxiety and depression and has gained over 30 pounds in the past year. She was recently found to have elevated blood pressure and fatty liver as a possible consequence of her weight gain. We request that you allow her 4 hours a day to leave the house and go walking. This is for her physical and mental well being. Thank you for your understanding in this matter.

If you require additional information please contact our office.

Sincerely,

*Provider:* Katie Morales, NP  02/20/2019 6:21 PM

**Document generated by: Katie Morales  02/20/2019**

ELBAZ, LEE    000000206905 09/13/1981 02/20/2019 05:40 PM Page: 1/1

DOLAN MENTAL HEALTH

1447 Powell Street

SF, CA 94133

Telephone: 650-822-7357


02/21/2019


To whom it may concern:


My name is Xanthe Asher LMFT and I have been treating Lee Elbaz since September 13th, 2018 for anxiety and depression at Dolan Mental Health. I recently learned of client's health results of blood pressure, skin condition, and high stress, and I agree on the NP Katie Morales recommendation that Mrs. Elbaz be authorized to go and leave her residence for 4 hours per day, so she can maintain better health. Her emotional condition is affecting her health on a very serious level. Since I have been providing psychotherapy for Mrs. Elbaz, she has shown to be honest, respectful, and considerate and would never take advantage or violate any privilege of this time. She is a person who follows the rules and sticks to structural patterns. Please consider this request for 4-hours a day of time for client to get physical exercise to improve her condition. Thank you so much in advance for approving this request.

Please call me if you need any information.

Sincerely,

*Xanthe Asher LMFT*

Xanthe Asher, Licensed Psychotherapist LMFT

Dolan Mental Health