IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | **CRIMINAL NO. TDC-18-157** |
| **LEE ELBAZ,** | * | |
| a/k/a "Lena Green" | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

### EMERGENCY EXPEDITED MOTION OF MS. ELBAZ
### TO MODIFY CONDITIONS OF RELEASE

Ms. Elbaz was released pending trial on September 20, 2017. DE 11. In the eighteen months since then, she has fully complied with her conditions of release. Ms. Elbaz resides in San Francisco, with her aunt, Limor Elbaz, who is acting as her third-party custodian.

Ms. Elbaz has received word that her 91-year-old grandfather, with whom she is very close, has been hospitalized at the Wolfson Medical Center in Holon, Israel. His diagnosis is not good and given his age, his condition appears terminal. Attached as Exhibit A is a letter from the head of the Department of Medicine at Wolfson Medical Center. The diagnosis in full is as follows:

Acute Diagnosis:

Parkinson's disease- worsening.
Dehydration.
Acute kidney injury.

Chronic diagnosis:

TYPE 2 DM.
Hyperlipidemia.
Depression.
Benign prostatic hyperplasia.
Paralysis agitans.
Spinal stenosis with back pain and pain radiation to the legs.

    Hypertension.
    S.P PPCI.

Attached as Exhibit B is a letter from a number of family members in Israel attesting to Ms. Elbaz's close relationship with her grandfather.  Lastly, attached as Exhibit C is a letter from Ms. Elbaz's third-party custodian, her aunt, Limor Elbaz.  As set forth in that letter, Limor Elbaz is going to travel to Israel to say goodbye to her father.  Ms. Elbaz would like to travel with Limor, her third-party custodian, to Israel to see her grandfather for the last time.  As the letters attest, each of her family members joins in this request.

As Limor Elbaz notes in her letter, Limor Elbaz has put up essentially all of her assets to guarantee Ms. Elbaz's appearance in court, has every incentive to assure Ms. Elbaz's appearance in court, and would accompany Ms. Elbaz on the trip.  The dates of the proposed travel, April 3 through April 11, and the precise location where Ms. Elbaz would stay are set forth in Limor Elbaz's letter.  As the Court is aware, Ms. Elbaz has been fully compliant with her conditions of release and would comply with any conditions Pretrial Services, the government, or the Court thinks necessary to allow her to go see her grandfather before he passes away.

Counsel for Ms. Elbaz has conferred with both Pretrial Services and the government, and each opposes this request.

Date:  March 29, 2019                          Respectfully Submitted:

                                                         /s/
                                        Barry J. Pollack (MD Bar #12415)
                                        ROBBINS, RUSSELL, ENGLERT,
                                        ORSECK, UNTEREINER & SAUBER LLP
                                        2000 K Street, N.W., 4th Floor
                                        Washington, DC 20006
                                        Telephone: (202) 775-4514
                                        Fax: (202) 775-4510
                                        Email: bpollack@robbinsrussell.com

**CERTIFICATE OF SERVICE**

On this 29th day of March 2019, I directed the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Maryland by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record.

        /s/
Barry J. Pollack (MD Bar #12415)
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4514
Fax: (202) 775-4510
Email: bpollack@robbinsrussell.com