IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| | * | Criminal No. TDC-18-157 |
| LEE ELBAZ | * | |
| Defendant | * | |

**ORDER**

This matter is before the Court on the Emergency Expedited Motion of Ms. Elbaz to Modify Conditions of Release. (ECF No. 153.) Ms. Elbaz requests that the Court modify the current conditions of release to allow her to travel to Israel, so she can visit her ailing 91-year-old grandfather who is hospitalized. The Government and the United States Pretrial Services Office object. For the reasons set forth below, the Defendant's Motion is denied.

Although the Court is sympathetic to Ms. Elbaz's personal circumstances, the Court must view this request in accordance with the Bail Reform Act, 18 U.S.C. § 3142, and with the current conditions of release.  Despite the argument of counsel and the representations of her family that Ms. Elbaz would return to the United States of America, the Court is not sufficiently persuaded to permit Ms. Elbaz to return to her country of origin and travel to Israel. Ms. Elbaz continues to be a risk of flight. While the Court has previously modified the conditions of release, allowing Ms. Elbaz to return to Israel is a request that goes too far even when considering the unfortunate circumstances of her grandfather. The Motion (ECF No. 153) is **DENIED**.

March 29, 2019  
Date

／s／  
Timothy J. Sullivan  
United States Magistrate Judge