# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE ELBAZ,<br>    a/k/a "Lena Green,"<br><br>Defendant | Criminal Action No. TDC-18-157<br><br>**UNDER SEAL** |

## *EX PARTE* SUPPLEMENT

The Government respectfully submits this *ex parte* supplement to its opposition to the Defendant's motion for Rule 15 depositions, in order to provide additional information to the Court that may be relevant to the Defendant's request.

In particular, on February 13, 2019, a grand jury for the District of Maryland returned an indictment charging three of the Defendant's proposed deponents—Yossi Herzog, Elad Bigelman, and Nissam Alfasi—for their roles in the conspiracy and scheme to defraud at issue in this proceeding (along with six other individuals). *See United States v. Herzog*, PX-19-cr-77. The case is under seal and pending before U.S. District Judge Paula Xinis. Arrest warrants were issued, and the indictment remains under seal while the Government attempts to apprehend and/or extradite the defendants—all of whom are believed to be abroad.

Should depositions of some or all of Herzog, Bigelman, and Alfasi go forward, the Government would take steps to ensure that they are provided with sufficient information to preserve their Fifth Amendment right in the United States against self-incrimination.

Dated: May 8, 2019

                Respectfully submitted,

                ROBERT A. ZINK
                Acting Chief, Fraud Section
                Criminal Division
                U.S. Department of Justice

By:     /s/
                Tracee Plowell, Assistant Chief
                Ankush Khardori, Trial Attorney

                Fraud Section, Criminal Division
                U.S. Department of Justice
                1400 New York Ave. N.W.
                Washington, D.C. 20530