# EXHIBIT A

| | |
|---|---|
| **From:** | Barry Pollack <barryjpollack@gmail.com> |
| **Sent:** | Thursday, June 13, 2019 11:17 AM |
| **To:** | Ettinger, Jessica |
| **Subject:** | Fwd: FW: Yosef Herzog |

---------- Forwarded message ---------
From: **Zvi Gabbay** <zgabbay@barlaw.co.il>
Date: Thu, Jun 13, 2019 at 11:16 AM
Subject: FW: Yosef Herzog
To: Barry Pollack (barryjpollack@gmail.com) <barryjpollack@gmail.com>



Zvi Gabbay
Partner
T +972 3 6400600 | M +972 50 6215300
Website

Barnea Jaffa Lande & Co Law Offices

Information in this message is confidential and subject to attorney-client privilege. If you are not the intended recipient of this message, please notify us immediately and delete the message from your system. Thank you.

---

**From:** Van Dyck, Henry [mailto:Henry.Van.Dyck@usdoj.gov]
**Sent:** Tuesday, June 11, 2019 5:36 PM
**To:** Zvi Gabbay <zgabbay@barlaw.co.il>
**Cc:** Atkinson, Lawrence (CRM) <Lawrence.Atkinson2@usdoj.gov>; Cottingham, Caitlin (CRM) <Caitlin.Cottingham@usdoj.gov>
**Subject:** Yosef Herzog


Mr. Gabbay – as we just discussed, myself, Rush Atkinson, and Caitlin Cottingham are prosecutors with the United States Department of Justice, Criminal Division, Fraud Section – Securities and Financial Fraud Unit.  On our call we notified you that your client Yosef Herzog has been charged by indictment in the United States with a number of offenses for his role in a scheme to defraud investors in the United States and elsewhere through purported investments in "binary options."  The charges against Mr. Herzog have been pending under seal in the United States District Court for the District of Maryland since February 2019.  We will be in a position to provide you with a copy of the indictment shortly.

The purpose of our call was to provide you and your client notice of the pending charges so that your client may make an informed decision as to whether to participate in the upcoming depositions that have been scheduled next week in Israel in the related case of United States v. Lee Elbaz, which is also pending in the United States District Court for the District of Maryland (Criminal Action No. TDC-18-157).  As I discussed on our call, under the laws of the United States your client is afforded many rights now that he has been charged, including the right not to subject himself to examination during a deposition.  We understood from you that in light of the news that your client has been charged, your client will be seeking counsel in the United States.  Please pass along our contact information to any counsel in the United States that is retained on behalf of your client, and as we discussed during our call, you should also feel free to reach out to us with any questions.

Henry Van Dyck

Deputy Chief

U.S. Department of Justice, Criminal Division

Securities and Financial Fraud Unit

1400 New York Avenue NW

Washington DC 20530

(202) 514-1721

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com