UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE ELBAZ,<br><br>Defendant. | Criminal Action No. TDC-18-0157 |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Defendant Lee Elbaz's Motion to Dismiss the Indictment or, in the Alternative, to Disqualify the Prosecution Team, ECF No. 141, is GRANTED IN PART and DENIED IN PART. The Motion is granted to the extent that the Court will exclude the Lopez Emails, found in Exhibits 11 and 12 to Elbaz's Motion to Dismiss, ECF Nos. 141-12, 141-13, and the documents listed in Exhibits 20 and 22 to Elbaz's Motion to Dismiss, ECF Nos. 141-21, 141-23, from the evidence at trial. The Motion is otherwise denied.

Date: June 20, 2019



THEODORE D. CHUANG
United States District Judge