**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | *   **CRIMINAL NO. TDC-18-157** |
| **LEE ELBAZ,** | * |
|     a/k/a "Lena Green" | * |
| | * |
| **Defendant** | * |
| | * |
| ****** | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Ms. Elbaz was released pending trial on September 20, 2017.  DE 11.  In the more than twenty months since then, she has fully complied with her conditions of release.  Ms. Elbaz resides in San Francisco, with her aunt, Limor Elbaz, who is acting as her third-party custodian. The Order Setting Conditions of Release restricts her to her residence with enumerated exceptions, including attorney visits.  *Id.* at 2, ¶ 8(t)(iii).  Ms. Elbaz is permitted to travel within the Northern District of California and to the District of Maryland or the District of Columbia for the purposes of meeting with her counsel.  However, the Order specifies that travel to meet with counsel and travel to all court appearances must be approved in advance by Pretrial Services and that her third-party custodian must personally accompany her.  *Id.* at ¶ 8(w).

On January 25, 2019, Ms. Elbaz filed an unopposed motion to modify the conditions of her release to allow Ms. Elbaz to travel to Washington, D.C. for up to three work days once a month to meet with counsel unaccompanied by her third-party custodian.  DE 131.  The motion noted that as trial date approached, Ms. Elbaz would need to meet with counsel more frequently and for longer periods and that it was therefore anticipated she would seek further modification of the

Order Setting Conditions of Release. On January 28, 2019, the Court granted an unopposed motion. DE 132. Since that time, Ms. Elbaz has traveled to Washington, D.C. to meet with counsel unaccompanied by her third-party custodian on multiple occasions without incident.

Trial is scheduled to begin on July 16, 2019. For approximately ten days leading up to the beginning of trial, Ms. Elbaz will want to be able to meet with counsel on a daily basis as necessary to prepare for trial. Also, she will, of course, need to attend the trial itself, which is estimated to last for three weeks, not including jury deliberations. Accordingly, Ms. Elbaz will need to be in the Washington, D.C. area for what may be a five-week period or longer.

Ms. Elbaz would like to travel to Washington D.C. on or about July 5, 2019 unaccompanied by her third-party custodian and remain in D.C. or Maryland through the conclusion of the trial. Ms. Elbaz does not seek modification of the condition that all such travel must be approved in advance by Pretrial Services and that Pretrial Services must be apprised of, and approve, the hotel or temporary residence where Ms. Elbaz will be staying during this period. During this period, Ms. Elbaz will continue to be subject to GPS monitoring and the same curfew imposed on her in San Francisco. She will be able to leave her hotel or temporary residence to meet with counsel and to attend court proceedings, but will be subject to any additional reporting requirements deemed necessary by Pretrial Services.

Undersigned counsel has spoken with the Pretrial Services Officer responsible for Ms. Elbaz's pretrial supervision. Pretrial Services has no objection to the conditions outlined above. Likewise, undersigned counsel has spoken to the counsel for the Government. The Government does not oppose this motion.

Respectfully Submitted:

_____/s/_____
Barry J. Pollack (MD Bar #12415)
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4514
Fax: (202) 775-4510
Email: bpollack@robbinsrussell.com

**CERTIFICATE OF SERVICE**

On this 28th day of June 2019, I directed the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Maryland by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record.

                                          Respectfully submitted,

                                          /s/
                                        Barry J. Pollack (MD Bar #12415)
                                        ROBBINS, RUSSELL, ENGLERT,
                                        ORSECK, UNTEREINER & SAUBER LLP
                                        2000 K Street, N.W., 4th Floor
                                        Washington, DC 20006
                                        Telephone: (202) 775-4514
                                        Fax: (202) 775-4510
                                        Email: bpollack@robbinsrussell.com