**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>   v. <br><br> **LEE ELBAZ**, <br><br>   *Defendant*. | Criminal No. 18-157-TDC |

**[PROPOSED] ORDER**

Upon consideration of the motion of Defendant Lee Elbaz to compel the Government to obtain an order of use immunity, the opposition thereto, and the entire record herein, it is by the Court on this __ day of July, 2019, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that within 24 hours of the date of this Order, the Government shall seek an order granting immunity for each of the four witnesses for which this Court has previously authorized the taking of depositions under Rule 15.

_____
The Hon. Theodore D. Chuang
United States District Judge