# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE ELBAZ,<br>    a/k/a "Lena Green,"<br><br>Defendant | Criminal Action No. TDC-18-157 |

## JOINT PROPOSED VERDICT FORM

The Government and the Defendant respectfully request that the attached proposed verdict form be used by the jury to render its verdict at the conclusion of the trial.

Respectfully submitted,

Robert A. Zink
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:  /s/
L. Rush Atkinson
Caitlin R. Cottingham
Henry P. Van Dyck
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Ave. N.W.
Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will notify counsel for the Defendant of the filing.

                By:      /s/
                        L. Rush Atkinson
                        Trial Attorney
                        Fraud Section, Criminal Division
                        U.S. Department of Justice

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE ELBAZ,<br>        a/k/a "Lena Green,"<br><br>        Defendant | Criminal Action No. TDC-18-157 |

**VERDICT FORM**

**COUNT ONE**

1. How do you find the defendant, Lee Elbaz, as to COUNT ONE of the Indictment (Conspiracy to Commit Wire Fraud)?

    Not Guilty _____            Guilty _____

**COUNT TWO**

2. How do you find the defendant, Lee Elbaz, as to COUNT TWO of the Indictment (Wire Fraud)?

    Not Guilty _____            Guilty _____

**COUNT THREE**

3. How do you find the defendant, Lee Elbaz, as to COUNT THREE of the Indictment (Wire Fraud)?

    Not Guilty _____            Guilty _____

## **COUNT FOUR**

4. How do you find the defendant, Lee Elbaz, as to COUNT FOUR of the Indictment (Wire Fraud)?

Not Guilty _____          Guilty _____

**THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY.**

_____                                         _____
      Date                                                                              Foreperson