# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE ELBAZ,<br><br>Defendant. | Criminal Action No. TDC-18-0157 |

## ORDER

For the reasons stated at the July 19, 2019 hearing, it is hereby ORDERED that the Government's Motion to Compel Expert Disclosure, ECF No. 239, is GRANTED IN PART and DENIED IN PART. It is granted as to the disclosure regarding the expert's definition of "call center industry." Defendant Lee Elbaz shall provide the disclosure to the Government by Tuesday, July 23, 2019. The Motion is otherwise denied.

Date: July 22, 2019                                  /s/
                                              THEODORE D. CHUANG
                                              United States District Judge