1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
2                         SOUTHERN DIVISION

3   UNITED STATES OF AMERICA       Criminal No.  TDC-18-00157

4          v.                      Greenbelt, Maryland

5   LEE ELBAZ,                     July 30, 2019

6              Defendant.          8:30 a.m.

7   --------------------------/

8                       TRANSCRIPT OF TRIAL
              BEFORE THE HONORABLE THEODORE D. CHUANG
9              UNITED STATES DISTRICT JUDGE, and a jury

10  APPEARANCES:

11  For the Government:     US Department of Justice
                           By: CAITLIN COTTINGHAM, ESQUIRE
12                             LAWRENCE RUSH ATKINSON, ESQUIRE
                               HENRY P. VAN DYCK, ESQUIRE
13                         1400 New York Avenue, NW
                           Washington, D.C. 20530
14

15

16  For the Defendant:     Robbins Russell Englert Orseck
                           Untereinter & Sauber LLP
17                         By:  BARRY J. POLLACK, ESQUIRE
                                JESSICA A. ETTINGER, ESQUIRE
18                         2000 K Street, NW
                           Fourth Floor
19                         Washington, D.C. 20006

20

21  Court Reporter         Lisa K. Bankins RMR FCRR RDR
                           United States District Court
22                         6500 Cherrywood Lane
                           Greenbelt, Maryland 20770
23

24  Proceedings recorded by mechanical stenography,
    transcript produced by notereading.
25

                                                              1

1
2
TABLE OF CONTENTS
TRIAL
WITNESSES

3
On behalf of the Defense:

4
LEE ELBAZ

5
Direct examination by Mr. Pollack........ 29

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              P R O C E E D I N G S

2         THE COURT:  So a couple of things to discuss.

3    First off, I don't believe the defense submitted anything

4    regarding the privileged documents.  Did you, Mr. Pollack

5    or Ms. Ettinger?

6         MR. POLLACK:  No, Your Honor.  As I recall right

7    before we started trial, the Court warned the prosecution

8    team that if the filter team didn't get documents in in a

9    timely way, that that might end up in a situation where

10   the prosecution team was not able to use them and asked

11   the prosecution team if it wanted to move for a

12   continuance under the circumstances.  The prosecution team

13   said that it did not and realized that it was risking the

14   ability to lose certainly documents.

15        The Court made it very clear to the filter team

16   that it did not want to burden either the defense or the

17   Court with documents that were not actually going to be

18   used and to narrow anything that they provided to things

19   that had been reviewed with eyeballs as opposed to by Word

20   searches that truly fell in that category.

21        Yesterday, while the prosecution team was

22   preparing for court, the defense team was in a hour and a

23   half hearing with this Court about privileged documents,

24   most if not all of which will never appear in this trial.

25   And then even after that hearing, the filter team, the

1      night before today's proceedings which are probably the

2      last day of trial, produced yet another set of documents.

3      And no, the defense has not had the opportunity to review

4      those documents and therefore, does not have a position on

5      those documents and will oppose their production on that

6      basis.

7               THE COURT:  Okay.  Well, I mean I think I said

8      some things on the record yesterday about timing and I

9      don't think -- I agree with you that I did tell the filter

10     team that or the prosecution team that we needed to get

11     things out in a timely fashion and I think it's been a

12     mixed result.

13              On the one hand, I think all this would have

14     been better getting it earlier in the trial.  At the same

15     time, I think they largely did narrow what they produced.

16     I mean I think to some degree it was -- I mean the

17     original submission of thousands of documents wasn't going

18     to work and I told them that and they did narrow it.

19              And I think last night's submission, although it

20     seems as if it was voluminous, we're really talking about

21     four or five concepts of what had been produced.  I think

22     it was basically the same document over and over again.

23     And so I don't think even under the difficult

24     circumstances, I don't think it was unreasonable that I

25     asked for the defense to give me their views either by 9

1    p.m. or by this morning.  I point out defense has two very

2    highly or two attorneys who I think are successful members

3    of the bar and how they allocate their resources is up to

4    them.  But this is not a case in which the most recent

5    production from last night was such that it was

6    unreasonable to ask for a review of them.

7            At the same time I agree with you that there is

8    some unfairness in the government having the filter team

9    and the prosecution team and being able to divide those

10   resources in the way that the defense can't.  So I

11   recognize that.

12           I do -- I did identify eight documents although

13   I think some of them are exact duplicates that I am

14   prepared to release to the prosecution team.  I don't

15   think that means that they will be allowed to use them

16   necessarily.  They'll have to make a case for using them.

17   But I think several of them are clearly not privileged and

18   then others I think clearly fall within the waiver.  And I

19   think the vast majority of what the filter team was asking

20   for was this one chain regarding one incident and I'm not

21   prepared to release that.  I think I agree with your

22   implicit argument that that is not subject to the waiver,

23   even though you haven't made it directly.

24           So to the extent there is anything significant

25   in these documents, I think the government has or the

1    filter team's request, I'm going to deny.  I think what we

2    have left is some -- I think one more document similar to

3    the ones yesterday regarding a communication that

4    clearly -- actually, it's probably very similar to the

5    ones we've had before involving this company, Alpha

6    Binary, but it was forwarded to Mr. Herzog.  So for the

7    reasons I discussed yesterday, I would release that.  The

8    rest of these are publicly available.  Well, either

9    communications from attorneys complaining about what

10   happened at Binary Book.  So those are not privileged

11   documents to start with or I think court filings.

12          So I don't think there's any prejudice to the

13   defense from not having had more time to review these.  I

14   myself reviewed these in probably an hour or less.  So I

15   recognize the difficulty of the situation, but I think

16   both sides have put us in this position to some degree.

17   And I also think that when you're in a trial, as I said

18   earlier, this is not a choreographed, preplanned Olympic

19   opening ceremony-type situation.  Things just are fluid.

20   We all have to adjust.  I've had to adjust and I think

21   we've done the best we can.

22          To the extent, I definitely think that of these

23   documents that are being produced, there's no prejudice to

24   the defense in the government seeing them.  Again I think

25   the one chain that I think the filter team has asked for,

1    I'm not going to allow it to be produced because I do

2    think although it's -- there may be individual pieces that

3    are not privileged.  No one has made an argument to parse

4    it out that way.  I think my job in this process is not

5    to -- not really to decide privilege or non-privilege.  I

6    think that's really the filter team's job.  The filter

7    team could have made a decision on privilege and just

8    produced these things as non-privileged.

9           My job over the last few days has been to focus

10   on what's been outside the scope of the waiver or within

11   the scope of the waiver and I don't find the chain that

12   the filter team is asking me to produce in like seven or

13   eight different iterations is within the scope of the

14   waiver.  Obviously, it deals with attorneys.  It deals

15   with complaints about Binary Book.  But it does not deal

16   with either the issue of stage names.  It does not deal

17   with whether or not there is an ability to do business

18   with the U.S. or other countries, at least not explicitly

19   and I've tried to draw a fair line on that and I think

20   although this is perhaps related to other documents that

21   deal with that issue, this does not.  And so the ones that

22   are being produced I guess are very -- I'd say are

23   comparable to ones that have already been produced and/or

24   publicly available documents.  So I think just the mere

25   fact that the government or the prosecution team gets to

1     see these doesn't create any prejudice to the defense.

2            To the extent there's issues about production, I

3     think that's a different question or admission and that

4     will be addressed later.

5            So I will for the record, although I'm going to

6     issue an order on these documents, they're ending 3854,

7     3857, 8889, 8909, 8926, 8933, 8950 and 8954 and I think

8     just out of an abundance of caution, if the government

9     wants to use these for any purpose, they need to discuss

10    it with us before we actually see them in any form,

11    whether it's as direct evidence as impeachment material or

12    otherwise.

13            MR. POLLACK:  Your Honor, just to clarify.  That

14    last comment goes for anything from any of these

15    productions, not just from last night's production?

16            MS. COTTINGHAM:  Your Honor, I would just say

17    when we received these documents at 9:00 last night, we

18    reviewed them for --

19            THE COURT:  You're talking about the -- not the

20    ones from the fourth production, but from the first,

21    second and third production?

22            MS. COTTINGHAM:  Yes, Your Honor.  So I mean we

23    have endeavored to review them as quickly as we can and I

24    think for -- so to the extent we need to raise anything

25    that we're using from the first, second or third

1    productions --

2         THE COURT:  Right.

3         MS. COTTINGHAM:  -- before using it with Ms.

4    Elbaz, for example, that was not worth -- we are happy to

5    do that.  Raise it with the Court.  That wasn't something

6    we were aware of.  We reviewed them for the express

7    purpose of doing that.

8         THE COURT:  Well, I'm really more focused on the

9    ones from last night, the fourth production.  I don't

10   think I've thought through completely whether if there

11   was -- there's any problem with them having seen some from

12   the first, second or third production as being -- if my

13   decision was incorrect, for example, I don't think I'm

14   necessarily saying that.  But given this very limited

15   universe from last night where I think there's a better

16   argument than previously that the defense would like

17   more time to see -- to digest them, that I don't see any

18   prejudice to the defense and the government even or just

19   having access to these --

20        MR. POLLACK:  Your Honor --

21        THE COURT:  -- eight documents.

22        MR. POLLACK:  I'm sorry.

23        THE COURT:  I don't think I've really thought

24   through the first three.  So I don't think I'm applying

25   that comment to that.

1            MR. POLLACK:  Your Honor, I think I'm making a

2    slightly different point.  Yes, the filter team narrowed

3    its original thousand documents in the last five days by

4    my count.  So starting nine days into the trial, they've

5    produced over 190 documents.

6            In reviewing them, the Court made very clear

7    that the only thing that we were doing at this point was

8    talking about whether or not the prosecution team could

9    see them and we were not talking about whether or not they

10   were admissible or otherwise permissible for use in court.

11           I'm simply saying that before the government

12   uses any of those documents in court, I would like to have

13   the opportunity to be heard on whether or not it is in

14   fact a permissible use of the document, an issue that to

15   date, nobody has addressed in any context.

16           THE COURT:  I agree with that.  I mean I think

17   that was -- I made it very clear that my job was to just

18   decide waiver of the privilege.  I think in the original

19   order to the filter team, I said I'm not making decisions

20   about admissibility or anything else.  And although

21   technically perhaps the government is not necessarily

22   offering these, if they are just using them as

23   impeachment, there are potential pitfalls with the rules

24   of evidence.  So I agree with that.  So we can have that

25   discussion either now or maybe at a break when so that --

1    I mean so we're not interfering with the jury's time.

2          MS. COTTINGHAM:  We're happy to do that, Your

3    Honor.  We've reviewed what we've gotten and there are

4    documents that we think are highly relevant and that we

5    would plan to introduce.  So we are happy to raise that at

6    a break.

7          I would just add one point for context, which is

8    the government's understanding going into -- from the

9    pretrial conference forward was that Mr. Pollack was going

10   to identify and provide all of the documents that fell

11   within the scope of the waiver that went to Ms. Elbaz.

12   That was part of our -- that was part of the Court's

13   order.  Mr. Pollack after the pretrial hearing did produce

14   some additional materials that were on these topics.

15         So I think to the extent there are -- and some

16   of the documents we're getting I think maybe later this

17   morning are in fact documents that are squarely within

18   that category that the prosecution team is going to get

19   for the first time this morning.  I think there's 24

20   document families of this, however many that actually do

21   involve the defendant squarely.  We've seen some of them.

22   We got them in the first through third productions.

23         But to the extent that there is sort of a

24   complaint of prejudice from the defense about not having

25   time to review these, the defendant has been on notice for

1    at least three weeks that he needed to provide the

2    documents that went to his client under the waiver and so

3    I think we were frankly surprised by the number of

4    documents the filter team identified that even went to the

5    defendant because those are obviously highly relevant in a

6    case where she's putting her good faith at issue and we

7    thought from representations made in court that we have

8    them.

9              THE COURT:  Well, I think -- Mr. Pollack briefly

10   on this, but I think I know what I'm going to say.

11             MR. POLLACK:  Well, I think that -- well, first

12   of all, what we said is that we made a good faith effort

13   to look through documents, identify ones that fell in this

14   category and produce them and we did that.

15             Secondly, I think what is implicit in Ms.

16   Cottingham's comments is an assumption that we previously

17   had all 192 documents that the filter team has now

18   produced.

19             As the Court is aware, the filter team

20   originally produced documents to the defense and then

21   "clawed back" thousands of documents and we have not

22   accessed those thousands of documents since then.  I don't

23   know how many of the 192 are ones that we had never seen

24   until within the last five days and how many are

25   iterations of something we had seen before and we may have

1    inadvertently given one iteration and not recognized that

2    there was a slightly different second iteration.

3              THE COURT:  No.  I understand that.  So I guess

4    I would add to my comments earlier that I agree with the

5    government to the extent that it is true that the order

6    did say -- well, so there's two parts to this.  One is

7    that at least some portion of the documents the defense

8    had and they produced what they thought was responsive or

9    things to and from Ms. Elbaz on the three documents that

10   they had waived the privilege on.  So I think it's at

11   least a fair inference that they're -- some of these

12   documents may have been available to the defense and I

13   think the point I take from that is less about sort of a

14   Rule 16 problem, but just that the defense even though

15   they have fewer resources and did have more ability to

16   find these types of documents and consider them for their

17   own purposes even if just defensively, they did have a

18   head start on the prosecution team in that regard.

19             So both because under my order from July 11th or

20   12th where they were ordered to under Rule 16 to produce

21   anything to and from Ms. Elbaz on this topics, they had

22   more of an ability to access this.  They weren't simply

23   waiting for the -- they didn't have to simply wait for the

24   filter team to respond.  But and to the extent that there

25   were things that they had access to, they were technically

1    required to produce them earlier than the filter team

2    does.

3            On the other hand, I would say that Mr. Pollack

4    is correct about two points.  One is that we don't know to

5    what extent some of these filter team documents were even

6    in their possession based on the way that process worked.

7    And secondly, I think that it's -- I don't think it was

8    particularly realistic to assume that once they had made

9    their initial production and the filter team was going

10   about its business, that Mr. Pollack was diverting

11   resources to do a full -- do the exact same thing the

12   filter team was doing in trying to find those same

13   documents and producing them.  I just don't think that

14   was -- that would be realistic.

15           And so the general point I'm making I think is

16   that both sides -- again it's an imperfect result here in

17   terms of when parties are getting things.  On the one

18   hand, I think the government is getting these things a

19   little bit late.  But I don't think it was realistic to

20   rely on Mr. Pollack to produce more than he produced

21   initially and it is technically within your control as the

22   government to have the filter team move faster.  So they

23   moved as fast as you all decided or the Attorney General

24   decided was necessary and the resources provided were

25   exactly what you thought was necessary.  And as Mr.

1    Pollack said also you could have asked for a continuance

2    and you did not do that.

3            On the other hand, I think from the defense

4    side, given that the filter team did narrow what was

5    produced and we all knew this was coming, they also had

6    some ability to access some of these documents earlier

7    than the prosecution team and last night's production was

8    very limited.  It really was basically three or four

9    concepts, even though the number of pages was a little bit

10   more.  And given that the defense has more resources than

11   most defense teams do, I don't find any prejudice from

12   issuing an order based on my own review of these documents

13   finding waiver or lack of privilege as to some of these

14   documents having given the defense the opportunity to

15   respond and so that's kind of where we are.

16           So I will release those additional documents.

17   But I agree with Mr. Pollack that we need to have a

18   discussion before you use any of these documents because I

19   can tell from looking at some of these that again while

20   the privilege may be waived, there are questions about how

21   they should be used, whether it's admissibility, whether

22   it's 403, whether it's hearsay.  There's certainly a lot

23   of questions out there for some of these documents and I

24   think Mr. Pollack's position I guess will be that if Ms.

25   Elbaz didn't see it, then it's not relevant.  I don't know

 1    if I would make a blanket rule on that.  But I do think

 2    that there will be some questions about how to handle

 3    those situations.

 4            So in the meantime I think it's almost time for

 5    the jury.  I don't know if they're all here yet.  They

 6    have this procedure where they knock on the door.  I did

 7    want to ask before we get started, first off, has the

 8    government and the defense reached agreement on exhibits

 9    that were admitted in the government's case?

10            MR. POLLACK:  Your Honor, Ms. Elbaz does not

11    have any objection to the admission of the additional

12    documents that we were provided by the government on

13    Friday to have them admitted without a sponsoring witness.

14            THE COURT:  Okay.  And how many are there of

15    those, Ms. Cottingham?

16            MS. COTTINGHAM:  Your Honor, we had before last

17    night, before receiving the defense's, there are -- excuse

18    me.  There are 27 exhibits that we had identified and

19    provided to Mr. Pollack on Friday.  After receiving the

20    exhibit set for the defendant's direct examination, we

21    have identified 17 additional exhibits which all but four

22    of those 17 are also to/from or cc'ed to the defendant.

23    Two of those four are from Elad Bigelman, Michael

24    Goldberg, a co-conspirator in this case.  One of the four

25    is an article which is marked as Government's Exhibit

 1    45.1, which is one of the emails that had a link and we

 2    have identified the article that actually goes with it.

 3    And then --

 4            THE COURT:  This is one of the Israeli Times

 5    articles that was referenced in a prior exhibit?

 6            MS. COTTINGHAM:  Yes, Your Honor.  And then the

 7    fourth of the documents that is not to/from or cc'ed Ms.

 8    Elbaz is -- relates to Amy Nicole, the victim.  It's from

 9    I believe Ray Jeebun and it is another document that

10    relates to the victim, Amy Nicole.  Your Honor will recall

11    there was testimony about Ms. Nicole.  She's the one where

12    there was the exhibit that had the terms and conditions

13    pasted in.  She was repeatedly trying to get her money

14    back.  So the government has identified additional

15    exhibits based on the defendant's submission yesterday.

16            So in addition to those 27, we would also like

17    to admit these 17.  We are working on getting Mr. Pollack

18    a set right now.

19            THE COURT:  What do you think of this, Mr.

20    Pollack?

21            MR. POLLACK:  I have no idea what my position is

22    on 17 documents I haven't seen.  I could tell you that I

23    will certainly object to the newspaper article.

24            MS. COTTINGHAM:  Your Honor, we're --

25            THE COURT:  How is the newspaper article

1   relevant or admissible given the likely hearsay involved

2   in what's in the newspaper article?

3          MS. COTTINGHAM:  Your Honor, this is another one

4   that we're not offering for the truth of -- truth of the

5   matter at all.  This is a newspaper article that went

6   to -- the defendant is on the cover email and so it's a

7   notice argument again for the newspaper article itself.

8          THE COURT:  So here's what I'm a little

9   concerned about.  Mr. Pollack hasn't said this, but just

10  as a matter of process.  So you said 35 exhibits.  How

11  many exhibits that you all agreed on at the end of Friday?

12         MS. COTTINGHAM:  Your Honor, we had agreed on 28

13  and then one came in through Mr. Hadar.  So 27 that we had

14  agreed on on Friday.  All of which were to/from or cc'ed

15  the defendant herself.

16         THE COURT:  So those will be fine since there's

17  no objection.  And I don't know if we read them in now

18  or -- I think we should probably read them in front of the

19  jury.  Just so when they see those later, they might have

20  a note saying that they had seen it before.

21         But I guess I'm a little -- I'm a little

22  troubled by the process of saying we've rested, but we've

23  got some exhibits we want to throw in there.  You give the

24  list.  And then once the other side gives you their --

25  what they are going to use, then you say, well, now we

1    want to add new exhibits.

2           I mean it's only because of my procedure, which

3    is not in the rules that you had to, you know, you get

4    access to this.  The defense doesn't have to put on a

5    case.  So why is it appropriate for you to now say, well,

6    now that I've seen what they're going to do, I'm going to

7    add more exhibits?

8           I mean, you know, the government puts its case

9    on based on proving its case.  It's not based on reacting

10    to a defense case which may never happen.  So why weren't

11    those already identified?  And why aren't they more

12    properly used as rebuttal exhibits later, if necessary?

13           MS. COTTINGHAM:  So, Your Honor, I think the

14    exhibits that -- the additional 17 exhibits primarily fall

15    into three categories --

16           THE COURT:  No.  That's not the question.  The

17    question is why are you allowed to get a second bite at

18    the apple now that you've seen what exhibits they're going

19    to use when you very easily could have said I want to

20    include these other exhibits and see what Mr. Pollack said

21    as part of the government's case in chief?  The

22    government's case in chief shouldn't be based on what they

23    give to you the night before because -- I mean, you knew,

24    what your case was going to be going into this trial.

25           MS. COTTINGHAM:  Yes, Your Honor.

1          THE COURT:  And if it's reactive to this, it's

2     really rebuttal, isn't it?

3          MS. COTTINGHAM:  Your Honor, I anticipate that

4     nearly all of these exhibits would be used with Ms. Elbaz

5     on cross.  These are exhibits that relate to issues that

6     the defense -- for example, Amy Nicole, the Thomas

7     Christianson call, that the defense has already put on as

8     part of its defense case.  When we received for the first

9     time yesterday defense exhibits that further developed the

10    relationship between, for example, Ms. Elbaz and the

11    victim, Amy Nicole, those exhibits that were identified by

12    the defense don't tell the complete story.  So we have

13    identified additional exhibits, for example, relating to

14    that victim.

15         THE COURT:  So you're always free to offer

16    exhibits when you're cross-examining?  I mean again why

17    are they part of your case in chief?

18         MS. COTTINGHAM:  Your Honor, we are happy to

19    offer them as cross-exhibits and to do it that way.  I

20    think they are only part of our case in chief to the

21    extent these were issues that were raised by the defense

22    on cross-examination, for example, of Special Agent Fine.

23    But the additional --

24         THE COURT:  Well, again then why weren't they

25    just offered before you rested?

1              MS. COTTINGHAM:  At that point, Your Honor, we

2     were not --

3              THE COURT:  Or with the package that you said

4     these are the ones we want before we look at your

5     exhibits?

6              MS. COTTINGHAM:  Understood, Your Honor.  We are

7     happy to use these additional 17 as cross.  But it is -- I

8     do want to be clear for the record that it's a narrow set

9     that we have identified based on issues that we anticipate

10    based on the defense's exhibit list that the defendant

11    will testify to and we don't think that the exhibits that

12    they have identified tell, for example, the complete story

13    with these victims.

14             THE COURT:  Okay.  I mean that's fine.  Now just

15    as a matter of efficiency, Mr. Pollack, it sounds like you

16    haven't seen what these 17 are.  So even if you were to

17    say just as a matter of efficiency, we might as well admit

18    them rather than try to do that in the middle of the

19    cross, you don't have a position yet on these documents?

20             MR. POLLACK:  No.  I can't.  I don't know which

21    documents we're talking about.

22             THE COURT:  Okay.  So why don't we do this?  The

23    jury is ready.  We'll have the government read the list of

24    exhibits that are agreed to that were the first group.

25    We'll have you rest at that point.  And then we'll go to

1  the testimony of Ms. Elbaz.  Correct?

2              MR. POLLACK:  Well --

3              THE COURT:  These other documents if they're

4  going to offer them on cross, that's not going to happen

5  right now anyway.  So --

6              MR. POLLACK:  Correct.  We will be making a

7  motion under Rule 29 for judgment of acquittal on each

8  count after the introduction of those documents.

9              THE COURT:  Okay.  Well, that's a fair point.

10              MR. POLLACK:  So I don't know how you want to

11  handle --

12              THE COURT:  Why don't you offer them right now?

13  Just that way, we can sort -- get that on record without

14  the jury being here.

15              MS. COTTINGHAM:  Thank you, Your Honor.  The

16  government offers the following exhibits without

17  objection.  Exhibit 33, 34, 62, 67, 116, 385, 419, 420,

18  423, 425, 427, 427.1, 427.2, 427.3, 427.4, 427.5, 432,

19  435, 435.1, 500, 522, 522-T, 534-T, 534.1, 537, 537-T,

20  540, 540-T, 547, 547-T --

21              THE COURT:  Could you slow down, please?

22              MS. COTTINGHAM:  Yes.  549, 549-T, 550, 550-T,

23  572, 572-T, 577, 577-T, 624, 624-T, 670, 670-T, 704,

24  704-T, 821 and 821-T.

25              THE COURT:  Okay.  So with no objection to

1    those, those will all be admitted.  Mr. Pollack, do you

2    want to make a motion now?

3            MR. POLLACK:  So --

4            THE COURT:  Actually, the government is resting

5    now.  Correct?

6            MS. COTTINGHAM:  Yes, Your Honor.  The United

7    States rests.

8            MR. POLLACK:  We make a motion under Rule 29 for

9    judgment of acquittal on each of the counts and I think

10   Ms. Ettinger will handle that motion.

11           THE COURT:  Well, the question is how much

12   argument do you have because the jury is ready and I

13   wanted to do that before 9, but we got bogged down on

14   other spitting matches and so I might just need to reserve

15   on this until we get to a break.

16           MR. POLLACK:  If --

17           THE COURT:  If you've just got one point, I'm

18   fine with that.  But if it's going to be an extensive

19   argument, I think we need to wait.

20           MR. POLLACK:  It's not lengthy, but I've got no

21   objection to the Court reserving as its entitled to under

22   the rule.

23           THE COURT:  Okay.  I'll reserve on that.  I

24   think it does make sense at a break to hear something on

25   it.  So I can either decide what to do now or we can push

1    that further along.  But since the jury is ready, let's

2    bring them in then.

3         MR. POLLACK:  And, Your Honor, I wanted to flag

4    one additional issue that I don't think we need to discuss

5    now.  But I just wanted to flag for the Court the parties

6    have in part I think reached a stipulation with respect to

7    the FBI agents that are not --

8         THE COURT:  Correct.

9         MR. POLLACK:  -- case agents.  However, there is

10   an issue with respect to additional statements that the

11   government wants to add to that stipulation which the

12   defense would argue could not be testified to even if the

13   agents were here live and so we're going to need to -- if

14   the Court rules that an agent would be able to testify

15   about those statements, we've got no objection to doing it

16   by way of stipulation, but we're going to need the Court

17   to decide whether those statements could be offered

18   through live testimony or not.

19        THE COURT:  Okay.  We'll do that at an

20   appropriate time.

21        MS. COTTINGHAM:  Your Honor, may I just ask one?

22   One of the FBI linguists who has served as a translator in

23   this case is here and would like to observe the

24   proceedings.  We don't anticipate calling him for any

25   reason unless, for example, the defendant puts a

1    translation of a certain document at issue and then we

2    might call him as a rebuttal witness on that narrow point.

3    But we would like for him to be able to sit and observe

4    the proceedings.

5              Of course, anything that he would testify to on

6    rebuttal which I think is very, very unlikely would not --

7    would be based solely on the substance of the document and

8    not on anything that he were to observe here in court.

9              THE COURT:  Any position on this, Mr. Pollack?

10             MR. POLLACK:  I don't have an objection to the

11   linguist sitting in.  I suspect that if there are issues

12   about translation, that the way to resolve that rather

13   than through a rebuttal witness will be through some sort

14   of a stipulation that says that a certified translation of

15   the following phrase that appears in Exhibit whatever is X

16   which would match everything that we've done to date.  So

17   that would be my response on that.

18             It does raise a logistical issue.  When Ms.

19   Elbaz takes the stand, she is going to need the assistance

20   of the interpreters.  It may not be for every question.

21   It may not be for every answer.  But there will certainly

22   be times that she is going to want to hear a question in

23   Hebrew and there may be times when she wants to answer in

24   Hebrew.

25             THE COURT:  The interpreters can usually stay up

1       there with her.

2               MR. POLLACK:  Well, that was my question.  Where

3       do you want them and do you want them seated, do you want

4       them --

5               THE COURT:  The clerk is out of the room right

6       now.  But usually, they are behind the witness in chairs,

7       although I don't see any there right now because I don't

8       know if we knew that was going to happen.  But we can set

9       up two chairs --

10              MR. POLLACK:  There is a chair we can move up

11      right now.

12              THE COURT:  We can set up some chairs back there

13      and particularly in this situation, it may just make sense

14      for them to sit in the chairs and they will just be

15      summoned when Ms. Elbaz needs them as opposed to being

16      right up in her ear.  But we've had that, too.  So if she

17      wants them either sitting right behind her or even

18      standing next to her, again they can alternate.  So

19      there's that option.  But it's totally appropriate to have

20      them up there with her.

21              MR. POLLACK:  Yeah.  I suspect that she will

22      need at least some translation even if it's not every

23      word --

24              THE COURT:  Right.

25              MR. POLLACK:  -- frequently and so I think for

1  them to be getting up and, you know, going back and forth

2  is going to be more disruptive --

3          THE COURT:  No, no.  They should stay up with

4  her.

5          MR. POLLACK:  Yeah.

6          THE COURT:  And just with respect to the

7  linguist, since there's no objection, I think it's fine

8  for the person to be in the room.  Just to clarify though,

9  it sounds as if there might be testimony about a document,

10  but there won't be any testimony about whether, you know,

11  commenting on Ms. Elbaz's testimony in any way or her

12  version of what a document means or not and so that would

13  not be appropriate.

14          MS. COTTINGHAM:  Of course, Your Honor.  Thank

15  you.

16          THE COURT:  Okay.

17          MR. POLLACK:  Do you want me to do something

18  about the chairs before the jury comes in?

19          THE COURT:  Well, I mean I'd like -- I mean we

20  can move some things over, but we'll let the clerk decide

21  the exact setup.  But you can start moving some things

22  over.  I'm just not sure how to let them know that we're

23  ready.

24          (Jury present.)

25          THE COURT:  Good morning, everyone.  Thank you.

1  Please be seated.  Welcome back.  I hope you had a good

2  few days away from us and ready to dive back into the

3  case.

4          I did want to say at the outset, you heard on

5  Friday, the government had rested and by agreement of the

6  parties, the government has added some additional exhibits

7  which I think we've already formally admitted them.  But

8  just for your reference, I'm going to ask Ms. Cottingham

9  just to read that list of numbers again just for your

10  purposes and then we'll move to the next step.

11          MS. COTTINGHAM:  Thank you, Your Honor.  The

12  exhibits that were admitted this morning are Exhibits 33,

13  34, 62, 67, 116, 385, 419, 420, 423, 425, 427, 427.1,

14  427.2, 427.3, 427.4, 427.5, 432, 435 and 435.1, 500, 522

15  and 522-T, 534, 534-T, 534.1, 537, 537-T, 540, 540-T, 547,

16  547-T, 549, 549-T, 550, 550-T, 572, 572-T, 577, 577-T,

17  624, 624-T, 670, 670-T, 704, 704-T, 821, 821-T.

18          THE COURT:  Okay.  Thank you.  So the government

19  has rested, meaning that they have completed their case

20  and now the defense has the opportunity to put on its own

21  case.  And, Mr. Pollack, you are ready to call your first

22  witness?

23          MR. POLLACK:  Yes, Your Honor.  We'd call Ms.

24  Elbaz.

25          THE COURT:  Thank you.

1       THE CLERK:  Please remain standing and raise

2  your right hand.

3  Thereupon,

4                     LEE ELBAZ,

5  Having been called as a witness on behalf of the defense

6  and having been first duly sworn by the Deputy Clerk, was

7  examined and testified as follows:

8       MR. POLLACK:  Your Honor, with the Court's

9  position, I'd like to hand up a set of documents that may

10  come up during Ms. Elbaz's testimony.

11       THE COURT:  Okay.  That's fine.

12       THE CLERK:  Please speak directly into the

13  microphone.  State your first and last name for the record

14  and spell your name.

15       THE WITNESS:  My name is Lee Elbaz.

16                  DIRECT EXAMINATION

17       BY MR. POLLACK:

18  Q    Ms. Elbaz, where were you born?

19  A    Israel.  Tel Aviv.

20  Q    And have you lived in Israel your entire life?

21  A    Yes, I do.

22  Q    Did you complete high school in Israel?

23  A    Yes, I do.

24  Q    And after high school, what did you do?

25  A    I start work for insurance agency.

1      Q      And then at some point did you serve in the

2    Israeli army?

3      A      Yes.  I do.

4      Q      For approximately how long were you in the army?

5      A      Approximately two years.

6      Q      And after you completed your military service,

7    what did you do?

8      A      I went back to work for the insurance agency.

9      Q      And at some point did you leave the insurance

10   agency and take another job?

11     A      Yes, I do.  I start to work for Discount Bank in

12   Israel.

13     Q      And Discount Bank, is that a large bank in

14   Israel?

15     A      It's one of the -- it's a government bank and

16   it's one of the three biggest one.

17     Q      One of the three largest banks in Israel?

18     A      Yes.  Sorry.

19     Q      And while you were at Discount Bank, did you

20   start taking university level classes?

21     A      Yes, I do.

22     Q      And what did you study when you were taking

23   university classes?

24     A      Business management, economic with major was

25   finance and statistic.

1        Q      And about how many years of university classes

2     did you complete?

3        A      Two years.

4        Q      At some point, did you leave Discount Bank for

5     another type of work?

6        A      Yes, I do.

7        Q      And what did you do?

8        A      I start to work for a few financial college.

9        Q      And what is a financial college?

10       A      It's a school, private school that teach you how

11    to trade by yourself and to be an independent trader.

12       Q      And at some point after teaching or working at

13    private financial colleges, did you go to work at a

14    company that dealt with something known as Forex?

15       A      Yes, I do.

16       Q      Okay.  And what is Forex?

17       A      Just a second.

18              (Witness conferred with interpreter.)

19       A      It's Forex exchange with currencies.  I don't

20    know the correct translation.  But it's --

21       Q      It's trading in foreign currencies?

22       A      Exactly.  I'm so sorry.

23       Q      That's okay.  And after working at the Forex

24    company, did you take a job related to binary options?

25       A      Yes, I do.

1      Q     And with what company was that?

2      A     I work for a company that's called M-I-G, MIG.

3      Q     And what kind of company was MIG?

4      A     It was a service center that gave services to a

5   binary option company.  I was there for few months.

6      Q     Similar to Yukom, for example?

7      A     Yes.

8      Q     And while you were at MIG, did MIG employees use

9   stage names?

10     A     Yes, they are.

11     Q     Did MIG employees disclose to customers outside

12  of the United States that they were calling from Israel?

13     A     No, they not.

14     Q     Did MIG employees claim to have experience that

15  they didn't actually have?

16     A     Yes.

17     Q     As far as you know, did MIG employees make false

18  statements about the actual financial product that they

19  were selling, that is binary options?

20     A     No, they don't.

21     Q     Did you leave MIG at some point and come to work

22  at Yukom?

23     A     Yes, I do.

24     Q     And when did you start at Yukom?

25     A     It was May 27, 2014.

1    Q    And approximately, how many employees were there

2  doing retention at Yukom when you started?

3    A    Much or less 20.

4    Q    Okay.  And what was your position when you were

5  hired?

6    A    I was a team leader.

7    Q    And as a team leader, how frequently would you

8  speak directly to a client?

9    A    Between one or two times a day.

10    Q    Did there come a point when you were promoted

11  from the position of team leader?

12    A    Yes.  I promoted to be a shift manager.

13    Q    About how long had you been a team leader before

14  you were promoted to the position of shift manager?

15    A    Approximately five months, four months.  Five

16  months.  Sorry.

17    Q    As a shift manager, how frequently would you

18  speak directly to clients?

19    A    Once a week.  Once a week I think.  Yeah.

20    Q    Less frequently than you did when you were a

21  team leader?

22    A    For sure.

23    Q    And at some point did you get promoted from the

24  position of shift manager?

25    A    Yes, I do.

1    Q    And what position were you promoted to?

2    A    I became the CEO of Yukom.

3    Q    And approximately, how long were you a shift

4    manager before you were promoted to CEO?

5    A    Seven months.

6    Q    How long had you been at the company altogether?

7    A    One year.

8    Q    And about how old were you when you became CEO?

9    A    34 I think.  33.

10   Q    As --

11   A    34.

12   Q    33 or 34?

13   A    34.

14   Q    As a CEO, how frequently would you speak

15   directly to clients?

16   A    Once a month or just if needed.

17   Q    Less frequently than you had when you were shift

18   manager?

19   A    Way less.

20   Q    I'm going to put up what has previously been

21   marked as BB, which is a Yukom organization chart marked

22   for identification only.  You should have -- it should be

23   up on your screen.  But, Ms. Elbaz, as we go through these

24   documents, if there are documents that it's more helpful

25   for you to have the paper copy rather than work from the

1    screen, hopefully, they are up there and hopefully, they

2    are in the approximate order that I'm going to be talking

3    about them.

4         This organizational chart, is this a accurate

5    summary of what Yukom -- how Yukom was organized during

6    the period that you were CEO?

7    A    Yes.

8    Q    And above you on this chart is a gentleman,

9    Yossi Herzog.  Who was Yossi Herzog?

10   A    He was my boss and Yukom owner.

11   Q    And next to him is a gentleman who is known as

12   Kobi Cohen.  Who is Mr. Cohen?

13   A    He was in charge in Linkopia and I think he had

14   some business with Yossi.

15   Q    And underneath the CEO position, there are a

16   number of different boxes.  Are each of those different

17   departments of Yukom that reported to you when you were

18   CEO?

19   A    Yes, they are.

20   Q    And what are those?

21   A    It's HR department.

22   Q    And that's Human Resources?

23   A    Yes.  The academy department, the IT department,

24   accounting department and retention department.

25   Q    And under the retention department, there are

DIRECT EXAMINATION OF LEE ELBAZ

```
1    some people who are listed as managers, Or Maymon, Elad

2    Bigelman, Nissim Alfasi.  Did those individuals report to

3    you?

4         A    Yes, they are.

5         Q    And under them is a group called team leaders.

6    Correct?

7         A    Yes.

8         Q    And at various points in time, were there

9    sometimes people who were called team leaders and

10   sometimes people who were called shift managers?

11              (Witness conferred with interpreter.)

12        A    Sorry.  Yes, they are.

13        Q    And did both team leaders and shift managers

14   ultimately report to you?

15              (Witness conferred with interpreter.)

16        A    Yes, they are.  Sorry.

17        Q    Were there managers between the team leaders and

18   the shift managers and you?

19        A    No.

20        Q    And underneath the team leaders, there were

21   employees and those were the retention agents themselves?

22        A    Yes.

23        Q    At its largest during your time as CEO, how many

24   retention agents were there?

25        A    94.
```

DIRECT EXAMINATION OF LEE ELBAZ

1      Q     And how many employees of Yukom were there

2  altogether?

3      A     Approximately 110.

4      Q     And this is all in Caesarea, Israel?

5      A     Yes.

6      Q     And did all 110 of those employees report either

7  directly or indirectly to you as the CEO?

8      A     Yes, they are.

9      Q     And then you reported to Mr. Herzog?

10     A     Yes, I do.

11     Q     And you also sometimes would be asked to do

12  things by Mr. Cohen?

13     A     Can you repeat, please?

14     Q     Sure.  Did Mr. Cohen also sometimes give you

15  things to do?

16     A     Yes.

17     Q     How long were you the CEO of Yukom?

18     A     Until November 2016.

19           MR. POLLACK:  I'm going to offer Exhibit 1039.

20  Is there any objection?

21           MR. VAN DYCK:  No objection.

22           MR. POLLACK:  You can go ahead and --

23           THE COURT:  Do I have 1039?  Not with any

24  letter.  Just plain old 1039?

25           MR. POLLACK:  Well, 1039 -- there's a 1039-E and

DIRECT EXAMINATION OF LEE ELBAZ

1    1039-H.  I guess I would move the admission of 1039-E at

2    the moment.  I don't see a need to introduce the --

3              THE COURT:  I see.  So your H means Hebrew and E

4    means English in your parlance.

5              MR. POLLACK:  It's a complicated system, Your

6    Honor.  But, yeah, that's what we went with.

7              THE COURT:  Okay.  So 1039-E is in evidence.

8    Thank you.

9              MR. POLLACK:  Thank you, Your Honor.

10             You can go ahead and put up 1039-E.

11             BY MR. POLLACK:

12        Q    This document was originally in Hebrew, but it's

13   been translated here.  Is this your letter of resignation?

14        A    Yes.

15        Q    And what date did you send it?

16        A    October 19, 2016.

17        Q    And what date was it supposed to be effective?

18        A    November 19, 2016.

19        Q    And why were you making it effective 30 days

20   later?

21        A    In Israel, the law after a period of time that

22   you working, it's a mandatory to give at least 30 day by

23   law.

24        Q    But did you actually end up serving as CEO all

25   the way until November 19th?

DIRECT EXAMINATION OF LEE ELBAZ

1    A    No.  Before that.

2    Q    And why is that?

3    A    Yossi Herzog fired me.

4    Q    He fired you from the position of CEO after you

5    had tendered your resignation?

6    A    Yes.

7    Q    And so what date did you actually stop being the

8    CEO?

9    A    November 5, 2016.

10   Q    At some point did you come back and serve in

11   some capacity other than CEO?

12   A    Yes.

13   Q    And what did you do?  What was your new role?

14   A    I did training for new employee at Linkopia in

15   Mauritius.

16   Q    And did you -- well, let me put it -- let me do

17   it this way.  After November 5, 2016, was there a new CEO?

18   A    Yes.

19   Q    Were you ever the CEO again?

20   A    No.

21   Q    After November 5, 2016, did you have any role in

22   management?

23   A    Not at all.

24   Q    When did you leave the company altogether?

25   A    June 26 or 7, 2017.

DIRECT EXAMINATION OF LEE ELBAZ

1  Q Ms. Elbaz, at any point during your employment

2 with Yukom, did you ever intend to defraud clients of

3 Yukom?

4  A No.

5  Q At any point during your employment with Yukom,

6 did you agree with anybody else to defraud clients at

7 Yukom?

8  A No.

9  Q In September of 2017, did you come to the United

10 States for a visit?

11  A Yes.

12  Q And when you arrived at JFK Airport in New York,

13 were you arrested?

14  A Yes.

15  Q And the FBI agents who arrested you asked if you

16 would agree to be interviewed by them.  Did you agree to

17 do an interview?

18  A Yes.

19  Q And we saw in court some short video portions of

20 that interview.  Do you remember that?

21  A Yes.

22  Q How long was the interview altogether?

23  A More than two hours at least.

24  Q Was the interview conducted entirely in English?

25   (Witness conferred with the interpreter.)

1      A      Yes.

2      Q      Was there an interpreter there?

3      A      No.

4      Q      When you were being interviewed in September of

5   2017, how long had it been since you had left Yukom

6   altogether?

7      A      Three months.

8      Q      And how long had it been since you had been the

9   CEO of Yukom?

10      A      11 months or 10 months.

11      Q      In your interview with the FBI, were you trying

12   to be as accurate as possible?

13      A      Yes.

14      Q      Did you tell the truth in that interview?

15      A      Yes.

16      Q      I'd like to put up what has been marked for

17   identification as AA.  And this is a chart about various

18   companies in the binary options industry.  Is that

19   correct, Ms. Elbaz?

20      A      I'm sorry.  Can you ask it again?  I didn't

21   understand.

22      Q      Sure.  What is this -- generally, what does this

23   chart depict?  What does it show?

24      A      It show a chart of binary option companies and

25   Yukom and Linkopia and others.

DIRECT EXAMINATION OF LEE ELBAZ

1      Q     Let's start in the middle of the chart.  Do you

2   see where it says Binary Book and Big Option?

3      A     Yes, I do.

4      Q     What were Binary Book and Big Option?

5      A     They are binary option companies.

6      Q     Was that their legal name or was that a name

7   under which they did business?

8      A     No.  It's a branded name.

9      Q     And were those companies part of Yukom or

10  different companies than Yukom?

11     A     No.  They are not Yukom.

12     Q     To your understanding, did Mr. Herzog own Binary

13  Book or Big Option?

14     A     No.

15     Q     Mr. Herzog owned Yukom.  Correct?

16     A     Yes.

17     Q     And you were the CEO of Yukom?

18     A     Yes.

19     Q     Were you the CEO of any other company that is on

20  this chart?

21     A     No.  I don't.

22     Q     There was another company if we move to the left

23  of Yukom called Linkopia?

24     A     Correct.

25     Q     And where was Linkopia located?

1    A    In Mauritius.

2    Q    And who owned Linkopia?

3    A    Yossi Herzog.

4    Q    And Linkopia performed a number of services in

5    addition to retention.  Correct?

6    A    Yes.

7    Q    And is what's listed on the chart, is that

8    correct in terms of the kinds of services that Linkopia

9    provided?

10   A    Correct.

11   Q    And the services that Yukom provided, they

12   provided to Binary Book, to Big Option and did they also

13   provide similar services to other binary option brands?

14   A    Yes.

15   Q    And did Yukom have contracts with these binary

16   option brands to provide the services that Yukom was

17   providing for them?

18   A    Yes.

19   Q    And was it your understanding that Linkopia also

20   had contracts with the binary option brands that it was

21   providing services to?

22   A    Yes.

23   Q    And then off to the right, there is a company

24   called Numaris?

25   A    Yes.

1      Q     Were Linkopia and Yukom the only companies that

2   were providing services to Binary Book and Big Option and

3   other binary option brands?

4      A     No.

5      Q     Was Numaris one of the companies that provided

6   retention services?

7      A     Yes.

8      Q     And where was Numaris located?

9      A     In Israel.  Tel Aviv.

10     Q     And was Numaris part of Yukom or was it a

11  different company?

12     A     Different company.

13     Q     And did Mr. Herzog own Numaris?

14     A     No, he don't.

15     Q     Who owned Numaris?

16     A     Ronen Roytman.

17     Q     And then above Binary Book and Big Option and

18  other binary option brands, you see off to the left

19  something called the Spot Option trading platform?

20     A     Yes, I do.

21     Q     And was that a trading platform that was used by

22  some of the binary option brands?

23     A     Yes.

24     Q     Did Binary Book and Big Option to your

25  understanding use Spot Option's trading platform?

DIRECT EXAMINATION OF LEE ELBAZ

1      A    Yes.

2      Q    And then there were also other trading

3  platforms?

4      A    Yes.

5      Q    Was Spot Option part of Yukom or was it a

6  separate company?

7      A    No.  It's a different company.

8      Q    To your understanding, was Spot Option owned by

9  Mr. Herzog?

10     A    No.

11     Q    And, lastly, did you understand Spot Option to

12  be a regulated company?

13     A    Yes.  It was.

14          MR. POLLACK:  You can go ahead -- well,

15  actually, is there a way to move that so it's half the

16  screen?  And then the next document I'm going to turn to

17  is 1028.

18          MR. VAN DYCK:  No objection.

19          THE COURT:  Okay.  1028-E is in evidence.

20          MR. POLLACK:  Your Honor, what I'd like to do

21  with the Court's permission, I will introduce unless I say

22  otherwise the English version of the document.  If I've

23  done this correctly, Ms. Elbaz has at the witness stand

24  not just the English version, but the corresponding Hebrew

25  version.  So, for example, she should have up there 1028-H

1    and to the extent that she wants to refer to the Hebrew

2    version, that will be available to her.  If the Court

3    would prefer that I introduce both, I'm happy to introduce

4    both.  But my plan was just to introduce the English

5    version, but allow Ms. Elbaz to use the Hebrew version as

6    needed.

7            THE COURT:  Do you have a view on this, Mr. Van

8    Dyck?

9            MR. VAN DYCK:  Your Honor, I think the

10   government's view, Your Honor, is that we would like both

11   documents in evidence --

12           THE COURT:  I think we've been doing that.  So

13   let's do that --

14           MR. POLLACK:  That's fine.  In that case, I'll

15   move the admission of 1028-E and 1028-H and I guess just

16   so we're following the same pattern previously, I'd

17   introduce 1039-E, I'd also offer 1039-H.

18           THE COURT:  Okay.  1028-E and -H and 1029-H are

19   in evidence.

20           MR. POLLACK:  So, Brian, if you can cull up

21   1028-E?

22           BY MR. POLLACK:

23    Q    And, Ms. Elbaz, you should have 1028-H up there

24   to the extent that you need it.

25    A    I have it.

1      Q     What I'd like to do is focus on the bottom email

2   here.

3      A     Yes.

4      Q     We need to see who it's from.  Who is it from?

5      A     It's from Yossi Herzog.

6      Q     And is it sent to a number of people including

7   yourself?

8      A     Yes.

9      Q     And it is sent in July of 2016.  Correct?

10     A     Correct.

11     Q     So now let's go ahead and go to the body of the

12  document.

13     A     Okay.

14     Q     Mr. Herzog says "it's important that everyone

15  understands as I've explained several times Yukom is a

16  service providing company."  Was that what your

17  understanding was all along, that Yukom was a service

18  providing company?

19     A     Yes.

20     Q     And who did Yukom provide services to?

21     A     To the broker company, Big Option, Binary Book,

22  Binary Online, Alpha Trade.

23     Q     And when you say broker companies, you refer to

24  the binary option brands like Binary Book and Big Option

25  as broker companies?

DIRECT EXAMINATION OF LEE ELBAZ

1      A      Yes, I do.

2      Q      And he says that "you are employees of Yukom and

3    not of these other companies."  Correct?

4      A      Correct.

5      Q      Was that -- again was that your understanding

6    all along, that you were an employee of Yukom?

7      A      Yes.

8      Q      Did you ever think that you were an employee of

9    any other company?

10     A      No.

11     Q      He says Yukom has agreements with various

12   brokers about different services.  Correct?

13     A      Correct.

14     Q      And again was that your understanding all along

15   that Yukom had contracts with brokers such as Binary Book

16   and Big Option?

17     A      Correct.

18     Q      And in the sentence before it, it refers to Big

19   and Book.  Is Big short for Big Option?

20     A      Yes.

21     Q      And Book is short for Binary Book?

22     A      Yes.

23     Q      And if we can go down a couple of lines, he says

24   "I am the sole owner of Yukom and Linkopia."  Again, was

25   that your understanding all along that he was the owner

1    and the only owner of Yukom and Linkopia?

2        A    Yes.

3        Q    And then he says a couple of lines after that,

4    that he and Kobi -- do you understand Kobi in this context

5    to be a reference to Kobi Cohen?

6        A    Yes.

7        Q    "Have never been the owners of Book or Big."

8    And again that's Binary Book and Big Option?

9        A    Yes.

10       Q    And again was that consistent with your

11   understanding all along that Mr. Herzog was not an owner

12   of Binary Book or Big Option?

13       A    Correct.

14       Q    And what was your understanding of why --

15            MR. POLLACK:  Well, first of all, can we move

16   that to the side so that we can again see the chart?

17            BY MR. POLLACK:

18       Q    Is everything that is in that email, is that

19   consistent with what is in the chart, AA, in terms of the

20   relationship between these companies?

21       A    Yes.

22       Q    Why did you understand in July of 2016 Mr.

23   Herzog was sending an email setting forth the relationship

24   of these companies when you already knew the relationship

25   of these companies?

DIRECT EXAMINATION OF LEE ELBAZ

1     A     Austin Smith start to spread some false

2 statement and he did it even over the media and newspaper.

3 So Yossi Herzog send to all the manager in the company

4 this email.

5     Q     And did he want you as managers to make sure

6 that your employees had the accurate information, not the

7 information that Mr. Smith was saying in the media?

8     A     Yes.  Of course.

9           MR. POLLACK:  You can go ahead and take down

10 1028, but let's go ahead and leave AA up there.

11          BY MR. POLLACK:

12    Q     You were an employee of Yukom?

13    A     Yes.

14    Q     And Yukom is the company that paid your salary?

15    A     Yes.

16    Q     Were there times, however, that you were asked

17 even though you were a Yukom employee to assist Linkopia?

18    A     Yes.

19    Q     Why to your understanding would you be asked to

20 assist Linkopia even though you were an employee of Yukom?

21    A     It's another company that owned -- if it's the

22 correct word -- by Yossi Herzog.  Like he was the owner of

23 Linkopia also.

24    Q     Did you as the CEO of Yukom have any authority

25 over employees who worked for Linkopia?

1        A     No.

2        Q     Were there also times that Mr. Herzog asked you

3    to assist Numaris or other companies that did retention

4    that were not owned by Mr. Herzog?

5        A     Yes.

6        Q     Why would -- to your understanding why would Mr.

7    Herzog ask you to assist companies that he didn't own?

8        A     Because as much -- sorry.  Can I do that in

9    Hebrew?

10       Q     Yes.

11             (Witness conferred with the interpreter.)

12       A     Sorry.  More job or business for Numaris going

13   to create more business for Linkopia like conversion-wise,

14   compliant-wise, support, finance.  So he going to benefit

15   from that.

16       Q     The more retention work that any of these

17   companies do, whether they are owned by Mr. Herzog or not,

18   generates more work for Linkopia which Mr. Herzog owns?

19       A     Yes, because I reach the capacity back then.

20       Q     Yukom couldn't do any more retention work than

21   it was doing?

22       A     No.

23       Q     Were there a limited number of seats in the call

24   center?

25       A     Yes.

DIRECT EXAMINATION OF LEE ELBAZ

1      Q     And were they all full?

2      A     Yes.

3      Q     Did any of the employees of Numaris report to

4    you?

5      A     No.

6      Q     Did you have authority over any of the Numaris

7    employees?

8      A     No.

9      Q     And who was the owner and CEO of Numaris?

10     A     Ronen Roytman.

11     Q     Were you Mr. Roytman's boss?

12     A     No.

13     Q     Mr. Smith, Austin Smith, he worked at Numaris?

14     A     Yes.

15     Q     Did he report to Mr. Roytman?

16     A     Yes.

17     Q     Did he report to you?

18     A     No.

19     Q     Was he ever an employee of Yukom?

20     A     No.

21     Q     What about Mila Morales?  Did she work at Yukom?

22     A     No.

23     Q     Was she an employee of Numaris?

24     A     Yes.

25     Q     Did she report to you?

DIRECT EXAMINATION OF LEE ELBAZ

```
 1        A    No.
 2        Q    Either directly or indirectly, did she report to
 3   Mr. Roytman?
 4        A    Yes.
 5        Q    Yukom operated a call center and made phone
 6   calls on behalf of Binary Book?
 7        A    Yes.
 8        Q    And Big Option?
 9        A    Yes.
10        Q    And others?
11        A    Yes.
12        Q    Let's just take as an example Binary Book.  If a
13   Yukom employee was making a call to a customer of Binary
14   Book --
15        A    Okay.
16        Q    -- how would the Yukom employee identify himself
17   when he was talking to the client?
18        A    I will say hi, my name is Lena Green and I'm
19   calling on behalf of Binary Book or Big Option.
20        Q    And would you have an email address that said
21   LenaGreen@Binary Book.com?
22        A    Of course.
23        Q    And is that the email address that you would
24   have the Binary Book customer communicate to you at?
25        A    Of course.
```

1    Q    And would that email address have a signature

2    block that reflected Binary Book?

3    A    Yes.

4    Q    And a phone number, an address, all the

5    information would relate to Binary Book, not to Yukom.

6    A    Yes.

7    Q    Did you think that there was anything improper

8    about a Yukom employee presenting himself to a customer as

9    a representative of Binary Book without telling the

10   customer my actual employer is not Binary Book, it's

11   Yukom, a company that provides services for Binary Book?

12   A    No.

13   Q    Why not?

14   A    Because, first of all, I've been told by Yossi

15   Herzog to do that.  When I joined Yukom, they already did.

16   And I also saw a legal opinion that definitely explained

17   it.

18   Q    Okay.  What about the fact that Yukom employees

19   were not using their real name, they were using a stage

20   name?  Did you think there was anything improper about

21   that?

22   A    No.

23   Q    And why not?

24   A    Again, I saw a legal opinion that it's allowed

25   and I've been told by Yossi Herzog and also we have been

DIRECT EXAMINATION OF LEE ELBAZ

1    asked by the broker to do that.  So we not going to say

2    that we are from Israel and we are Jewish.  Some people

3    don't like us and this is required.

4         MR. POLLACK:  I'm going to move the admission of

5    1013-E and -H, which is an email and 1014-E and -H, which

6    are -- which is the attachment to the email.  Hold on --

7    let me -- any objection to that?

8         MR. VAN DYCK:  No objection, Your Honor.

9         THE COURT:  Okay.  1013-E and -H and 1014-E and

10   -H are in evidence.

11        BY MR. POLLACK:

12   Q    Let's start with 1013-E.  And again, Ms. Elbaz,

13   the English is on the screen.  But you should have the

14   Hebrew up there.  The bottom, is that an email from a

15   David Bitton to you?

16   A    Yes.

17   Q    And who was David Bitton?

18   A    A lawyer that work with Yukom.

19   Q    And attached to it was what you've described as

20   a legal opinion?

21   A    Yes.

22   Q    And let's go to 1014 and again he'll put up

23   1014-E.  But you should have 1014-H.  Is 1014-E an English

24   translation of -- well, let's put up 1014-H just so that

25   the jury can see what it actually looked like.  Is 1014-H

DIRECT EXAMINATION OF LEE ELBAZ

1    the legal opinion that was attached to your cover email?

2        A    Yes.

3        Q    And let's go ahead -- and it's from David Bitton

4    Law Offices?

5        A    Yes.

6        Q    Let's go ahead and look at now at 1014-E.

7        A    Okay.

8        Q    And this is the translation of that document.  I

9    would like to go to a section on page 3 I believe it is

10   that has a heading Legal Reasoning.  It may be a different

11   page in the Hebrew, Ms. Elbaz.  But do you see a section

12   called Legal Reasoning?

13       A    Yes.

14       Q    And let me -- I'm going to read the English and

15   then you can read to yourself the Hebrew and then I'm

16   going to ask you to tell us what your understanding of

17   what this paragraph means.

18            "According to relevant legislation in Israel

19   (consumer protection laws dealing with service providing

20   or selling assets to the public) and knowing the

21   principles of legislation of the foreign law, there are

22   disclosure and misleading restrictions and so on only

23   regarding essential information regarding the asset or the

24   service."

25            Ms. Elbaz, can you find the equivalent paragraph

DIRECT EXAMINATION OF LEE ELBAZ

1    in Hebrew on 1014-E?  I'm sorry.  1014-H.

2        A    Yeah.  I find it.

3        Q    What did you understand the sentence that I've

4    just read?  What did it say?  What did it mean?

5        A    It mean by the law in Israel and from the

6    knowledge of the lawyer office in foreign law, you cannot

7    misrepresent the product or the service itself.

8        Q    And then let's go ahead and go to on the last

9    page, at least what in the English is the last full

10   paragraph.  It's numbered paragraph 15 in the English.

11   And again I'm going to read this in English.

12            "In light of the above, we shall repeat our

13   claim brought above that there is no prevention from using

14   a stage name during the providing of services to an end

15   client outside of Israel."  Who was Yukom providing

16   services to?

17       A    Binary Book and Big Option.

18       Q    To your understanding, were Binary Book and Big

19   Option located outside of Israel?

20       A    Yes, they was.

21       Q    Okay.  "No prevention from using a stage name

22   during the providing of service to an end client outside

23   Israel."  I'm sorry.  End client.  Who did you understand

24   the end clients were?

25       A    End client is the client that belong to Big

1    Option or Binary Book.  This is the client.

2        Q    Okay.  And did Yukom deal with clients located

3    in Israel itself?

4        A    No.

5        Q    So the clients that Yukom was dealing with were

6    clients outside of Israel?

7        A    Yes.

8        Q    Okay.  So let me try it again.  "There's no

9    prevention from using a stage name during the providing of

10   service to an end client outside Israel and/or on behalf

11   of a foreign company which provides services outside of

12   Israel."

13           And to your understanding, were Binary Book and

14   Big Option foreign companies, meaning companies outside of

15   Israel?

16       A    Yes.

17           BY MR. POLLACK:

18       Q    Ms. Elbaz, do you remember somebody named Mike

19   Roberts?

20       A    Yes, I do.

21       Q    Who is Mike Roberts?

22       A    Mike was a experienced analyst that gave

23   services to Yukom at the beginning and then to Binary

24   Book.

25       Q    And what services did Mr. Roberts give to Yukom?

1    A    He used to come once a week for between one hour

2    to two and educated all the Yukom employees by -- teach

3    them about the market to show them, to analyze together

4    with them to let them know what was or what's going to be

5    for them intel-wise and technical-wise and he maintain, I

6    think is the word, like he keep doing it every morning by

7    sending an email with explanation about something that he

8    analyze right now in the morning a few assets and also

9    provide also the graph so the employee can use it.

10   Q    Was he --

11   A    Sorry.  And he did another thing.  He -- I'm

12   sorry.  He helped them with the question if they have

13   about a product.  He was available for them to answer

14   question about it.

15   Q    Okay.  And I just want to make sure I

16   understand.  He came in to Yukom's offices on a weekly

17   basis?

18   A    Yeah.  Every week.

19   Q    Was he just giving the same training week after

20   week after week?

21   A    It's not the same training.  Things changing in

22   the market.  He explain about changes if, for example,

23   every season or something like the same training, but the

24   product changing and the market changing.

25   Q    Okay.  So he was given continuing updates on

DIRECT EXAMINATION OF LEE ELBAZ

1    current market conditions and how it might affect trading?

2        A    Yes, sir.  Every day.

3        Q    Okay.  So he was there weekly and then he would

4    also in writing give a daily update?

5        A    Yes.

6        Q    Did you think that it was necessary or important

7    for the retention agents themselves to have the background

8    of an analyst when the information that they were giving

9    clients was coming directly from an experienced analyst?

10       A    No.

11       Q    Ms. Elbaz, was there a group at Yukom known as

12   the academy?

13       A    Yes.

14       Q    And that was one of the boxes on the

15   organizational chart that reported up to you when you were

16   CEO.  Correct?

17       A    Yes.

18       Q    What was the purpose of the academy?

19       A    The academy train, guide, give education and

20   assist client with trading, with knowledge and with

21   technical issues.

22       Q    Did Mr. Roberts ever provide training through

23   the academy?

24       A    Can you ask it in easier words?

25       Q    Well, feel free to rely on the interpreter.

DIRECT EXAMINATION OF LEE ELBAZ

1              (Witness conferred with the interpreter.)

2     A     If I understand the question correct, so yes.

3     Q     Well, let me see if I can clarify it.  You've

4  already talked about Mr. Roberts providing training,

5  information, education to retention agents.

6     A     Yes.

7     Q     Was the academy for the purpose of providing

8  information to retention agents or was the academy for the

9  purpose of providing information to clients?

10    A     No.  It's providing for a clients, but they also

11  even though they had an expert analyst there, they also

12  attended in Mike Roberts' meeting.

13    Q     Did Mike Roberts give webinars through the

14  academy that clients could participate in?

15    A     Yes.

16    Q     And then you said something about an experienced

17  analyst.  Was there also an experienced analyst who worked

18  for the academy?

19    A     Yes.

20    Q     Who was that?

21    A     Peter.

22    Q     Do you know his last name?

23    A     I'm sorry.  I don't remember right now.

24    Q     But was it your understanding that Peter had a

25  similar background to Mr. Roberts?  He was an experienced

DIRECT EXAMINATION OF LEE ELBAZ

1    trading analyst?

2       A    He was experienced trade analyst.

3       Q    And Peter was also available to give trading

4    education, information to clients?

5       A    Yes, he did.

6       Q    Mr. Hadar testified that retention agents

7    sometimes were transferred and worked out of the academy.

8    Do you recall that?

9       A    Yes.  It's correct.

10      Q    Did you think that there was anything improper

11   about having a retention agent who himself might not be an

12   experienced analyst working in the academy group?

13      A    No.

14      Q    Why not?

15      A    Because they was people that gave a good

16   support.  They been guide by Peter and by Mike Roberts

17   also and Peter was there to supervise and sometimes they

18   focused more in like how to download the platform that

19   Peter going to teach about and they got all the knowledge

20   from Peter or Mike Roberts.

21      Q    Ms. Elbaz, I'd like to talk about the product

22   itself that Yukom was selling, binary options, and talk

23   about how they worked and I'm going to try to do this with

24   an example.

25      A    Okay.

DIRECT EXAMINATION OF LEE ELBAZ

1      Q     Let's say I'm a client and that Google stock

2  right now is trading at exactly a thousand dollars a

3  share.

4      A     Okay.

5      Q     And I believe that in the next two weeks, the

6  price of Google stock is going to go up.  First of all,

7  what kind of option do I want to buy if I think the price

8  is going to rise?

9      A     It's going to be a call option.

10      Q     If I thought two weeks from now Google was going

11  to be trading below a thousand, what kind of option would

12  I want to buy?

13      A     You should do a put option.

14      Q     So in my example, I want to buy a call option

15  because I think Google is going to go up.  Do I do that on

16  a website that says Binary Book or do I do that on a

17  website that says Yukom?

18      A     It's a Binary Book.

19      Q     And when I open my account, did I open my

20  account with Binary Book or with Yukom?

21      A     With Binary Book.

22      Q     And when I deposited money to open that account,

23  let's say I put in $5,000, was that money going to Yukom

24  or was it going to Binary Book?

25      A     It's going to Binary Book.

DIRECT EXAMINATION OF LEE ELBAZ

1    Q    So if I want to buy this option, I want to take

2    a thousand dollars out of the $5,000 I have in the -- in

3    my Binary Book trading account to purchase this option.

4    Correct?

5    A    Can you repeat again, please?

6    Q    Sure.  I'm a client of Binary Book.  I want to

7    buy a thousand-dollar call option on Google that says that

8    the price of Google will be more than a thousand dollars

9    two weeks from now.

10   A    Okay.

11   Q    Do I do that through the Binary Book website?

12   A    Yes.

13   Q    And if I purchase that option, is a thousand

14   dollars going to come out of the $5,000 that I have at my

15   trading account at Binary Book?

16   A    Yes.  When you place the trade.

17   Q    And to your understanding, what is going to

18   happen with that thousand dollars?  What is Binary Book

19   going to do with it?

20   A    You need to choose an expiry date.

21   Q    Okay.

22   A    And Binary --

23   Q    In my example, I have bought an option, a

24   thousand-dollar option with an expiry date of two weeks

25   from now.  I'm predicting that from two weeks from now the

1  price of Google will have gone up and it will be above a

2  thousand dollars.

3      A    So Binary Book going to take the same trade and

4  she going to place it in another broker.

5      Q    Okay.

6      A    The same position.

7      Q    Okay.  When you said "she" there?

8      A    Sorry.  Binary Book.

9      Q    Okay.  So Binary Book is just going to turn

10  around and place that trade with somebody else?

11      A    Bigger.  Yes.

12      Q    With a bigger trading house?

13      A    Yes.

14      Q    And does Binary Book have to pay anything to

15  place that trade?

16      A    Yes.  You need to pay a commission.

17      Q    What would be a typical commission on a

18  thousand-dollar option that Binary Book would pay?

19      A    Approximately in the market, it's $3 for this

20  commission for one thousand dollars.

21      Q    So it's going to cost Binary Book $3 to give

22  this order for this trade to some other company?

23      A    Yes.

24      Q    Now let's assume two weeks from now, Google

25  stock is trading at $999.  It's actually gone down a

DIRECT EXAMINATION OF LEE ELBAZ

1    dollar.  Do I win my trade or I lose my trade?

2        A    Lose.

3        Q    And does Binary Book get that thousand dollars

4    back?

5        A    No.

6        Q    Do I get that thousand dollars back?

7        A    No.  You lost.

8        Q    I'm out a thousand dollars?

9        A    Yes.

10       Q    How much has Binary Book made or lost?

11       A    She lost $3, the commission.

12       Q    And again when you say "she," Binary Book

13   lost --

14       A    I'm sorry.  My English.

15       Q    In Hebrew, everything is either a he or a she.

16   You don't have its.

17       A    I'm so sorry.

18       Q    Well, let's talk about a happier scenario.  Two

19   weeks from now, Google stock is trading at a $1,001.  It's

20   gone up.

21       A    Yes.

22       Q    Did I win my trade or did I lose my trade?

23       A    Definitely win.

24       Q    Okay.  And so since the trade is a winning

25   trade, how much money is the place that the trade was

1   given to, how much money is it going to give to Binary

2   Book?

3        A    To Binary Book?

4        Q    Yes.

5        A    It's supposed to be approximately 24%.  So it's

6   $240 plus the --

7        Q    Okay.  Let me stop you there.  When you say 24%,

8   when I place that trade, did it tell me what the payout

9   was going to be if I was successful?

10       A    Yes.  It's 76%.

11       Q    Okay.  76% would be a typical payout?

12       A    Yes.

13       Q    Okay.  So when the trade is successful, what am

14   I entitled to?  It was a thousand-dollar trade.

15            (Witness conferred with the interpreter.)

16       A    Sorry.  You are going to get your $1,000 back

17   plus 76% of payout.  $760.  So you are going to be in

18   $1,760.

19       Q    And I made a 76% profit?

20       A    Yes.

21       Q    Okay.  What did Binary Book make on that

22   transaction?

23       A    24%.  It's $240, but minus the $3 commission.

24   So Binary Book going to get $237.

25       Q    So if I lost, Binary Book made nothing.  In

1    fact, it lost $3.

2        A    Yes.

3        Q    If I won, Binary Book made $237.

4        A    Yes.

5        Q    Would it be accurate to say that Binary Book

6    wins when I win?

7        A    Yes.

8        Q    Do you think that if a retention agent told a

9    client Binary Book wins when you win, that there would be

10   anything wrong with that?

11       A    No.  It's correct.

12       Q    Did you ever tell a retention agent to tell a

13   client not Binary Book wins when you win, but to tell a

14   client that the retention agent personally gets a

15   commission only if the trade wins?

16       A    No.  It's a lie.

17       Q    Ms. Elbaz, during the time that you worked for

18   Yukom, did you come to understand what it meant for Spot

19   Option, the trading platform, to designate a customer as a

20   high-risk customer?

21            (Witness conferred with the interpreter.)

22       A    Okay.

23       Q    Do you need me to repeat the question?

24       A    Yes.

25       Q    During your time at Yukom, did you come to

DIRECT EXAMINATION OF LEE ELBAZ

1  understand what it meant for Spot Option to designate a

2  client as a high-risk client?

3       A    Yes.

4       Q    What was your understanding of what it meant for

5  Spot Option to designate somebody at high risk?

6       A    If he's abusing the system.

7       Q    If -- well, let me ask this.  Whose decision

8  would it be to either designate somebody as high risk or

9  not?  Would that be Yukom's decision or Spot Option's

10  decision?

11       A    No.  It's Spot Option decision.  But we need to

12  flag when we see in the system something that look like

13  that.

14       Q    Okay.  But it was your understanding that if

15  Spot Option came to the conclusion that a client was

16  abusing the system, then Spot Option would designate that

17  client as a high-risk client?

18       A    Just a second.  They don't know how to translate

19  for me designate.  I'm sorry.  I'm so sorry.  Just this

20  word.

21            (Witness conferred with the interpreter.)

22       A    Okay.  Yes.  Sorry.

23       Q    And if Spot Option wasn't sure, if it was

24  suspicious that the person might be abusing the system,

25  would they -- what would they do?

DIRECT EXAMINATION OF LEE ELBAZ

1    A    From what I understand, they are going to put

2    him on like a viewer thing.  So they are going to watch

3    and they are going to check if he is really abusing the

4    system or not and just then they are going to get the

5    decision.

6    Q    And if they conclude that he is, they'll put him

7    on high risk?

8    A    So what they are going to do --

9    Q    No, no.  My question is if they conclude that

10   the client is abusing the system is that when they would

11   actually put the person on high risk?

12   A    Yes.

13   Q    And how could a client abuse the system?

14   A    When you open the trade, it's open little window

15   in the screen that give you five seconds.  So it keep the

16   opening price like it's not matter if it's call or put.

17   So if it's going -- it's computer.  It's kept you that.

18   So if it's going against it, the client can cancel and

19   cancel and cancel if it's against his direction and he can

20   approve if it's going to the direction that he choose.

21   Q    Let me see if I can break that down.

22   A    If not, I will explain in Hebrew.

23   Q    Okay.  Let me see if I can break that down.

24   When I'm a client, I go to place a trade and let's use the

25   same example that we used before.

1     A    Okay.

2     Q    I want to buy a call on Google.  I think Google

3  is going to go up in the next -- and let's do it a shorter

4  trade.  Let's say I think Google is going to go up in the

5  next hour.  Okay?

6     A    This is the main problem with that.

7     Q    I'm going to get on the Binary Book website in

8  this example and I'm going to see what price they're

9  offering.  In other words, are they offering me an option

10 that says I win if Google is above a thousand in an hour

11 or I win if Google is above 1001 in an hour or do I win if

12 Google is at 999 or above?  Whatever price they are going

13 to offer me, I'm going to see there on the screen,

14 correct --

15    A    Yes.

16    Q    -- after I've said I'd like to purchase this

17 option?  Correct?

18    A    Yes.

19    Q    And how long do I have to cancel that if I don't

20 like the price that I was offered?

21    A    Five seconds.

22    Q    During that five seconds, does the offer they've

23 made to me -- and let's say they offered me a thousand

24 exactly -- does that offer change during the five seconds?

25    A    No.  It's kept that.

1    Q    Okay.  But are things happening in the

2    marketplace during that five seconds?

3    A    Yes.  It can -- it's volatile.

4    Q    And so I can be checking out the price of Google

5    stock during that five seconds?

6    A    Yes.

7    Q    And if the price of Google stock has gone up

8    during that five seconds, that makes that a

9    thousand-dollar price more attractive?

10   A    Yes.

11        MR. VAN DYCK:  Your Honor, I'm going to ask for

12   a little less leading.  So objection.

13        THE COURT:  Okay.  Sustained.  Let's not lead

14   the witness.

15        BY MR. POLLACK:

16   Q    What if the price of Google stock has gone down

17   during that five seconds?  Does that make --

18   A    If you did a call and you are going to cancel --

19   you can cancel --

20   Q    Let me finish my question.

21   A    I'm sorry.

22   Q    What if the price of Google stock has gone down

23   during that five seconds, does that make the price that

24   I've been offered, a thousand dollars on the call, does

25   that make that price more attractive or less attractive if

1    I know that during that five seconds the price has gone

2    down?

3        A    Less attractive.

4        Q    Okay.  And so what might I do?

5        A    You are going to cancel that.

6        Q    It's your understanding would Spot Option

7    consider that just a normal part of trading or would they

8    consider that me taking unfair advantage of the fact that

9    they keep the price frozen for five seconds?

10       A    It's unfair and they give you opportunity to

11   succeed with something and you take it as advantage.

12       Q    And so it's your understanding someone who does

13   that on a regular basis, would Spot Option consider that

14   someone who was abusing the system?

15       A    Yes.

16       Q    What happens then if Spot Option concludes that

17   I'm abusing the system and they put me on high risk, what

18   impact would that have if I went to make that same trade,

19   but now when I go to make it, they know it's a high-risk

20   customer making it rather than some other customer?

21            (Witness conferred with the interpreter.)

22       A    He ask that you are going to come again -- that

23   you are going to repeat the question, please, because I

24   didn't understand.

25       Q    Sure.  My question is in our example, Spot

DIRECT EXAMINATION OF LEE ELBAZ

1    Option has now called me a high-risk client.

2        A    Okay.

3        Q    So now I go to try to make this same trade.  I

4    want to buy a call option on Google at a time that it's

5    trading in the marketplace at $1,000 even, what is going

6    to be different for me as the client when I get on to try

7    to make that trade when I am a high-risk customer?

8        A    Sorry.  Now I understand.  What Spot Option

9    going to do, she going to take a higher spread from you,

10   approximately two point.  So in two point, this is the

11   average of people in the five seconds abusing the system.

12   So it's going to help to stop it.

13       Q    Okay.  So what price would I be offered now that

14   I'm a high-risk client?  Would they still offer me a price

15   of a thousand?

16       A    No.  If you are going to choose call option like

17   in your example, you are going to start with 1000.02.

18       Q    Okay.  So now in order for me to win my trade,

19   the price would have to be above 1000.02 rather than above

20   a thousand?

21       A    Yes.

22       Q    Would I know that?

23       A    Yes.  You can see that when you pressed -- when

24   you ask to buy to do the call, after you put expiry date,

25   you can see the price that you have.

1    Q    And how does the fact that Spot Option has

2    raised the price for me by a couple of cents, how does

3    that help Spot Option in terms of preventing me from

4    abusing the system?

5    A    Because you cannot take advantage already if the

6    market like the Internet five seconds.  So it's decreased

7    it at least in 90% so you cannot -- like 90% less chances

8    that you are going to be able to abuse the system.

9    Q    Because in the five seconds, the price is

10   probably not going to move more than a couple of the

11   points?

12   A    Most of the time.  This is why we -- they raise

13   it in two pips -- two points.

14   Q    You use the term "pip"?

15   A    Sorry.

16   Q    In this instance, a pip would be a penny on a

17   thousand dollars?

18   A    No.  It's the point in the market.  I'm sorry.

19   In the graph.  It's the 0.2.  This is the movement.

20   Sorry.

21   Q    It would be the average movement during that

22   five-second period?

23   A    Yes.

24   Q    Does putting somebody on high risk, does it

25   prevent them from winning trades if they are just trading

DIRECT EXAMINATION OF LEE ELBAZ

1   in the marketplace?

2       A    No.  It just -- it's not -- it's not taking

3   your -- I'm sorry.  They're not.  I can explain it in

4   Hebrew for a second.

5       Q    Go ahead.

6            (Witness conferred with the interpreter.)

7       A    It's not making any difference.

8       Q    Putting somebody at high risk, is that a tool to

9   make sure that a client loses trades?

10      A    No.

11      Q    And what does it mean to be on low risk?

12      A    The opposite of high risk.

13      Q    To your understanding, is every trader who's not

14  on high risk on low risk or is there some third category?

15      A    No.  It's exactly the second site.

16      Q    Approximately, what percentage of clients of

17  Yukom would have been on low risk -- would Spot Option

18  have had on low risk versus what percentage would it have

19  had on high risk?

20      A    99, 98%.  Like very high.

21      Q    Would your understanding would be designated by

22  Spot Option as low risk?

23      A    Yeah.  Regular.

24      Q    Was having somebody on low risk a way to make

25  sure that they would win their trades?

DIRECT EXAMINATION OF LEE ELBAZ

1      A    No.

2      Q    When you first started at Yukom, at that point,

3    did you fully understand what it meant to be on low risk

4    or to be on high risk?

5      A    No.

6      Q    Did you come to get the understanding that

7    you've just explained?

8      A    Yes.

9           MR. POLLACK:  Let me show the witness 674 and

10   674-T.

11          MR. VAN DYCK:  No objection.

12          MR. POLLACK:  They may already be in.  But in

13   any event, if they're not, there's no objection to the

14   admission of 674 and 674-T.

15          THE COURT:  Okay.  674 and 674-T are in

16   evidence, if they aren't already.

17          BY MR. POLLACK:

18     Q    And I'll actually start with 674.  At the

19   bottom, there's an email from a Patrick Accardo?

20     A    Yes.

21     Q    And Patrick Accardo was a stage name for who?

22     A    Or Maymon.

23     Q    And then there's some Hebrew.  Who wrote the

24   Hebrew there?  Was that you or Mr. Maymon?

25     A    Me.

1       Q    And then above it, there's some English.  Who

2  wrote the English?

3       A    Someone from Spot.  His name is Alon Tirosh.

4       Q    I'm a little confused.  The email we're looking

5  at is an email from you to something called Risk

6  Management?

7       A    Yes.

8       Q    What company was this risk management email

9  group?

10      A    Spot Option.

11      Q    Okay.  And in this email, is this -- the email

12  is coming from you.  Is this text from you?

13      A    I forward the email that Patrick sent to me and

14  I add a question.

15      Q    So which part is the part that Patrick had sent

16  to you?

17      A    He says "guys, the customer have profit of 50K

18  from 6K deposit, please check ASAP."

19      Q    Okay.  And then you forward that message from

20  Patrick and you add a message of your own in Hebrew?

21      A    Yes.

22      Q    Okay.  So let's look at 674-T.  And if you can

23  blow up that same email?  The part that says "friends, how

24  does this happen, please put on high risk."  Is that an

25  English translation of the part that you had added?

1      A    Yes.

2      Q    What was it in this email that you were asking

3  Spot Option to do?

4      A    I believe I checked the account and I saw a lot

5  of cancellation.  That it look like he abusing.  I asked

6  them how come that we didn't -- no one flag us or let us

7  know and they didn't check it by themself.

8      Q    And are you asking them to do anything in

9  particular?

10     A    Yeah.

11     Q    What?

12     A    To put the client on high risk.

13     Q    And then there's a response at the top from Alon

14 Tirosh?

15     A    Yes.

16     Q    And was Alon Tirosh an employee of Spot Option?

17     A    Yes.

18     Q    And what did Alon Tirosh say in response to your

19 email asking that this customer be put on high risk?

20     A    He says "it is on the highest risk and they will

21 take a closer look, thank you."

22     Q    And what did you understand that Alon Tirosh was

23 telling you in this email?

24     A    That it look like I'm right and he's already on

25 a viewer group like he's on high risk and he will take a

DIRECT EXAMINATION OF LEE ELBAZ

1    closer look.  He will keep continue checking that and then

2    going to get probably his decision.

3        Q    Were you asking Spot Option to make sure that

4    this client couldn't win any trades?

5        A    No.  I don't.

6        Q    Were you asking Spot Option to make sure that

7    this person lost his trades?

8        A    No.

9        Q    Did you think that by putting the person on high

10   risk, that would prevent him from winning trades?

11       A    No.

12       Q    What would it prevent him from doing?

13       A    Abusing the system and cheating.

14       Q    Could he still place trades and still place

15   winning trades?

16       A    Of course.

17            MR. POLLACK:  Let's look at Exhibit 14.  Okay.

18   I'm going to put up Exhibit 14, which I believe is already

19   in evidence.

20            BY MR. POLLACK:

21       Q    The lower email, this is an email from Peter

22   Pretorius?

23       A    Yes.

24       Q    Who was Peter Pretorius an employee of?

25       A    He was Yukom retention employee.

DIRECT EXAMINATION OF LEE ELBAZ

1     Q    And did he work with Big Option clients?

2     A    Yes.

3     Q    And what does he say in his email to you?

4     A    "Client keep making profits, doesn't stop; what

5   do we do?"

6     Q    And when he says a client keeps making profits

7   and doesn't stop, do you understand him to be saying that

8   this client is engaging in normal trading and is just

9   doing very well or do you understand him to say that this

10  client is making -- when he says this client is making

11  profits and doesn't stop, that there might be something

12  suspicious about his trading?

13              MR. VAN DYCK:  I'm going to object.

14              THE COURT:  Hold on.  What's the objection?

15              MR. VAN DYCK:  Leading.

16              MR. POLLACK:  It was an or question.

17              THE COURT:  Overruled.

18              THE WITNESS:  I believe that he thought he was

19  working with the client.  I believe he thought that he's

20  abusing the system.  So he send it to me.

21              BY MR. POLLACK:

22    Q    With normal trading activity, are there some

23  wins and some losses?

24    A    Yes.  You cannot always win.

25    Q    So what did you do then when you received this

DIRECT EXAMINATION OF LEE ELBAZ

1    email?

2        A    I forward that to Spot Option so they can check

3    it.

4        Q    Did you think -- and the customer's name in this

5    instance was a Derrick Waller?

6        A    Yes.

7        Q    Did you think that by forwarding this to Spot

8    Option that you were going to be preventing Mr. Waller

9    from making profits through legitimate trading?

10       A    No.

11            MR. POLLACK:  Let's look at 5 and 5-T, which I

12   believe are already in evidence.  And why don't we start

13   with 5 actually, Brian?  And if we can turn to the second

14   page where this email chain starts?

15            BY MR. POLLACK:

16       Q    This is an email from you?

17       A    Yes.

18       Q    In July of 2014?

19       A    Yes.

20       Q    And how long had you been with the company in

21   July of 2014?

22       A    Month and a half.

23       Q    What was your position at that time?

24       A    I was a team leader.

25       Q    In the email you say "hi, guys, high risk ASAP,

1  how its happened, he invest 500 and have a profit of

2  6,000."

3      A   Yes.

4      Q   You are sending that to Risk Management.  And

5  what company is that email, Risk Management?

6      A   I send it to Spot Option.

7      Q   And what are you trying to convey to Spot

8  Option?  What are you trying to tell Spot Option?

9      A   That this client invest $500 and just commit a

10  winning and he made unreal percentage of winning in a

11  short time.  It look like he's abusing the system.

12      Q   Before sending this email, do you remember

13  whether you looked at CRM to see what his trading pattern

14  was?

15      A   Yeah.  Like I said, it was -- I think it was my

16  first time.  So he had a lot of cancellation on the system

17  and it was in very short time.

18      Q   And let's go up the chain.  Is a response from

19  somebody at Spot Option?

20      A   Yes.

21      Q   And Neri Monder at Spot Option says "hi, Lena,

22  he is an excellent trader that trade under market

23  condition, not abusing anything; we made some adjustment

24  in his account; let's hope he will start to lose."

25      Let me ask you about the first sentence.  Did

1   you understand that Spot Option was telling you that they

2   thought that this person was abusing the system or they

3   thought that this person was operating under normal market

4   conditions?

5        A    No.  They saying that they don't see him abusing

6   the system, which mean that I may wrong and he's trading

7   under the condition of the market.

8        Q    And when the person from Spot Option says "we

9   made some adjustment in his account," what do you

10  understand that to mean?

11       A    That now they are going to keep watching him

12  because if he will start to lose so it mean that like they

13  was right because no one can just win trades.  So if he

14  lose one or two or whatever, it mean that he's trading by

15  the market's conditions and he's an excellent trader.

16       Q    What if he doesn't start to lose and he just

17  keeps winning and winning and winning.  What will that

18  tell you?

19       A    It mean what I thought correct and he's abusing

20  the system and they probably going to put him on high

21  risk.

22       Q    When the person from Spot Option said "let's

23  hope he will start to lose," did you think he was saying

24  let's hope that I'm correct that he's trading under market

25  conditions or did you think he was saying I hope he starts

DIRECT EXAMINATION OF LEE ELBAZ

1  losing his trades because I don't want him to win his

2  trades?

3      A    I believe the first thing.  That he want to see

4  that if he going to lose, he will understand that this

5  trader like he was right, Neri.  And the client trade

6  under the market condition.

7      Q    And then if we look at your next response is in

8  Hebrew.  So why don't we go to 5-T?

9      A    I said that "friends, it's supposed to be like

10  that before he made $6,000 from 500; please pay

11  attention."

12      Q    What is supposed to be like that?

13      A    To watch the account and to check it.  They need

14  to flag me.  Not to me, to them.

15      Q    And then at the top, there's an email back from

16  Jay C.  Actually, if we can -- go back and start at the

17  very bottom.  When you started this email chain, you had

18  copied Jay C. on this email.  Correct?

19      A    Yes.

20      Q    So you're the one who had put him on this email

21  chain in the first place?

22      A    Yes.

23      Q    And who was Jay C.?

24      A    He was the manager in Linkopia and in charge of

25  a lot of department there.

DIRECT EXAMINATION OF LEE ELBAZ

1    Q    What was his real name?

2    A    Sorry.  His name is Kobi Cohen.

3    Q    He is the one that was on the chart that it said

4  Mr. Herzog's business partner and the person in charge of

5  Linkopia?

6    A    Yes.

7    Q    Why did you copy -- and I'm sorry.  Who was Ryan

8  Jeebun?

9    A    Back then he was under Kobi in Linkopia.  He was

10  one of the managers.

11    Q    And just to round it out, who was Bob Collin?

12    A    Bob Collin then me -- we was both in that time

13  team leaders and we sit on the same like that.  Same desk

14  and same computer.

15    Q    Okay.  So you copied Mr. Collin who was your,

16  the other team leader at Yukom?

17    A    Yeah.  We share the same position.

18    Q    Why did you copy Mr. Cohen and Mr. Jeebun at

19  Linkopia?

20    A    Because it's responsibility of Linkopia.

21    Q    What is the responsibility of Linkopia?

22    A    They managing the department there.  The

23  compliance department and it was part of that.  So they

24  need to be aware and that's what I have been told to do by

25  them.  I was new back then.

1    Q    Linkopia did the compliance services for Big

2    Option?

3    A    Yes.

4    Q    And if there was an issue about a Big Option

5    client potentially abusing the system, your understanding

6    was that that was something that Linkopia needed to be

7    aware of?

8    A    Yes.

9    Q    So now let's go to the top email where Jay C.

10   responds and again that's Mr. Cohen.  Correct?

11   A    Yes.

12   Q    And Mr. Cohen says "hi, guys, please avoid

13   saying this things on email, 'let's hope he will start to

14   lose.'"  And he's quoting from what this Spot Option

15   person had said.  Correct?

16   A    Correct.

17   Q    What was your understanding as to why Mr. Cohen

18   didn't like that phrase being used?

19            (Witness conferred with the interpreter.)

20   A    Sorry.  I believe because he don't want -- it's

21   misinterpret uncorrectly.

22   Q    And how it's your understanding might somebody

23   misinterpret what was being said in this email?

24   A    Can you ask again?  I'm sorry.

25   Q    You said it was your understanding that Mr.

1    Cohen was concerned that a phrase like this could be

2    misinterpreted.  I'm asking --

3         A    Okay.

4         Q    I'm asking what was your understanding as to how

5    a phrase like that might be misinterpreted.  What

6    specifically did you think was Mr. Cohen's concern?

7         A    "Let's hope he will start to lose."

8         Q    Right.

9         A    You don't want somebody to think -- like it can

10   look really not good.

11        Q    In what way?

12        A    In a way that no one wants the client to lose or

13   to win.  Like you cannot control it so.

14        Q    In this email exchange, were you trying to

15   communicate to Spot Option or Linkopia or anybody else

16   that you wanted this client to lose their trades if they

17   were operating without abusing the system?

18        A    No.

19             THE COURT:  Mr. Pollack, it might be a good time

20   for the morning break.  Is that okay?

21             MR. POLLACK:  That's just fine, Your Honor.

22   Thank you.

23             THE COURT:  Okay.  Ladies and gentlemen, we'll

24   take the morning break.  I think there is at least one

25   matter I should be discussing with the lawyers.  Let's

DIRECT EXAMINATION OF LEE ELBAZ

1    make the break a little bit longer if you don't mind.

2    Let's say 11:20 we'll see you back here.  Thank you very

3    much.  And again don't discuss the case.  Keep an open

4    mind.  We'll see you back here at 11:20.

5              (Jury excused.)

6              THE COURT:  Thank you.  Please be seated.  Ms.

7    Elbaz, you can return to your regular seat if you'd like.

8    Before we take the break, I just wanted to see -- we have

9    two things we could discuss.  We could discuss the Rule 29

10   motion or are there any evidentiary issues to discuss that

11   will come up between now and lunch?  Some of it depends on

12   how much more time you need, Mr. Pollack, with the direct.

13             MR. POLLACK:  So I would say I'm approximately a

14   third of the way through the direct.  I'm not aware of

15   evidentiary issues that are likely to come up.  But maybe

16   the government is.

17             MR. VAN DYCK:  I don't think so, Your Honor.

18             THE COURT:  Okay.  Ms. Ettinger, I can hear your

19   Rule 29 motion now if you'd like.

20             MS. ETTINGER:  Thank you, Your Honor.  The

21   defense moves under Rule 29 on each and every count for

22   acquittal based on insufficient evidence and I'd just like

23   to highlight a couple of points in particular.

24             So with respect to Count One, the conspiracy

25   count, there's been insufficient evidence of a domestic

```
 1    application of the statute which is what Your Honor had
 2    ruled earlier under our pretrial motions was at issue
 3    here.  There simply hasn't been evidence that there was a
 4    conspiracy formed in the United States.  And that statute,
 5    1349, of course is separate and apart from the substantive
 6    offenses of 1343 and has to be considered separate from
 7    the substantive offenses.  So so far there's been no
 8    evidence of an agreement formed in the United States.  And
 9    so --
10              THE COURT:  What case says it has to be formed
11    in the United States as opposed to have some impact or
12    some activity or acts within the United States.
13              MS. ETTINGER:  So I would point the Court to RJR
14    Nabisco which is the case from the Supreme Court that sets
15    out the framework for evaluating extraterritorial issues.
16    And I know that in Your Honor's ruling earlier on the
17    pretrial motions, Your Honor had relied on a Second
18    Circuit case called Kim.  But that case predates the
19    Nabisco case.
20              THE COURT:  Okay.
21              MS. ETTINGER:  Applying the Nabisco framework, I
22    think that the focus of the conspiracy statute, the focus
23    is what the Court's inquiry --
24              THE COURT:  Remind me again.  Did you all cite
25    this Nabisco case in the first -- when this was brought up
```

1    in the motion to dismiss?

2            MS. ETTINGER:  Yes, Your Honor.

3            THE COURT:  Okay.  Continue.

4            MS. ETTINGER:  So our argument on Count One is

5    about extraterritoriality.

6            THE COURT:  Okay.

7            MS. ETTINGER:  And I'd also like to highlight

8    that there's been insufficient evidence of an agreement

9    between Ms. Elbaz and other retention agents.  The

10   evidence that has come in has been about individual agents

11   who have lied to customers versus an agreement between Ms.

12   Elbaz and those agents.

13           The second highlight for Your Honor is as to

14   Count Four in particular.  That count concerns the

15   compliance department.  And there's been insufficient

16   evidence that Ms. Elbaz directed the compliance department

17   on the whole as a co-conspirator to be sending requests

18   for DCF, deposit confirmation forms as part of the

19   conspiracy.  In order to find --

20           THE COURT:  Does the wire have to be sent by a

21   co-conspirator or can it just be something that's

22   reasonably foreseeable will happen?

23           MS. ETTINGER:  The latter, Your Honor.  That

24   it's not that the wire itself has to be problematic or

25   fraudulent.  It has to be reasonably foreseeable.  But to

1      find that every request for a deposit confirmation form

2      was a reasonably foreseeable part of the conspiracy would

3      essentially take up the entire compliance department and

4      everybody within it as creating foreseeable acts --

5                  THE COURT:  Okay.

6                  MS. ETTINGER:  -- for the conspiracy.  So it

7      would be overbroad in the application and there isn't

8      evidence to support that.

9                  THE COURT:  Okay.  Okay.  Thank you.

10                 MS. ETTINGER:  Thank you, Your Honor.

11                 THE COURT:  Anything from the government on

12     this?

13                 MS. COTTINGHAM:  Your Honor, briefly.  On Ms.

14     Ettinger's first point, this is a scheme that not only

15     impacted U.S. based victims, it targeted U.S. based

16     victims.  There's been substantial evidence of the impact

17     of this scheme, not just from the testifying victims here

18     in the United States, Your Honor, but also I think it's

19     Exhibits 29 and 30, which, of course, are those financial

20     records which directly show not only the impact of the

21     scheme on investors in the United States, deposits from

22     investors in the United States, but also that Ms. Elbaz

23     was, of course, aware of the impact that this scheme was

24     having in the United States.

25                 THE COURT:  So I'm not that well versed in the

1    numbers, but if those are what I'm thinking you're

2    thinking of, weren't those only offered for their impact

3    on Ms. Elbaz and not for the truth of the numbers

4    contained therein?

5              MS. COTTINGHAM:  Your Honor, they were.  But I

6    believe in those spreadsheets, there is clear indication

7    of countries of origin.  So Ms. Elbaz was certainly on

8    notice that U.S. based investors were impacted.

9              THE COURT:  What is the standard then?  Is it

10   what she thought or what the evidence shows

11   more generally?

12             MS. COTTINGHAM:  Your Honor, I think it is what

13   the evidence shows more generally.  I was just

14   highlighting the defendant's particular awareness of the

15   impact on U.S. based investors.

16             THE COURT:  So it's been a while since I looked

17   at this issue and I don't know if you focused on it, but

18   this question of whether the conspiracy needs to be formed

19   in the United States as opposed to -- I mean what is the

20   standard from your perspective?  Is it formed in the

21   United States or something else?  My guess is it's not

22   formed in the United States.  Otherwise, we wouldn't be

23   here.

24             MS. COTTINGHAM:  No, Your Honor.  It's not

25   formed in the United States.  It's that I believe that

1    under the extraterritorial case law Ms. Ettinger cited, it

2    has to impact the United States.  But here it's not just

3    that there actually was an impact.  It's that the scheme

4    was actually directed and targeted at U.S. based

5    investors.  Part of the legal opinions they've been

6    relying on is the idea that they could operate and could

7    interact with U.S. based clients.  So I think --

8              THE COURT:  Although right now, I don't know if

9    any of that is in evidence, is it?  The documents.

10             MS. COTTINGHAM:  Your Honor, I don't know.  I

11   think only the Bitton opinion with respect to the stage

12   names is in evidence.  Although I think Mr. Pollack may

13   have opened on that earlier Bitton opinion.

14             THE COURT:  Well, I'm still -- I mean she's

15   saying what the government's case is one way or the other.

16   So I'm not even thinking about what just happened because

17   this motion is based on what happened at the time or what

18   was in evidence at the time that you rested.  Correct?

19             MS. COTTINGHAM:  Yes, Your Honor.  I think the

20   government's position is that this is a scheme that

21   substantially affected U.S. investors.  We've seen

22   correspondence directly with U.S. based investors.  We've

23   seen audio recordings or, excuse me, heard audio

24   recordings of phone calls with U.S. based investors.  We

25   have seen training --

1          THE COURT:  How many U.S. victims testified?

2   Remind me again who they were.

3          MS. COTTINGHAM:  I believe it's five, Your

4   Honor.  So all of the victims that we called.  So that

5   would be Ann Graf, who is a Maryland resident, Larry

6   Burton, Kenneth Henao, Aquil Bryant and James Freeman.

7          THE COURT:  And we heard some evidence about

8   Mr. Corsetty, even though we didn't --

9          MS. COTTINGHAM:  Yes, Your Honor.

10          THE COURT:  -- hear from him directly.  Okay.

11   Anything else on that point or do you want to say anything

12   about Count Four?

13          MS. COTTINGHAM:  Your Honor, with respect to

14   Count Four on the compliance email and that again I think

15   that's Exhibit 3, which is the wire that's charged as

16   Count Four, I think there was testimony first from

17   Mr. Smith to the effect that Binary Book -- that Yukom

18   employees in the ordinary course had to email -- had to

19   request certain compliance materials, certain Know Your

20   Customer materials.  It was part of the scheme that they

21   needed to get these materials in order to accept wire

22   confirmations from clients.  That's precisely the type of

23   exhibit we're talking about in Exhibit 3.  This is the

24   compliance department asking Ms. Graf to fill out a form

25   approving yet another $15,000 deposit.  Once Ms. Graf did

DIRECT EXAMINATION OF LEE ELBAZ

1      that as she testified, she filled it out and sent it back,

2      that was what enabled her to send the money.  And, of

3      course, her sending money is in furtherance of the scheme.

4             Your Honor, you asked if a co-conspirator needs

5      to send a wire for it to be in furtherance.  That's not to

6      say that's the law at all.  It just needs to be reasonably

7      foreseeable and it needs to be in furtherance of the

8      conspiracy.  Here, the purpose of the conspiracy was for

9      victims to send money directly to Yukom.

10            THE COURT:  So under your view of the law, it

11     could have been a victim who sent the wire.

12            MS. COTTINGHAM:  Yes, Your Honor.  A wire from a

13     victim in the United States to Yukom if it was caused at

14     the direction of the defendant of the scheme would be in

15     furtherance of the scheme.

16            THE COURT:  But Ms. Ettinger is correct that the

17     wire at issue is this compliance email, which is Exhibit

18     3.  That's what you've designated it as.  Correct?

19            MS. COTTINGHAM:  Yes, Your Honor.  We've

20     designated that.  I would -- there are additional exhibits

21     I think, of course, that give context to the purpose of

22     Exhibit 3 for Ms. Graf.  I would point the Court to

23     Exhibit 61, Exhibit 62, Exhibit 67, Exhibit 72, Exhibit

24     710.

25            THE COURT:  Okay.  Okay.  Well, I'll take this

 1    under advisement since folks have cited cases and

 2    exhibits.  But I'll probably rule on this at some point

 3    during the course of the day or, you know, not at the very

 4    end, but somewhere when we have a moment after I've had a

 5    chance to look at -- anything else, Ms. Ettinger?

 6            MS. ETTINGER:  Yes, Your Honor.  If I could just

 7    add one more point.  Ms. Cottingham mentioned Mr. Corsetty

 8    and so I wanted to highlight.  Count Two is based on

 9    Mr. Corsetty having received a wire while he was in

10    Maryland.  I also don't think that there's been evidence

11    put into the record on that point.

12            The stipulation says that Mr. Corsetty lived in

13    Maryland on the date in question.  We don't know where he

14    was when he received the email.  For all we know he could

15    have been on vacation outside of Maryland, perhaps even in

16    Israel.  So there's been no evidence to the effect that

17    Mr. Corsetty was in Maryland at the time he received the

18    wire and that's what's necessary to find venue on Count

19    Two.

20            THE COURT:  So Count Two is Corsetty.  Count

21    Four was Ms. Graf.  Is that correct?

22            MS. ETTINGER:  That is correct, Your Honor.

23            THE COURT:  That was the episode?

24            MS. COTTINGHAM:  That is correct, Your Honor.

25    If I may just briefly --

1          THE COURT:  Okay.

2          MS. COTTINGHAM:  -- address that point?  Of

3    course, as I understand Ms. Ettinger's argument, it's a

4    venue argument.  The United States has certainly satisfied

5    the venue by a preponderance of the evidence here.  So

6    Exhibit 232.1, which is the Authorization To Trade form

7    that Mr. Corsetty completed showed that he lived in

8    Gaithersburg, Maryland at the time he was defrauded by the

9    defendant and her co-conspirators.  The stipulation which,

10   of course, was entered because Mr. Corsetty passed away

11   last week.

12         THE COURT:  Oh, I did not know that.  Sorry to

13   hear that.

14         MS. COTTINGHAM:  Which -- so he had brain

15   surgery.  Passed away last week, which the defense had

16   agreed to a stipulation that he was in Gaithersburg.  The

17   defense, of course, was in possession of a 302 that

18   indicated --

19         THE COURT:  I thought the stipulation was that

20   his son would testify that he lived in Gaithersburg, not

21   that he was in Gaithersburg when he sent the wire or

22   received the wire.

23         MS. COTTINGHAM:  Exactly, Your Honor.  The son

24   would have testified -- so the original stipulation, of

25   course, was that Mr. Corsetty would have testified, but in

1    light of changed circumstances --

2            THE COURT:  Right.

3            MS. COTTINGHAM:  -- it was adapted for the son's

4    testimony who testified that his father would have --

5    excuse me -- that his father lived in Gaithersburg at the

6    time.  That, of course, is corroborated by Exhibit 232.1,

7    which we think is more than sufficient to satisfy that

8    Mr. Corsetty received this email when he resided in

9    Gaithersburg.

10           THE COURT:  Okay.  I understand.  Thank you very

11   much.  We'll see you in ten minutes.

12           (Recess.)

13           THE COURT:  We'll have the jury come back in.

14   The witness can take the stand again.

15           (Jury present.)

16           THE COURT:  Okay.  Thank you, everyone.  Please

17   be seated.  We will resume with the direct examination of

18   Ms. Elbaz.  Go ahead, Mr. Pollack.

19           MR. POLLACK:  Thank you, Your Honor.

20           BY MR. POLLACK:

21      Q    Before the break, we were talking about what it

22   meant for Spot Option to have somebody on high risk.  And

23   I want to talk about low risk.  You said that's sort of

24   the opposite of high risk?

25      A    Yes.

1      Q     I'm going to show you what has been marked as

2    Exhibit 4 and I think is already in evidence.  It is.

3    Let's look at the underlying email.  This is an email from

4    Richard Stanley to Bob Collin copying Lena Green.  Who was

5    Richard Stanley?

6      A     Yukom retention employee.

7      Q     And who was Bob Collin?

8      A     Bob Collin was team leader that share with me

9    the same position and the same desk and computer.

10     Q     And this is July 10, 2014.  How long had you

11   been at the company at that point?

12     A     One month and ten days.

13     Q     And let's zoom out again.  In the top email,

14   this is from you to Spot Option?

15     A     It looks like that.  But I don't think so that

16   it's me.

17     Q     Okay.  It's from somebody using the email

18   address, LenaGreen@Big Option.com to Spot Option.

19   Correct?

20     A     Correct.

21     Q     It is forwarding Mr. Stanley's email on to Spot

22   Option.  Correct?

23     A     Excuse me.  Can you come again?

24     Q     Yes.  Is the top email forwarding the email

25   below?

1    A    Yes.

2    Q    And forwarding it to Spot Option?

3    A    Yes.

4    Q    And a message is added that says "please make

5  sure he is on low risk and I feel he is loaded."

6    A    Correct.

7    Q    And I think you said a second ago that even

8  though that is coming from the Lena Green email, you don't

9  think you actually wrote that?

10    A    No.  Because, I'm sorry, but it's not my

11  vocabulary.  It's not my words.  And usually, I will write

12  things like that in Hebrew most of the times.  And if you

13  are going to look carefully, you are going to see that

14  it's sent to Bob Collin and I was in "cc" and then it's

15  from Lena to Risk Management.  Usually, when you send the

16  email to the person, he's the person.  He's the team

17  leader to take care of the task.

18    Q    So the underlying email is to Mr. Collin?

19    A    Yes.

20    Q    And typically, that team leader would be the one

21  who would raise the issue with Spot Option?

22    A    Yes.

23    Q    Were there times that you were aware that

24  Mr. Collin would send emails from your email account?

25    A    It's happened to us a few times because we had

1    just one computer in our desk with the chiefs and

2    sometimes you need to log off and log in and all the

3    things together.  So it happened.

4        Q    Okay.  And would sometimes you send emails from

5    Mr. Collin's email address?

6        A    Yes.

7        Q    Regardless of who wrote this, on July 10, 2014,

8    did you think that you had a understanding of what it

9    meant to put somebody on low risk?

10       A    I may thought that it can help client like to

11   make more money.  But definitely, it's not going to change

12   the chances of making money or the other way.

13       Q    At the time on July 10, 2014 you thought that

14   maybe putting somebody on low risk might increase their

15   chances of winning trades?

16       A    I might thought like that.  It was my first

17   month.

18       Q    But you came to realize that that is not the

19   case?

20       A    It's not true.

21       Q    To your knowledge, could Spot Option make a

22   client win even if it wanted to?

23       A    No.  They can't.

24       Q    Could Spot Option make a client lose if it

25   wanted to?

1    A    They cannot.

2    Q    Could Binary Book or Big Option make a client

3  win if it wanted to?

4    A    No.

5    Q    Could Binary Book or Big Option make a client

6  lose if it wanted to?

7    A    No.

8    Q    Could Yukom make a client win or lose if it

9  wanted to?

10   A    I don't know if to say win, but Yukom can do

11 what we are doing and to give education and to give tools

12 and guidance and help so you can became better, but it's

13 not about winning.  You can make it -- you have more

14 opportunity to make more successful trade than losing

15 trade with knowledge.

16   Q    Okay.  But with respect to any given trade, if

17 you wanted the client to win that trade or lose that

18 trade, did you at Yukom have any ability to dictate the

19 outcome of that trade?

20   A    No.

21   Q    Do you believe generally that 95% of people who

22 trade end up losing over time?

23   A    Yes.

24   Q    Would that be true specifically about binary

25 options or about trading generally?

1       A       Trading in all the aspects.

2       Q       Did you believe that 95% of Yukom clients would

3    lose?

4       A       No.

5       Q       What percentage of Yukom clients do you believe

6    over time won more than they lost?

7       A       I believe approximately between 25 to 30% can

8    succeed and win and 70% going to lose approximately.

9       Q       You say "can."  Are you giving us what you think

10   actually occurred or are you giving us some kind of a

11   prediction?

12      A       No.  It's like what -- I'm sorry.  My English, I

13   cannot express myself well.  But --

14              (Witness conferred with the interpreter.)

15      A       Between 25 to 30% won and between 65 to 70% lost

16   the money.

17      Q       So 25 to 35% -- well, let me back up.  You said

18   you think generally 95% lose over time.  What percentage

19   generally win over time?

20      A       5%.

21      Q       And so if at Yukom 25 to 30% win, that's a lot

22   better than 5%.  Why did you think that Yukom clients were

23   doing better than what people generally do trading?

24      A       Because I believe that with education, with

25   tools and knowledge, proper money management and risk

1    management and to know how to handle a trading account

2    going to do the job way better and you are going to be

3    able to achieve what Yukom clients achieved.

4        Q    Why do you think that Yukom clients didn't do

5    better than winning 25 -- than having 25 to 30% of them

6    win over time.  Why wasn't it higher than that?

7        A    You cannot force somebody to follow your

8    guidance and to go after the education and the psychology

9    of trading that you giving and I believe this is the

10   hardest part of that and sometimes things happen in the

11   market also.

12       Q    Did you believe that if people did follow the

13   guidance that you were giving, that they would win more

14   than they would lose?

15       A    Definitely.

16       Q    We talked about Yukom retention agents using

17   stage names.  When you were at Yukom, did you tell

18   retention agents that there were any other items about

19   their biography that it was okay to make up, to

20   fictionalize?

21       A    I do.

22       Q    What other things did you say that it was okay

23   to come up with a fictitious biography?  What other things

24   could one create?

25       A    The place you were from because it's to explain

DIRECT EXAMINATION OF LEE ELBAZ

1    that the English and the accent because we've been told --

2    we've been asked by the broker not to say that we are

3    Israeli and from Israel.  And I also told them that they

4    can say that they have a families, like married or kids.

5    So most of the clients that traded through -- traded with

6    to Binary Book and Big Option, they have families so they

7    are going to feel more comfortable to work with people as

8    them.

9        Q    Did you think that there was anything improper

10   about a Yukom sales agent saying that he was married and

11   had children when in reality he was single and he didn't

12   have children?

13       A    No.  It's not related to the project.  It's --

14   to the product.  Sorry.  I didn't see something wrong in

15   that.

16       Q    Did you understand that Yukom policy allowed for

17   a retention agent to say that he was married and had

18   children when he was single and didn't have children?

19       A    Yes.

20       Q    And did you believe that that policy complied

21   with the legal opinion that you had received from

22   Mr. Bitton?

23       A    It's exactly what the legal opinion said.  That

24   you cannot misrepresent --

25              (Witness conferred with the interpreter.)

1      A    Sorry.  That you cannot misrepresent the product

2   or the service.

3      Q    And to you, saying you're married when you're

4   single is not misrepresenting the product?

5      A    No.

6      Q    Did you train retention agents to say that they

7   had degrees that they didn't have or to say that they had

8   work experience that they didn't have, for example, saying

9   that they had worked at a bank when in fact they hadn't

10  worked at a bank?

11     A    No.

12     Q    Did you believe -- well, let me ask you this.

13  Even though, you didn't train retention agents to do that,

14  were you aware that there were retention agents who did do

15  that?

16     A    Yes.

17     Q    Did you think that was a violation of Yukom

18  policy?

19     A    No.

20     Q    Why not?

21     A    Because it's not in fact or related or

22  misrepresent the product and we told by the legal opinion

23  and by Yossi Herzog that it's okay.

24     Q    To your understanding, was it always against

25  company policy to make a false statement about a retention

1    agent's own trading record?

2        A    Can you repeat the question, please?  I'm sorry.

3        Q    Well, for example, if a trader were to tell a

4    client that he wins or has won 87% of his trades when in

5    fact that is not true, would that have been a violation to

6    your understanding of Yukom policy?

7        A    Of course.  It's not allowed and he's lying

8    about the product itself.

9        Q    Was there any time that you were at Yukom where

10   Yukom policy would have allowed a retention agent to do

11   that?

12       A    No.

13       Q    Was it allowed or not allowed under Yukom policy

14   for a retention agent to guarantee a client that the

15   client would receive any particular return on their

16   investment?

17       A    They are not allowed.

18       Q    And was that always the case to your

19   understanding?

20       A    Yes.

21       Q    Was it Yukom policy that a retention agent could

22   not give a client a bonus unless the client agreed to

23   accept the bonus?

24       A    Of course.

25       Q    And was it Yukom policy that the retention agent

1    needed to explain to the client the terms and conditions

2    surrounding a bonus before offering one to the client?

3         A    Yes.

4         Q    And what was your understanding -- well, let me

5    ask you this.  Did you ever go on the Binary Book or the

6    Big Option website and read the terms and conditions that

7    those companies offered?

8         A    Of course.  And every retention agent also.

9         Q    And did you have an understanding as to whether

10   or not before a client ever got to Yukom, he or she had

11   already agreed to accept those terms and conditions?

12        A    Yes.  They coming to Yukom after they already

13   have an account and they approve the terms and conditions.

14        Q    You understood they couldn't open an account

15   unless they had agreed to the terms and conditions?

16        A    You can't do that.

17        Q    And having read the terms and conditions, what

18   was your understanding about the terms and conditions

19   relating to a bonus?

20        A    While you have a bonus, to be able to withdraw

21   the bonus, you need to met turnover of at least 30 times

22   of the amount of the bonus that you are getting.

23        Q    And you said that was in order to withdraw the

24   bonus?

25        A    The bonus, the profit.

1      Q    What if an investor wanted to withdraw their

2   deposit and just simply take their deposit back and close

3   their account?  Under Yukom policy, were they allowed to

4   do that if they had a bonus in the account and had not yet

5   met the turnover requirement?

6      A    By Yukom policy, client always can take his

7   initial investment, but if he will not met the turnover

8   that he supposed to met to achieve, he cannot withdraw the

9   bonus or the profit.

10     Q    And why would he not be allowed to withdraw the

11  profit?

12     A    Because he made this profit from the bonus money

13  also that he got from the company and that it came with

14  terms and condition.

15         MR. POLLACK:  If we can pull up 224.8, which is

16  already in evidence?

17         BY MR. POLLACK:

18     Q    Do you recognize this document?

19     A    Yes.  This is the handbook.

20     Q    Who was this handbook given to?

21     A    This handbook been given to every new employee

22  that join the company.  It's also been given to existed

23  employee towards -- they have like connected to a server.

24  It's called retention kit.  It was there.  And it was also

25  was in the resting room on the door.  So everybody always

DIRECT EXAMINATION OF LEE ELBAZ

1      can see it in front of them.

2              MR. POLLACK:  If we can turn to page 9 in the

3      document.  It's page -- there you go.  Great.

4              BY MR. POLLACK:

5      Q    If you can go down to the bottom section, it

6      talks about the withdrawal protocol?

7      A    Yes.

8      Q    And was it your understanding that the handbook

9      reflected Yukom policy?

10     A    Yes.  Of course.

11     Q    And under Deposit Withdrawal, it says "a client

12     may take his money back at any time, every withdrawal."

13     Was that your understanding of Yukom policy?

14     A    Yes.

15     Q    And under that, it says Profit Withdrawal.  "A

16     client can take out profits via bank wire.  A minimum for

17     the withdrawal is $250 of profit."  Was that your

18     understanding of Yukom policy regarding a client taking a

19     profit if the client did not have a bonus in their account

20     or had already met the turnover requirement?

21     A    Yes.

22     Q    And then it says Withdrawal Request With A

23     Bonus.  "Even if a client has bonus money in the account,

24     he can still withdraw the initial deposit after all the

25     bonus and all the profits have been deducted from the

1    account."  Was that your understanding of Yukom policy for

2    a client requesting a withdrawal when they did have a

3    bonus in the account and had not yet met the turnover

4    requirement?

5        A    Yes.

6        Q    Did you expect Yukom retention agents to follow

7    the retention handbook protocols?

8        A    Yes.

9        Q    Did you ever tell retention agents or any other

10   Yukom employees not to follow these protocols?

11       A    No.  It was mandatory to follow it.

12       Q    Did the terms and conditions from Binary Book

13   and Big Option that you reviewed, did they explain to

14   Binary Book and Big Option customers the risk associated

15   with trading in binary options?

16       A    Yes.

17       Q    Did you expect Yukom retention agents to explain

18   risks to clients in a way that was consistent with how it

19   was explained in the terms and conditions?

20       A    Yes.

21       Q    Did you ever tell any Yukom employee to explain

22   risk in a way that was inconsistent with the terms and

23   conditions?

24       A    Never.

25       Q    Ms. Elbaz, you talked when we started a little

1    bit about your professional background.  Did you have any

2    background with hedge funds?

3         A    No.

4         Q    While you were working at Yukom, did you even

5    know what the English term "hedge fund" means?

6         A    No.

7         Q    Were you aware that there were any retention

8    agents that were claiming that Binary Book operated a

9    hedge fund?

10        A    No.

11        Q    Did you ever authorize anyone, any Yukom

12   employee to say that Binary Book had a hedge fund?

13        A    No.

14        Q    During your time at Yukom, did you ever hear a

15   reference to something called an insurance policy or an

16   insurance contract?

17        A    Just a second.

18             (Witness conferred with the interpreter.)

19        A    Yes, I do.

20        Q    What was the first time that you heard any

21   reference to an insurance contract or insurance policy in

22   the context of your work at Yukom?

23        A    Actually, I saw it twice.  First time was I will

24   say between March and to May 2015.

25        Q    And what were the circumstances under which you

1    heard that term?

2         A    Oh, I got a complaint from a client through the

3    support that he ask to get his money and he said that he

4    got an insurance contract and after I check and we

5    investigated his complaint, he claimed for a paper and he

6    didn't send it I think from what I remember and then I

7    remember asking all the retention employees what he's

8    talking about to try to understand because I wasn't

9    familiar with any documents like that.

10        Q    Okay.  The client said he had received a written

11   document?

12        A    Yes, from Binary Book.

13        Q    But the client didn't provide to support or to

14   you a copy of the document?

15        A    In the complaint that I got, it was in there.

16        Q    Did the client in the complaint know who his

17   retention agent was by stage name or at least did that

18   information get to you?

19        A    Yes.  It was Lindsay Wells.  This was the stage

20   name and the real name was Liora Welles.

21        Q    Did you talk to Liora Welles about this

22   insurance contract?

23        A    Yes.  And -- yes.  She denied it at the

24   beginning.  She said she didn't do something like that.

25   And after I questioning everyone, client claims something

1    and everybody zipped their mouth.  So I ask everyone to

2    stand up, step away two steps from the computer and not

3    touch them and I went over computer by computer by myself

4    and tried to, sorry, and tried to find something that say

5    that, desktop emails and I find out.

6        Q    Okay.  On whose computer did you find a document

7    that said it was an insurance contract?

8        A    I found it on two computers.

9        Q    And who did those two computers belong to?

10       A    One is Liora Welles and second one is her

11   boyfriend, Alex Schtern.

12       Q    And when you say Liora, is the last name,

13   Welles, W-E-L-L-E-S?

14       A    I don't know to spell, but I think so.

15       Q    And the other one was Alex?

16       A    Shtern.

17       Q    Is that S-T-E-R-N?

18       A    S-H-T and the rest.

19       Q    And Mr. Shtern was to your understanding

20   Ms. Welles' boyfriend?

21       A    For a few years.

22       Q    And what did you do when you saw on their

23   computer -- well, first of all, the insurance contract

24   that you saw, generally what did it say?

25       A    I don't remember all the words, but the main

issue there, the problem -- first of all, they signed

behalf of Binary Book and it's not okay.  But the main

sentence that was problematic there that they said that

all the money will return back to the client account as a

bonus.  But they didn't mention the terms and condition

and the turnover of the bonus.

    Q    So you mentioned two issues.  The first issue

was that they had signed a contract as a representative of

Binary Book.  Did either of them as retention agents have

authorization to sign a contract and bind Binary Book in a

contractual relationship?

    A    No.  No one even up to me.

    Q    That's not something that even you could have

done?

    A    No.

    Q    And then the second issue was that it was

offering for losing trade a bonus in the same amount as

the loss?

    A    Yes.

    Q    But it didn't explain the terms and conditions

that apply to a bonus?

    A    No.

    Q    Putting aside that it was a written contract,

was that a violation of Yukom policy to give somebody a

bonus without explaining the terms and conditions?

1    A    Yes.  It's against the protocol.

2    Q    So what did you do when you found this contract

3  on Ms. Welles' computer and Mr. Shtern's computer?

4    A    First of all, I deleted that from the computer

5  and from the deleted items in trash can and from the

6  emails.  And then I took them for conversation and asked

7  question.  They apologize.  Liora apologized.  She said

8  it's not going to happen again.  She swear on her

9  grandmother.  And she said that she wasn't really -- like

10 it's not okay to do this contract.  But she had explained

11 to the client all the terms and condition over the phone

12 because it wasn't the first time they talked about

13 bonus-wise and terms and conditions of the bonus.

14   Q    Did she point you to a specific phone

15 conversation where she had supposedly explained the terms

16 and conditions to the client?

17   A    No.  I couldn't find because some of the

18 conversation was over skype and she had said that it's a

19 lot of conversation she had with the client.  But she

20 convinced me that it's been explained because this client

21 had a bonus before.

22   Q    And so what action did you take after getting

23 Ms. Welles' explanation?

24   A    First of all, the client just actually asked for

25 the bonus to be inside his account.  So it was met with

1    what she said.  And they both got a warning and letter for

2    their --

3              (Witness conferred with the interpreter.)

4        A    -- to their personal file in the company and

5    that's what I did.

6        Q    I'm not sure I understood the first part.  What

7    happened to the client?

8        A    We add the bonus to his account like he ask.

9        Q    Were the terms and conditions explained to him

10   at that point?

11       A    At that point, we explained it, but we saw also

12   that previously he had already bonus and he been explained

13   about the terms and condition there.

14       Q    You found that out from the client?

15       A    Yes.  About the first bonus.  Yes.

16       Q    What were your instructions to Ms. Welles and

17   Mr. Shtern about whether after that they were permitted to

18   offer a client a insurance policy or a insurance contract?

19       A    Sorry.

20            (Witness conferred with interpreter.)

21            THE INTERPRETER:  Can you repeat --

22            BY MR. POLLACK:

23       Q    Sure.  What were your instructions to Ms. Welles

24   and Mr. Shtern about going forward whether or not they

25   were permitted to offer an insurance policy or an

1    insurance contract to a client?

2           (Witness conferred with the interpreter.)

3    A    That they never can do that again and it's not

4    allowed and they know that it's not allowed.  And if it's

5    going to happen again, they are going to be fired and

6    Liora got even fine about this client.  Like she didn't

7    got the commission on him.

8    Q    After that, did there ever come a time again

9    when you learned about an insurance policy or an insurance

10   contract being used?

11   A    Yes.  It was approximately April.  It was 11

12   months later.  It was in April 2016.  But this time it

13   wasn't insurance contract.  It was insurance policy and it

14   came from a company that called Numaris.

15   Q    How did that issue come to your attention?  How

16   did you learn that there was an insurance policy that had

17   been used by somebody at Numaris?

18   A    I got the letter from a lawyer that accusing me

19   of doing this thing and I saw the names.  I got one to my

20   home, one to the office and I saw the allegation there.

21   And I called Yossi Herzog.

22   Q    Let me ask you.  What was the allegation in the

23   letter that you received?

24   A    That I defrauding people.  That I gave some

25   insurance that created to be defrauding people.

1      Q    And had you given an insurance policy to any

2    client?

3      A    I never did.  I never saw it.

4      Q    Okay.  So what did you do when you got a letter

5    complaining about an insurance policy saying that you were

6    somehow responsible for it?

7      A    I called my boss, Yossi Herzog.  I was stressed.

8      Q    Okay.  And as a result of your call with

9    Mr. Herzog, what did you do?

10     A    I'm sorry.  Can you repeat?  I'm sorry.

11     Q    After you spoke with Mr. Herzog, what did you

12   do?

13     A    Yossi Herzog ask me -- we saw the name on the

14   letter.  The allegation was against Mila Morales and I

15   think another name.

16     Q    Let me stop you there.  The letter that you

17   received referenced Mila Morales?

18     A    No.  But her name like -- just a second.

19          (Witness conferred with the interpreter.)

20     A    Okay.  Thank you.  Sorry.  It was like the

21   letter sent to me.  I was number one and then it was

22   another people that listed there.  That it was people that

23   not belong to Yukom.  So when I called to Yossi, he told

24   me to start investigate the issue and he want to get more

25   details to understand what it's about because none of us

1    knew about it.

2       Q    Okay.  Did the letter have Mila Morales' name in

3    it?  Was it saying that the letter was copied to her as

4    well?

5       A    Yes.

6       Q    And who was Mila Morales?

7            THE INTERPRETER:  I'm sorry.  I think there was

8    a misunderstanding that I want her to clarify.  That the

9    Mila Morales was on the list of people, address, but not

10   included on the email.  The email was only to --

11           THE COURT:  Okay.  I'm not sure what's going on

12   now, but I don't think it's appropriate for the

13   interpreter to be testifying.  So I don't know what's

14   going on.

15           THE WITNESS:  I think I understand and I answer

16   by myself.  Sorry.  It's what I said.

17           BY MR. POLLACK:

18       Q    I'm sorry.  What is?

19       A    Okay.  The letter from the lawyer was for Lee

20   Elbaz, number two, Yukom, number three, Yossi Herzog and

21   another names was Mila Morales and Ronen Roytman.

22           THE COURT:  Just to clarify, I think the way

23   we've been doing this is that Ms. Elbaz is just getting

24   advice on how to translate words.  But if there's a point

25   at which you want the interpreter, if you want to speak to

```
 1    the interpreter in Hebrew and have the interpreter give
 2    your answer in English, you can do that.  But I just want
 3    to make sure that's what you are doing and so I don't know
 4    if there's a way to make sure that that's what's going on.
 5    Obviously, we would need a microphone for the interpreter
 6    if that's going to happen.  So should we maybe provide one
 7    to her if that's --
 8              THE WITNESS:  Thank you.  I will try to do that
 9    by myself.
10              THE COURT:  I think maybe the way to do this,
11    Ms. Elbaz, is if there is a point at which you think it's
12    just better to have the interpreter say in English what
13    you say, why don't you say I'd like the interpreter to
14    translate my response and then you can tell it to her in
15    Hebrew and she can say it in English.  Is that okay?
16              THE WITNESS:  Yes.
17              THE COURT:  So you tell us if you want the
18    interpreter to give an answer.
19              THE WITNESS:  Thank you, Your Honor.
20              THE COURT:  Okay.  Go ahead.
21              MR. POLLACK:  Thank you.
22              BY MR. POLLACK:
23         Q    So I understand, the letter that you received
24    from the lawyer was addressed to you, but there were also
25    other people to whom it was addressed?
```

```
 1        A    Yes.
 2        Q    And one of the other people to whom it was
 3   addressed was Mila Morales?
 4        A    Yes.
 5        Q    And another person to whom it was addressed was
 6   Ronen Roytman?
 7        A    Yes.
 8        Q    And who did Mila Morales work for?
 9        A    Numaris.
10        Q    And who was Mr. Roytman?
11        A    The owner, the CEO and the director of Numaris.
12        Q    So after you got the letter and you talked to
13   Mr. Herzog about the letter, what did you do?
14        A    Yossi Herzog told me to start to investigate it
15   and to understand what happened.  So I called Dan Fisher.
16   It's his stage name.  He is the manager in Numaris and the
17   owner back then.  And I ask him what is this issue, if you
18   familiar with something that called insurance policy and
19   that I want to understand what it mean and I ask him to
20   send me an email in Hebrew with the main points that
21   appear in this insurance.  It's too much for me to read in
22   English.  And he gave me and he send me this point in
23   Hebrew that explain like Yossi ask me to do and I also ask
24   him to speak with the people, that I ask him to check,
25   sorry, to check who is the people that involved in that
```

1    and to let me know about it because I wanted to speak with

2    them and to understand from them what happened.

3         Q    And --

4         A    I'm sorry.  The first time that I saw -- that I

5    heard the words "insurance policy," I'm sorry, it was in

6    April, but I wasn't part of that exactly.  And what I'm

7    telling you right now was happened with two other client

8    in May when I got involved or investigated that.  I'm

9    sorry.  I'm confused.

10        Q    So did you gather information from Mr. Fisher,

11   the Numaris employee?

12        A    Yes.

13        Q    And did you report back to Mr. Herzog what it is

14   that you learned?

15        A    Yes.  While I spoke with one of the employees, I

16   type like while we're talking all the --

17             (Witness conferred with the interpreter.)

18        A    -- chain of event that I've been told by Numaris

19   employee and I sent it to Yossi Herzog.

20        Q    Do you remember without looking at the document

21   everything that was in that email to Mr. Herzog?

22        A    The chain of the event?

23        Q    Yes.  Do you remember that chain of events?

24        A    I remember a lot of it I think.

25        Q    Okay.  What do you remember?

1      A    I remember that I spoke with Daniel Buckley.  I

2  spoke with Mila for a few seconds and then with Daniel

3  Buckley.  Daniel Buckley explained --

4      Q    Well, let me stop you there.  Why were you

5  speaking to Daniel Buckley?

6      A    Because Dan Fisher told me when I ask him like I

7  told you who is the people that involved, he told me that

8  it was Mila Morales, Daniel Buckley, Sebastian Parker and

9  Austin Smith.

10     Q    Was Sebastian Parker also known as Sebastian

11  Gonzales?

12     A    Yes.  One of them is the real name.

13     Q    Okay.  So after you got that information from

14  Mr. Fisher, you went and you spoke to Mr. Buckley?

15     A    Yes.

16     Q    And who did Mr. Buckley work for at this point?

17     A    Daniel Buckley worked for Numaris.

18     Q    Had he previously been an employee of Yukom?

19     A    Yes, he was.

20     Q    And at some point he moved over to Numaris?

21     A    No.  He didn't moved over.  He quit from Yukom

22  and after, I don't know, months or two, I discovered he

23  had been hired by Numaris.

24     Q    And so you spoke to two people.  You spoke to

25  Mila Morales and you spoke to Daniel Buckley?

1          A    Yes.

2          Q    And what did you learn?

3          A    Daniel Buckley told me that at the beginning,

4     he -- at the beginning it was Mila Morales client and that

5     Sebastian made this contract with Mila.  He said that

6     Austin Smith did a second, if I remember correctly, like a

7     second voice, something like that.  That's what he told

8     me.  And then he said that the client -- I ask him if it

9     was a problem with the client.  And he said that the

10    client asked to withdraw his fund.  He explained it that

11    he's not allowed because the bonus and he never heard from

12    him again.  And he never heard from him again.  And I ask

13    him something like, like how did you do that?  It's

14    something that, you know, that I'm not agreed to or it's

15    not my way.  He said you are right, you know, and I'm

16    sorry.  And he said something that I think it's about

17    against the company policy and he said that he know.  And

18    then he said that Ronen from Numaris knew about it.  Like

19    it's a slang in Hebrew.  Knew and didn't knew.  Like knew,

20    but pretend.  And then he said that when Ronen saw the

21    problem became -- no.  He said that Ronen ask him if he

22    can bring more money from this client.  He said no.  And

23    then Ronen told him to stop with it.  That's if I remember

24    correctly.

25         Q    And did you report all of that information that

1    you had learned to Mr. Herzog?

2        A    By email and by phone.

3        Q    And then did Mr. Herzog give you any further

4    instructions?

5        A    Yes.  He did it also by phone and by email.  But

6    if I remember correctly, he sent an email that he asked

7    question about if right now you are going to close the

8    trade for the client, what going to be -- what going to be

9    the equity in the account and if you are going to remove

10   the bonus, what going to be the client's status.  And he

11   also to get all the swift details, swift confirmation so

12   he can send the money back to the client.  But I know that

13   it's after he spoke with Binary Book and with lawyers.

14   Because, I'm sorry, he said something else there.  That he

15   want to let the lawyer know exactly what all the details.

16       Q    Okay.

17            MR. POLLACK:  Is 669 in evidence?  I'm going to

18   move the admission of 669 and 669-T.

19            THE COURT:  Any objection?

20            MR. VAN DYCK:  No objection.

21            THE COURT:  Exhibit 669 and 669-T are in

22   evidence.

23            MR. POLLACK:  Let's go ahead and put up -- let's

24   start with 669, which is the Hebrew.

25

```
 1              BY MR. POLLACK:

 2         Q    Who is this email coming from?

 3         A    From Yossi Herzog.

 4         Q    And it's to you.  Correct?

 5         A    Yes.

 6         Q    And it copies Mr. Roytman?

 7         A    No.  It's to me and to Mr. Roytman.

 8         Q    I'm sorry.  And copies Mr. Cohen?

 9         A    Yes.

10         Q    And let's go to 669-T.  What does Mr. Herzog say

11    to you and Mr. Roytman?

12         A    That more or less he understand everything.

13         Q    Let me ask you.  Is this after you had had --

14    after you had sent him the email relaying what you had

15    learned in your discussions with Mr. Buckley and

16    Ms. Morales?

17         A    Yes.

18         Q    And what's the next thing that Mr. Herzog says?

19         A    He ask -- he said that he understand more or

20    less what happened and so he going to be able to talk with

21    Pirt, the lawyer.  He need to know urgently after we going

22    to be -- we going to ask Sebastian and the lady.

23         Q    Okay.  Let me stop you there.  Who did you

24    understand Sebastian was a reference to?

25         A    Sebastian Parker.  Sebastian Gonzales.
```

1      Q     And who did you understand the lady was a

2  reference to?

3      A     Mila Morales.

4      Q     Go ahead.

5      A     So he ask what been promise to the client --

6  sorry.  And he said read carefully the documents, the

7  insurance policy.  What been promise in Hebrew to the

8  client.  And --

9            (Witness conferred with the interpreter.)

10     A     And agreeing at the points.  Clear and agreed on

11  the points.

12     Q     Let me stop you there.

13     A     Sorry.

14     Q     As of this point, had you had the opportunity to

15  read the insurance policy?

16     A     No.

17     Q     Had you seen it at all at this point?

18     A     No.

19     Q     You were just going by what you had been told

20  about it?

21     A     Excuse me?

22     Q     The information that you had up until that point

23  was just based on what you had been told.  Correct?

24     A     Yes.

25     Q     And then what does Mr. Herzog go on to say?

1          A     What I explained before, view the documents.

2    That he wants to know that if you going to close to the

3    client all the open position and you are going to put the

4    initial to the equity and you are going to remove the

5    bonus, what the client left in the account and he ask if

6    it's possible to do it even today and thank you.

7          Q     When he says what is left for him in the

8    account, what do you understand he's asking?

9          A     That right now because the client has open

10   position and he had also profit.  So he said if right now

11   you going to close all the open position and you are going

12   to remove the bonus, how much from the initial investment

13   of the client will still be in the balance of the account?

14         Q     And after receiving this email from Mr. Herzog,

15   did you get additional information about precisely what it

16   was that this insurance policy had promised?

17         A     Yes.  I did exactly what he ask and I got an

18   email in Hebrew to explain it.

19              MR. POLLACK:  I'm going to put up 670-T which is

20   already in evidence.  I think it's in evidence.  I'll move

21   the admission of 670 and 670-T.

22              THE COURT:  No objection, Mr. Van Dyck?  Is that

23   what I heard?

24              MR. VAN DYCK:  No objection, Your Honor.

25              THE COURT:  Okay.  I think it's already in

1      evidence.  But anyway, it's 670 and 670-T.

2              BY MR. POLLACK:

3       Q    So let's look at 670-T, which is the English

4      translation of the email that you received from Mr. Fisher

5      in Hebrew.  Does this set forth what the insurance policy

6      said?

7       A    Yes.

8       Q    Prior to receiving this email, did you know

9      exactly what had been promised in this insurance policy?

10      A    No.

11      Q    And who is the customer here who had been

12     offered this insurance policy?

13      A    Harry Phillips.

14      Q    And did you understand whether Mr. Phillips was

15     the only one who had been offered this policy or was it

16     offered to any other customer?

17      A    It's offered for what I know for three people.

18     It was Harry Phillips, Don Berdeaux I think it's the full

19     name and Steven Koel.

20      Q    And did you get an email around the same time as

21     you got this email from Mr. Fisher, did you get an email

22     from Ms. Morales with a copy of the actual documents that

23     had been used by Ms. Morales?

24      A    Yes.

25      Q    And is that something you had requested her to

1    send you?

2        A    Yes.  Like I said before, I called her and I ask

3    all the documents like Yossi ask me to do.

4            MR. POLLACK:  Okay.  And let's go to 427, which

5    I believe is in evidence.

6            BY MR. POLLACK:

7        Q    And is this the email that you received from

8    Ms. Morales?

9        A    Yes, I did.

10       Q    And there are documents that were attached to

11   this email?

12       A    Yes.  One is a signed contract.  One is Don

13   Berdeaux's insurance policy.  One is swift 50K.  One is

14   150K.  And I think another one is 150K, which is the same.

15       Q    Well, let's go to 427.2.  Was that one of the

16   attachments?

17       A    Yes.

18       Q    And this is the insurance policy that you

19   understood Ms. Morales had offered to Don Berdeaux.

20   Correct?

21       A    Yes.

22       Q    Is this the same or different from the insurance

23   policy or contract that you had seen on Ms. Welles and

24   Mr. Shtern's computer a year earlier?

25       A    Definitely different.

1    Q    Okay.  In what way is this different than what

2    you had seen earlier?

3    A    I think in everything it's possible.  Like the

4    name of this so-called contract.  Here it appear policy

5    number, it wasn't there.  The names, the promises that --

6    it's not related at all.

7    Q    To your understanding did Ms. Morales have

8    authority to enter into a contract like this on behalf of

9    Binary Book?

10    A    No one cannot.  Not even me.

11    Q    What about Mr. Roytman?

12    A    No one.  It's Binary Book logo.  We give

13    services.  We are not working there.

14    Q    In addition to Mila Morales, it is signed by a

15    John Tillman.  You heard Mr. Smith testify that that was a

16    name he had used at another binary options company,

17    Rushmore.  Were you familiar with the name, John Tillman,

18    at all when you saw this contract?

19    A    No.  I didn't even knew that it's him until they

20    explain me over the phone.

21    Q    What happened after this?  To your

22    understanding, what happened with Mr. Koel and

23    Mr. Berdeaux and Mr. Phillips?

24    A    The first one was Mr. Koel.  And Mr. Koel got

25    all his money back, 1.5 something million dollars.  They

 1    did it through the lawyer.  They send a letter about

 2    defrauding Mr. Koel.  But before they send the money, they

 3    called him because he was --

 4        Q    I --

 5        A    Sorry.

 6        Q    I don't want you to tell me about phone calls

 7    that you were not part of.  I just want to know generally

 8    what was your understanding as to what happened.

 9        A    It took a few more times with Mr. Koel because

10    he had profit in the account.  But after that, he said

11    that he want to get all his money back and the money being

12    sent to --

13             THE COURT:  Hold on one second.  We might have a

14    technical issue here.  Hold on one second.

15             (Pause.)

16             THE COURT:  Go ahead.

17             BY MR. POLLACK:

18        Q    Did you understand that ultimately Mr. Koel got

19    his money back?

20        A    Yes.  Everything.

21        Q    And what about Mr. Berdeaux?  What was your

22    understanding as to what happened with him?

23        A    He got all his money.

24        Q    What was your understanding with respect to

25    Mr. Phillips?

1        A     By the time that I was there, he didn't got his

2   money because we tried to call and reach him.  It was in

3   May.  I by myself tried until September.  So at least four

4   months that he didn't take any phone from us and didn't

5   respond to the emails.  And we couldn't send him his money

6   back because we didn't have his bank details because when

7   you -- when we sending like Binary Book or Yukom asking

8   them to send or Numaris or every company, you send -- you

9   need to fill a form that's called APM form.  You need to

10  put your name, your IBN, your address.  So you cannot wire

11  money without these details.

12       Q     Had you been able to reach Mr. Phillips, if he

13  had responded and given you banking information, was it

14  your intention to wire him his money?

15       A     It was the intention because he had been, sorry,

16  defrauded.

17       Q     You heard the testimony from Mr. Smith?

18       A     Yes.

19       Q     And you heard that Mr. Smith put in a claim on

20  behalf of Mr. Phillips?

21       A     Yes.

22       Q     And what did Mr. Smith say that he charged

23  Mr. Phillips "help him recover this money"?

24       A     Because he recovered the money?

25       Q     Yeah.  Do you remember how much money Mr. Smith

1  said that he received or took from Mr. Phillips to recover

2  the money?

3       A    Yes.  Almost 50%.  It was 45% up front and

4  $125,000 after getting the money.

5       Q    So how much in dollars total?

6       A    $170,000.

7       Q    How much would Mr. Smith have gotten if

8  Mr. Phillips had responded to your phone calls?

9       A    Zero.

10      Q    And all that money would instead have gone to

11 Mr. Phillips?

12      A    It's his money.

13           MR. POLLACK:  Your Honor, I'm about to turn to

14 another area.  I can keep going.  I didn't know when you

15 wanted to take the lunch break today.

16           THE COURT:  Well, is your next area a pretty

17 extensive area or --

18           MR. POLLACK:  It's sort of a meaty area.

19           THE COURT:  Okay.  Why don't we take the lunch

20 break?  It's now 12:37 and why don't we say we'll be back

21 here at 1:45?  Again there's a few things I probably need

22 to talk about with the lawyers.  So I'll see you at 1:45.

23 Again don't discuss the case among yourselves.  Keep an

24 open mind.  We'll see you back here after lunch.  Thank

25 you.

1          (Jury excused.)

2          THE COURT:  Thank you.  Please be seated.  Ms.

3     Elbaz, you can return to your regular seat if you'd like.

4          Is there anything we need to discuss before the

5     afternoon?  Why don't we start by asking Mr. Pollack just

6     from a timing standpoint what are you envisioning?

7          MR. POLLACK:  We're certainly more than halfway

8     through the direct.

9          THE COURT:  Well, remind me again because I

10    didn't know when you -- how much is left would you say?

11         MR. POLLACK:  Less than half.

12         THE COURT:  I meant in time?  You started about

13    9:10 or so.  We had a break in there.  It was a little

14    longer usual.  So 9:30.  I mean it seems like it's been

15    about three hours.  So when you say a little more than

16    half, that means another two and a half to three hours.

17         MR. POLLACK:  Well, it can't be -- I don't think

18    it could be three hours.  But let's say two and a half.

19    There would be another hour to two left.

20         THE COURT:  Okay.

21         MR. POLLACK:  And it is taking longer than I

22    thought.  That's a combination of things.  One, giving me

23    the weekend to think about it and when I wasn't dealing

24    with documents from the taint team and two --

25         THE COURT:  So you acknowledge you actually did

DIRECT EXAMINATION OF LEE ELBAZ

1    have time to prepare the direct examination?

2          MR. POLLACK:  What I'm acknowledging is that the

3    effort to derail me was only in part successful.  Just

4    think of how much more I could have come up with if I

5    didn't have to devote any time to filter documents --

6          THE COURT:  I understand.  So --

7          MR. POLLACK:  But the other -- so part of it

8    is -- I did actually do some work this weekend.  The other

9    part of it is --

10          THE COURT:  The translation.  I know you're

11    speaking slowly to make sure everyone understands and

12    that's totally fine.

13          MR. POLLACK:  I'm doing that and I haven't done

14    a lot of examinations using an interpreter and I probably

15    under-estimated how much additional time --

16          THE COURT:  That's okay.  I'm not pressuring

17    you.  I'm just trying to figure out from a timing

18    standpoint.  It's now 1 -- we told them 1:45 to be back.

19    So you will probably get pretty -- you'll either finish

20    right before the break or sometime after the break in the

21    afternoon.  So Mr. Van Dyck, do you think this witness

22    will take us through the day or --

23          MR. VAN DYCK:  Yes, Your Honor.

24          THE COURT:  What about for tomorrow?

25          MR. POLLACK:  So we had --

```
1              THE COURT:  So you still have the two witnesses
2    or two or three character witnesses.  Correct?
3              MR. POLLACK:  Yeah.  I was going to say we had
4    informed the government over weekend that we're not going
5    to call the expert.
6              THE COURT:  Right.  I heard that.
7              MR. POLLACK:  So the only thing that would be
8    left after Ms. Elbaz are two or three character witnesses
9    which obviously will be brief witnesses.
10             THE COURT:  Okay.  Well, I mean we can think
11   about it as we go along.  It sounds like it's still going
12   to be a short enough carryover that we should be on the
13   track we're talking about, maybe not first thing in the
14   morning, but that we would still complete getting it to
15   the jury tomorrow which means that it may make sense to
16   stop half an hour early to talk about the jury
17   instructions unless the parties don't think there's a lot
18   to talk about.
19             I did notice the government made a submission
20   with a new instruction they want to offer as well as an
21   argument against one of the existing ones.  So does that
22   make sense or does someone have a better plan on how to
23   deal with that?  I mean we could do that at 5.  I just
24   don't want to keep everyone here indefinitely.
25             MS. COTTINGHAM:  Your Honor, we're happy to stop
```

1   a half an hour early or to have that conversation at 5.

2   We did make an effort to put all of our remaining

3   positions on that, on the jury instructions in writing so

4   that the Court would have them.

5            THE COURT:  Well, I had gone through the

6   instructions myself and had some suggestions just based on

7   what I had seen in the evidence.  That was before I got

8   the government's submission and it was more just to give

9   you something to look at while we discuss it.  What's your

10  position on that, Mr. Pollack?  Can we discuss that later

11  today?  It seems like it would be better than trying to

12  have the jury wait for us to finalize the instructions and

13  there's also a processing gap that occurs.

14           MR. POLLACK:  I think it does make sense to have

15  that discussion later today.  I don't think based on what

16  I've seen from the government that it's going to be a

17  terribly long discussion, particularly as charging

18  conferences usually go because I think so much of it is

19  already done.

20           THE COURT:  Right.

21           MR. POLLACK:  I don't have any strong view one

22  way or the other whether we break at 4:30 to allow us to

23  do that or we break at 5 --

24           THE COURT:  Well, we'll see how it's going I

25  think.  I mean it sounds like we're not going to finish

1    the witness today anyways or if we're close to it, maybe

2    we would go to 5.  If not, we'll reach a natural stopping

3    point maybe a little bit earlier.  But I always want to --

4    it's also helpful to have as much of the case in before we

5    have that discussion, that what I view is the final

6    discussion or at least penultimate discussion.

7              MR. POLLACK:  I don't think that the discussion

8    is going to be so lengthy that it would be a problem to do

9    it at 5.

10             THE COURT:  Okay.  Well, I just want to make

11   sure everybody is aware of that.  Okay.  Maybe I can ask

12   you all to come back maybe five minutes early which would

13   basically be at 1:40.  I did want to put a couple of

14   things on the record regarding the privilege issue and the

15   Rule 29 motion.  So if we can do that, I'd appreciate

16   that.

17             (Proceedings concluded.)

18

19

20

21

22

23

24

25

DIRECT EXAMINATION OF LEE ELBAZ

1                    <u>CERTIFICATE OF REPORTER</u>

2

3           I, Lisa K. Bankins, an Official Court Reporter

4    for the United States District Court for the District of

5    Maryland, do hereby certify that I reported, by machine

6    shorthand, in my official capacity, the proceedings had

7    and testimony adduced upon the trial in the case of the

8    United States of America versus Lee Elbaz, Criminal Action

9    Number TDC-18-00157, in said court on the 30th day of

10   July, 2019.

11          I further certify that the foregoing 141 pages

12   constitute the official transcript of said proceedings, as

13   taken from my machine shorthand notes, together with the

14   backup tape of said proceedings to the best of my ability.

15          In witness whereof, I have hereto subscribed my

16   name, this 31st day of July, 2019.

17

18

19                              Lisa K. Bankins

20                              Lisa K. Bankins
                                Official Court Reporter
21

22

23

24

25

BY MR. POLLACK: [22] 1/9 7/10
38/10 46/21 49/16 50/10
55/10 58/16 72/14 77/16
80/19 81/20 82/14 99/19
110/16 111/3 118/21 121/16
122/21 127/24 131/1 132/5
134/16
MR. POLLACK: [69]   3/5 8/12
9/19 9/21 9/25 12/10 16/9
17/20 21/19 22/1 22/5 22/9
23/2 23/7 23/15 23/19 24/2
24/8 25/9 26/1 26/9 26/20
26/24 27/4 27/16 28/22 29/7
37/18 37/21 37/24 38/4 38/8
45/13 45/19 46/13 46/19
49/14 50/8 55/3 77/8 77/11
80/16 81/15 82/10 88/20
89/12 99/18 110/14 111/1
122/20 127/16 127/22 130/18
132/3 136/12 136/17 137/6
137/10 137/16 137/20 138/1
138/6 138/12 138/24 139/2
139/6 140/13 140/20 141/6
MR. VAN DYCK: [12]   37/20
45/17 46/8 55/7 72/10 77/10
81/12 81/14 89/16 127/19
130/23 138/22
MS. COTTINGHAM: [38]   8/15
8/21 9/2 11/1 16/15 17/5
17/23 18/2 18/11 19/12 19/24
20/2 20/17 20/25 21/5 22/14
22/21 23/5 24/20 27/13 28/10
92/12 93/4 93/11 93/23 94/9
94/18 95/2 95/8 95/12 96/11
96/18 97/23 98/1 98/13 98/22
99/2 139/24
MS. ETTINGER: [11]   89/19
90/12 90/20 91/1 91/3 91/6
91/22 92/5 92/9 97/5 97/21
THE CLERK: [2]   28/25 29/11
THE COURT: [121]   3/1 4/6
8/18 9/1 9/7 9/20 9/22 10/15
12/8 13/2 16/13 17/3 17/18
17/24 18/7 18/15 19/15 19/25
20/14 20/23 21/2 21/15 21/21
22/2 22/8 22/11 22/20 22/24
23/3 23/10 23/16 23/22 24/7
24/18 25/8 25/24 26/4 26/11
26/23 27/2 27/5 27/15 27/18
27/24 28/17 28/24 29/10
37/22 38/2 38/6 45/18 46/6
46/11 46/17 55/8 72/12 77/14
81/13 81/16 88/18 88/22 89/5
89/17 90/9 90/19 90/23 91/2
91/5 91/19 92/4 92/8 92/10
92/24 93/8 93/15 94/7 94/13
94/25 95/6 95/9 96/9 96/15
96/24 97/19 97/22 97/25
98/11 98/18 99/1 99/9 99/12
99/15 121/10 121/21 122/9
122/16 122/19 127/18 127/20
130/21 130/24 134/12 134/15
136/15 136/18 137/1 137/8
137/11 137/19 137/24 138/5
138/9 138/15 138/23 138/25
139/5 139/9 140/4 140/19
140/23 141/9
THE INTERPRETER: [2]   118/20
121/6
THE WITNESS: [6]   29/14
81/17 121/14 122/7 122/15
122/18

**$**

$1,000 [2]   67/16 74/5
$1,001 [1]   66/19
$1,760 [1]   67/18
$125,000 [1]   136/4

$15,000 [1]   95/25
$170,000 [1]   136/6
$2 [2]   67/4 68/1
$240 [2]   67/6 67/23
$250 [1]   111/17
$3 [5]   65/19 65/21 66/11
67/23 68/1
$5,000 [3]   63/23 64/2 64/14
$500 [1]   83/9
$6,000 [1]   85/10
$760 [1]   67/17
$999 [1]   65/25

**'**

'let's [1]   87/13

**-**

-H [5]   46/18 55/5 55/5 55/9
55/10

**0**

0.2 [1]   75/19
00157 [2]   1/3 142/9

**1**

1.5 [1]   133/25
10 [4]   41/10 100/10 102/7
102/13
1000.02 [2]   74/17 74/19
1001 [1]   71/11
1013-E [3]   55/5 55/9 55/12
1014 [1]   55/22
1014-E [6]   55/5 55/9 55/23
55/23 56/6 57/1
1014-H [4]   55/23 55/24 55/25
57/1
1028 [2]   45/17 50/10
1028-E [4]   45/19 46/15 46/18
46/21
1028-H [3]   45/25 46/15 46/23
1029-H [1]   46/18
1039 [4]   37/19 37/23 37/24
37/25
1039-E [5]   37/25 38/1 38/7
38/10 46/17
1039-H [2]   38/1 46/17
11 [2]   41/10 119/11
110 [2]   37/3 37/6
116 [2]   22/17 28/13
11:20 [2]   89/2 89/4
11th [1]   13/19
12:37 [1]   136/20
12th [1]   13/20
1343 [1]   90/6
1349 [1]   90/5
14 [2]   80/17 80/18
1400 [1]   1/13
141 [1]   142/11
15 [1]   57/10
150K [2]   132/14 132/14
16 [2]   13/14 13/20
17 [7]   66/21 16/22 17/17
17/22 19/14 21/7 21/16
19 [2]   38/16 38/18
190 [1]   10/5
192 [2]   12/17 12/23
19th [1]   38/25
1:40 [1]   141/13
1:45 [3]   136/21 136/22
138/18

**2**

20 [1]   33/3
2000 [1]   1/18
20006 [1]   1/19
2014 [6]   32/25 82/18 82/21
100/10 102/7 102/13
2015 [1]   113/24
2016 [9]   37/18 38/16 38/18

39/9 39/17 39/21 47/9 49/22
119/12
2017 [2]   39/1 41/5
2019 [3]   1/5 142/10 142/16
20530 [1]   1/13
20770 [1]   1/22
224.8 [1]   110/15
232.1 [2]   98/6 99/6
24 [4]   11/19 67/5 67/7 67/23
25 [6]   104/7 104/15 104/17
104/21 105/5 105/5
26 [1]   39/25
27 [4]   16/18 17/16 18/13
32/25
28 [1]   18/12
29 [8]   2/5 22/7 23/8 89/9
89/19 89/21 92/19 141/15

**3**

30 [9]   1/5 38/19 38/22 92/19
104/7 104/15 104/21 105/5
109/21
302 [1]   98/17
30th [1]   142/9
31st [1]   142/16
33 [4]   22/17 28/12 34/9
34/12
34 [6]   22/17 28/13 34/9
34/11 34/12 34/13
35 [2]   18/10 104/17
385 [2]   22/17 28/13
3854 [1]   8/6
3857 [1]   8/7

**4**

403 [1]   15/22
419 [2]   22/17 28/13
420 [2]   22/17 28/13
423 [2]   22/18 28/13
425 [2]   22/18 28/13
427 [3]   22/18 28/13 132/4
427.1 [2]   22/18 28/13
427.2 [3]   22/18 28/14 132/15
427.3 [2]   22/18 28/14
427.4 [2]   22/18 28/14
427.5 [2]   22/18 28/14
432 [2]   22/18 28/14
435 [2]   22/19 28/14
435.1 [2]   22/19 28/14
45 [1]   136/3
45.1 [1]   17/1
4:30 [1]   140/22

**5**

5-T [2]   82/11 85/8
50 [1]   136/3
500 [4]   22/19 28/14 83/1
85/10
50K [2]   78/17 132/13
522 [2]   22/19 28/14
522-T [2]   22/19 28/15
534 [1]   28/15
534-T [2]   22/19 28/15
534.1 [2]   22/19 28/15
537 [2]   22/19 28/15
537-T [2]   22/19 28/15
540 [2]   22/20 28/15
540-T [2]   22/20 28/15
547 [2]   22/20 28/15
547-T [2]   22/20 28/15
549 [2]   22/22 28/16
549-T [2]   22/22 28/16
550 [2]   22/22 28/16
550-T [2]   22/22 28/16
572 [2]   22/23 28/16
572-T [2]   22/23 28/16
577 [2]   22/23 28/16
577-T [2]   22/23 28/16

## 6

**61 [1]** 96/23
**62 [3]** 22/17 28/15 96/23
**624 [2]** 22/23 28/17
**624-T [2]** 22/23 28/17
**65 [1]** 104/15
**6500 [1]** 1/22
**669 [4]** 127/17 127/18 127/21
127/24
**669-T [3]** 127/18 127/21
128/10
**67 [3]** 22/17 28/13 96/23
**670 [4]** 22/23 28/17 130/21
131/1
**670-T [6]** 22/23 28/17 130/19
130/21 131/1 131/3
**674 [4]** 77/9 77/14 77/15
77/18
**674-T [4]** 77/10 77/14 77/15
78/22
**6K [1]** 78/18

## 7

**70 [2]** 104/8 104/15
**704 [2]** 22/23 28/17
**704-T [2]** 22/24 28/17
**710 [1]** 96/24
**72 [1]** 96/23
**76 [4]** 67/10 67/11 67/17
67/19

## 8

**821 [2]** 22/24 28/17
**821-T [2]** 22/24 28/17
**87 [1]** 108/4
**8889 [1]** 8/7
**8909 [1]** 8/7
**8926 [1]** 8/7
**8933 [1]** 8/7
**8950 [1]** 8/7
**8954 [1]** 8/7
**8:30 [1]** 1/6

## 9

**90 [2]** 75/7 75/7
**94 [1]** 36/25
**95 [3]** 103/21 104/2 104/18
**98 [1]** 76/20
**99 [1]** 76/20
**999 [1]** 71/12
**9:00 [1]** 8/17
**9:10 [1]** 137/13
**9:30 [1]** 137/14

## A

**a.m [1]** 1/6
**AA [3]** 41/17 49/19 50/10
**ability [7]** 3/14 7/17 13/15
13/22 15/6 103/18 142/14
**able [9]** 3/10 5/9 24/14 25/3
75/8 105/3 109/20 128/20
135/12
**about [102]** 3/23 4/8 4/20
6/9 7/15 8/2 8/19 10/8 10/9
10/20 11/24 13/13 14/4 14/10
15/20 16/2 17/11 18/9 21/21
24/15 25/12 27/9 27/10 27/18
31/1 32/18 33/13 34/8 35/3
41/17 48/12 52/21 54/8 54/18
54/20 59/3 59/7 59/13 59/14
59/22 61/4 61/16 62/11 62/19
62/21 62/23 66/18 81/12
83/25 87/4 91/5 91/10 94/16
95/7 95/12 95/23 99/21 99/23
103/13 103/24 103/25 105/16
105/18 106/10 107/25 108/8
109/18 111/6 113/1 114/8
114/21 117/12 118/13 118/15
118/17 118/24 119/6 119/9

**120/5** 120/25 121/1 123/13
124/1 126/16 126/18 127/7
130/7 130/13 133/10 133/11
134/6 134/21 136/13 136/22
137/12 137/15 137/23 138/24
139/11 139/13 139/16 139/18
**above [11]** 35/8 44/17 57/12
57/13 65/1 71/10 71/11 71/12
74/19 74/19 78/1
**abundance [1]** 8/8
**abuse [2]** 70/13 75/8
**abusing [19]** 69/6 69/16
69/24 70/3 70/10 73/14 73/17
74/11 75/4 79/5 80/13 81/20
83/11 83/23 84/2 84/5 84/19
87/5 88/17
**academy [11]** 35/23 60/12
60/18 60/19 60/23 61/7 61/8
61/14 61/18 62/7 62/12
**Accardo [2]** 77/19 77/21
**accent [1]** 106/1
**accept [3]** 95/21 108/23
109/11
**access [5]** 9/19 13/22 13/25
15/6 19/4
**accessed [1]** 12/22
**According [1]** 56/18
**account [27]** 63/19 63/20
63/22 64/3 64/15 79/4 83/24
84/9 85/13 101/24 105/1
109/13 109/14 110/3 110/4
111/19 111/23 112/1 112/3
116/4 117/25 118/8 127/9
130/5 130/8 130/13 134/10
**accounting [1]** 35/24
**accurate [4]** 35/4 41/12 50/6
68/5
**accusing [1]** 119/18
**achieve [2]** 105/3 110/8
**achieved [1]** 105/3
**acknowledge [1]** 137/25
**acknowledging [1]** 138/2
**acquittal [3]** 22/7 23/9
89/22
**action [2]** 117/22 142/8
**activity [2]** 81/22 90/12
**acts [2]** 90/12 92/4
**actual [3]** 32/18 54/10
131/22
**actually [24]** 3/17 6/4 8/10
11/20 17/2 23/4 32/15 38/24
39/7 45/15 55/25 65/25 70/11
77/18 82/13 85/16 94/3 94/4
101/9 104/10 113/23 117/24
137/25 138/8
**adapted [1]** 99/3
**add [9]** 11/7 13/4 19/1 19/7
24/11 78/14 78/20 97/7 118/8
**added [3]** 28/6 78/25 101/4
**addition [3]** 17/16 43/5
133/14
**additional [15]** 11/14 15/16
16/11 16/21 17/14 19/14
20/13 20/23 21/7 24/4 24/10
28/6 96/20 130/15 138/15
**address [9]** 53/20 53/23 54/1
54/4 98/2 100/18 102/5 121/9
135/10
**addressed [6]** 8/4 10/15
122/24 122/25 123/3 123/5
**adduced [1]** 142/7
**adjust [2]** 6/20 6/20
**adjustment [2]** 83/23 84/9
**admissibility [2]** 10/20
15/21
**admissible [2]** 10/10 18/1
**admission [8]** 8/3 16/11 38/1
46/15 55/4 77/14 127/18
130/21

**admit [2]** 17/17 21/17
**admitted [5]** 16/9 16/13 23/1
28/14 28/16
**advantage [3]** 73/8 73/11
75/5
**advice [1]** 124/24
**advisement [1]** 97/1
**affect [1]** 60/1
**affected [1]** 94/21
**after [41]** 3/25 11/13 16/19
22/8 29/24 30/6 31/12 31/23
38/21 39/4 39/17 39/21 49/3
59/19 59/20 71/16 74/24 97/4
105/8 109/12 111/24 114/4
114/25 117/22 118/17 119/8
120/11 121/22 125/13 125/22
127/13 128/13 128/14 128/21
130/14 133/21 134/10 136/4
136/24 138/20 139/8
**afternoon [2]** 137/5 138/21
**again [43]** 4/22 6/24 14/16
15/19 18/7 20/16 20/24 26/18
28/9 39/19 41/20 48/5 48/14
48/24 49/8 49/10 49/16 54/24
55/12 55/22 57/11 58/8 64/5
66/12 73/22 87/10 87/24 89/3
90/24 95/2 95/14 99/14
100/13 100/23 117/8 119/3
119/5 119/8 126/12 126/12
136/21 136/23 137/9
**against [7]** 70/18 70/19
107/24 117/1 120/14 126/17
139/21
**agency [3]** 29/25 30/8 30/10
**agent [14]** 20/22 24/14 62/11
68/8 68/12 68/14 106/10
106/17 108/10 108/14 108/21
108/25 109/8 114/17
**agent's [1]** 108/1
**agents [23]** 24/7 24/9 24/13
36/21 36/24 40/15 60/7 61/5
61/8 62/6 91/9 91/10 91/12
105/16 105/18 107/6 107/13
107/14 112/6 112/9 112/17
113/8 116/9
**ago [1]** 101/7
**agree [10]** 4/9 5/7 5/21
10/16 12/10 13/4 15/17 40/6
40/16 40/16
**agreed [10]** 18/11 18/12
18/14 21/24 98/16 108/22
109/11 109/15 126/14 129/10
**agreeing [1]** 129/10
**agreement [5]** 16/8 28/5 90/8
91/8 91/11
**agreements [1]** 48/11
**ahead [15]** 37/22 38/10 45/14
47/11 50/9 50/10 56/3 56/6
57/8 76/5 99/18 122/20
127/23 129/4 134/16
**Airport [1]** 40/12
**Alex [2]** 115/11 115/15
**Alfasi [1]** 36/2
**all [64]** 3/24 4/13 6/20
11/10 12/12 12/17 14/23 15/5
16/5 16/21 18/5 18/11 18/14
20/4 23/1 37/4 37/6 38/24
39/23 47/17 48/6 48/14 48/25
49/11 49/15 50/3 52/1 54/4
54/14 59/2 62/19 63/6 90/24
95/4 96/6 97/14 102/2 104/1
111/24 111/25 114/7 115/23
115/25 116/1 116/4 117/4
117/11 117/24 124/16 126/25
127/11 127/15 129/17 130/3
130/11 132/3 133/6 133/18
133/25 134/11 134/23 136/10
140/2 141/12
**allegation [3]** 119/20 119/22

## A

allegations [1]   90:1
allocate [1]   5/3
allow [3]   7/1 46/5 140/22
allowed [14]   5/15 19/17
54/24 106/16 108/7 108/10
108/13 108/13 108/17 110/3
110/10 119/4 119/4 126/11
almost [1]   16/4 136/3
Alon [5]   78/3 79/13 79/16
79/18 79/22
along [7]   24/1 47/17 48/6
48/14 48/25 49/11 139/11
Alpha [2]   6/5 47/22
already [22]   7/23 19/11 20/7
28/7 49/24 54/15 61/4 75/5
77/12 77/16 79/24 80/18
82/12 100/2 109/11 109/12
110/16 111/20 118/12 130/20
130/25 140/19
also [42]   6/17 15/1 15/5
16/22 17/16 37/11 37/14
43/12 43/19 45/2 46/17 50/23
51/2 54/16 54/25 59/8 59/9
60/4 61/10 61/11 61/17 62/3
62/17 91/7 92/18 92/22 97/10
105/11 106/3 109/8 110/13
110/22 110/24 118/11 122/24
123/23 125/10 127/5 127/11
130/10 140/13 141/4
alternate [1]   26/18
although [9]   4/19 5/12 7/2
7/20 8/5 10/20 26/7 94/8
94/12
altogether [5]   34/6 37/2
39/24 40/22 41/6
always [7]   20/15 81/24
107/24 108/18 110/6 110/25
141/3
am [4]   5/13 48/24 67/13 74/7
AMERICA [2]   1/3 142/8
among [1]   136/23
amount [2]   109/22 116/17
Amy [4]   17/8 17/10 20/6
20/11
analyst [9]   58/22 60/8 60/9
61/11 61/17 61/17 62/1 62/2
62/12
analyze [2]   59/3 59/8
and/or [2]   7/23 58/10
Ann [1]   95/5
another [19]   4/2 17/9 18/3
30/10 31/5 42/22 50/21 59/11
65/4 95/25 120/15 120/22
121/21 123/5 132/14 133/16
136/14 137/16 137/19
answer [6]   25/21 25/23 59/13
121/15 122/2 122/18
anticipate [3]   20/3 21/9
24/24
any [55]   6/12 8/1 8/9 8/10
8/14 9/11 9/17 10/12 10/15
15/11 15/18 16/11 24/24 25/9
26/7 27/10 27/11 37/20 37/23
39/21 40/1 40/5 42/19 48/9
50/24 51/16 51/20 52/3 52/6
55/7 76/7 77/13 80/4 89/10
94/9 103/16 103/18 105/18
108/9 108/15 111/12 112/9
112/21 113/1 113/7 113/11
113/20 114/9 120/1 127/3
127/19 131/16 135/4 138/5
140/21
anybody [2]   40/6 88/15
anyone [1]   113/11
anything [22]   3/3 3/18 5/24
8/14 8/24 10/20 13/21 25/5
25/8 54/7 54/20 62/10 65/14
68/10 79/8 83/23 92/11 95/11
95/11 97/5 106/9 137/4
anyway [2]   22/5 131/1
anywhere [1]   30/7
apart [1]   90/5
APM [1]   135/9
apologize [1]   117/7
apologized [1]   117/7
appear [3]   3/24 123/21 133/4
APPEARANCES [1]   1/10
appears [1]   25/15
apple [1]   19/18
application [2]   90/1 92/7
apply [1]   116/21
applying [2]   9/24 90/21
appreciate [1]   141/15
appropriate [5]   19/5 24/20
26/19 27/13 121/12
approve [2]   70/20 109/13
approving [1]   95/25
approximate [1]   35/2
approximately [14]   30/4 30/5
33/1 33/15 34/3 37/3 65/19
67/5 74/10 76/16 89/13 104/7
104/8 119/11
April [3]   119/11 119/12
124/6
April 2016 [1]   119/12
Aquil [1]   95/6
are [126]   4/1 5/2 5/13 5/17
6/8 6/10 6/19 6/23 7/3 7/22
7/22 7/22 9/4 10/22 10/23
11/3 11/4 11/5 11/15 11/17
11/17 12/5 12/23 12/24 14/17
15/15 15/20 16/14 16/17
16/18 16/22 16/23 17/17
18/25 19/17 20/5 20/17 20/18
20/20 21/4 21/6 21/16 21/24
24/7 25/11 26/6 28/12 28/21
32/10 34/24 35/1 35/2 35/15
35/16 35/19 35/20 35/25 36/1
36/4 36/12 36/16 37/8 42/5
42/11 46/18 48/2 51/17 55/2
55/2 55/6 55/10 56/21 67/16
67/17 70/1 70/2 70/3 70/4
70/8 71/9 71/12 72/1 72/18
73/5 73/22 73/23 74/16 74/17
75/8 75/25 77/15 79/8 81/22
82/12 83/4 83/7 83/8 84/11
89/10 89/15 92/19 93/1 96/20
101/13 101/13 103/11 104/9
104/10 105/2 106/2 106/7
108/17 109/22 119/5 122/3
126/15 127/7 127/9 127/21
130/3 130/4 130/11 132/10
133/13 137/6 139/8
area [4]   136/14 136/16
136/17 136/18
aren't [2]   19/11 77/16
argue [1]   24/12
argument [10]   5/22 7/3 9/16
18/7 23/12 23/19 91/4 98/3
92/4 139/21
army [2]   30/2 30/4
around [2]   60/16 131/20
arrested [2]   40/13 40/15
arrived [1]   40/12
article [7]   16/25 17/2 17/23
17/25 18/2 18/5 18/7
articles [1]   17/5
as [101]   3/6 3/19 4/20 6/17
7/8 8/11 8/11 8/23 8/23 9/12
10/22 12/19 14/21 14/23
14/23 14/25 15/13 16/25
18/10 19/12 19/21 20/7 20/19
21/7 21/15 21/17 21/17 23/21
24/22 25/21 25/15 27/9 29/5
29/7 31/14 32/17 32/17 33/7
33/17 34/10 34/14 34/21
35/6 35/11 36/11 36/23 37/7

## B

back [35]   12/21 17/14 26/12
27/1 28/1 28/2 30/8 39/10
51/19 66/4 66/6 67/16 85/15
85/16 86/9 86/25 89/2 89/4
96/1 99/13 104/17 110/2

---

38/24 41/12 41/12 41/17 46/5
47/15 47/25 48/15 50/5 50/24
57/5 58/1 59/19 60/11
68/19 69/2 69/8 69/17 73/11
74/6 76/22 87/17 88/4 90/11
91/13 91/17 91/18 92/4 93/19
95/15 96/1 96/18 98/3 100/1
106/7 109/9 116/4 116/8
116/9 116/17 120/8 121/3
125/10 129/14 131/20 134/8
134/22 139/11 139/20 139/20
140/17 141/4 142/12
ASAP [2]   78/18 82/25
aside [1]   116/23
ask [39]   5/6 16/7 24/21 28/8
41/20 51/7 56/16 60/24 69/7
72/11 73/22 74/24 83/25
87/24 107/12 109/5 114/3
115/1 118/8 119/22 120/13
123/17 123/19 123/23 123/23
123/24 125/6 126/8 126/12
126/21 128/13 128/19 128/22
129/5 130/5 130/17 132/2
132/3 141/11
asked [17]   3/10 4/25 6/25
15/1 37/11 40/15 50/16 50/19
51/2 55/1 79/5 96/4 106/2
117/6 117/24 126/10 127/6
asking [14]   5/19 7/12 79/2
79/8 79/19 80/3 80/6 88/2
88/4 95/24 114/7 130/8 135/7
137/5
aspects [1]   104/1
asset [1]   56/23
assets [2]   56/20 59/8
assist [5]   50/17 50/20 51/3
51/7 60/20
assistance [1]   25/19
associated [1]   112/14
assume [2]   14/8 65/24
assumption [1]   12/16
ATKINSON [1]   1/12
attached [3]   55/19 56/1
132/10
attachment [1]   55/6
attachments [1]   132/16
attended [1]   61/12
attention [2]   85/11 119/15
Attorney [1]   14/23
attorneys [3]   5/2 6/9 7/14
attractive [4]   72/9 72/25
72/25 73/3
audio [2]   94/23 94/23
Austin [4]   50/1 52/13 125/9
126/6
authority [3]   50/24 52/6
133/8
authorization [2]   98/6
116/10
authorize [1]   113/11
available [6]   6/8 7/24 13/12
46/2 59/13 62/3
Avenue [1]   1/13
average [2]   74/11 75/21
Aviv [2]   29/19 44/9
avoid [1]   87/12
aware [10]   9/6 12/19 86/24
87/7 89/14 92/23 101/23
107/14 113/7 141/11
awareness [1]   93/14
away [4]   28/2 98/10 98/15
115/2

**B**

back... [13] 8 121/12 115/14
123/17 124/13 127/12 133/25
134/11 134/19 135/6 136/20
136/24 138/18 141/12
**background [4]**  60/7 61/25
113/1 113/2
**backup [1]**  142/14
**balance [1]**  130/13
**bank [10]**  30/11 30/13 30/13
30/15 30/19 31/4 107/9
107/10 111/16 135/6
**banking [1]**  135/13
**Bankins [4]**  1/21 142/3
142/19 142/20
**banks [1]**  30/17
**bar [1]**  5/3
**BARRY [1]**  1/17
**based [23]**  14/6 15/12 17/15
19/9 19/9 19/12 21/9 21/10
25/7 89/22 92/15 92/15 93/8
93/15 94/4 94/7 94/17 94/22
94/24 97/8 129/23 140/6
140/15
**basically [3]**  4/22 15/8
141/13
**basis [3]**  4/6 59/17 73/13
**BB [1]**  34/21
**be [138]**  3/17 5/15 7/1 7/2
8/4 10/13 14/14 15/20 15/21
15/24 16/2 18/16 19/22 19/24
20/4 21/8 22/6 23/1 23/18
24/12 24/14 24/17 25/3 25/7
25/13 25/17 25/20 25/21
25/22 25/23 26/14 27/1 27/2
27/8 27/9 27/10 27/13 28/1
31/11 33/12 34/22 35/2 37/11
38/17 40/16 41/12 45/12 46/2
49/5 50/19 56/10 59/4 62/11
63/9 63/11 64/8 65/1 65/17
67/5 67/9 67/11 67/17 68/5
68/9 69/8 69/9 69/24 72/4
74/6 74/13 74/19 75/8 75/16
75/21 76/11 76/21 77/3 77/4
77/12 79/19 81/7 81/11 82/8
85/9 85/12 86/24 87/6 88/1
88/5 88/19 88/25 89/6 90/6
90/10 91/17 91/20 91/21
91/24 91/25 92/7 93/18 93/22
95/5 96/5 96/6 96/7 96/14
99/17 101/20 103/24 105/2
109/20 110/10 117/25 119/5
119/25 121/13 127/8 127/8
127/10 128/20 128/22 130/13
136/20 137/2 137/17 137/18
137/19 138/18 139/7 139/9
139/12 139/12 140/11 140/16
141/8 141/8 141/13
**became [4]**  34/2 34/8 103/12
126/21
**because [49]**  7/1 12/5 13/19
15/18 19/2 19/23 23/12 26/7
51/8 51/19 54/14 62/15 63/15
73/23 75/5 75/9 84/12 84/13
85/1 86/20 87/20 94/16 98/10
101/10 101/25 104/24 105/25
106/1 107/21 110/12 114/8
117/12 117/17 117/20 120/25
124/1 125/6 126/11 127/14
130/9 134/3 134/9 135/2
135/6 135/6 135/15 135/24
137/9 140/18
**been [68]**  3/19 4/11 4/14
4/21 7/9 7/10 7/23 11/25
13/12 29/5 29/6 33/13 34/6
34/20 38/13 41/5 41/8 41/8
41/16 46/12 49/7 54/14 54/25
54/25 62/16 72/24 76/17
82/20 86/24 89/25 90/3 90/7
91/8 91/10 91/15 92/16 93/16
94/5 96/11 97/10 97/15 97/16
97/18 106/2 106/6 108/5 108/6
108/5 110/21 110/22 111/25
117/20 118/12 119/17 121/23
124/18 125/18 125/23 129/5
129/7 129/19 129/23 131/9
131/11 131/15 131/23 135/12
135/15 137/14
**before [37]**  1/8 3/7 4/1 6/5
8/10 9/3 10/11 12/25 15/18
16/7 16/16 16/17 18/20 19/23
20/25 21/4 23/13 27/18 33/13
34/4 39/1 48/18 70/25 83/12
85/10 89/8 99/21 109/2
109/10 117/21 130/1 132/2
134/2 137/4 138/20 140/7
141/4
**beginning [4]**  58/23 114/24
126/3 126/4
**behalf [8]**  2/3 29/5 53/6
53/19 58/10 116/2 133/8
135/20
**behind [2]**  26/6 26/17
**being [12]**  5/9 6/23 7/22
9/12 22/14 26/15 39/7 41/4
87/18 87/23 119/10 134/11
**believe [24]**  3/3 17/9 56/9
63/5 79/4 80/18 81/18 81/19
82/12 85/3 87/20 93/6 93/25
95/3 103/21 104/2 104/5
104/7 104/24 105/9 105/12
106/20 107/12 132/5
**belong [3]**  57/25 115/9
120/23
**below [2]**  63/11 100/25
**benefit [1]**  51/14
**Berdeaux [4]**  131/18 132/19
133/23 134/21
**Berdeaux's [1]**  132/13
**best [2]**  6/21 142/14
**better [10]**  4/14 9/15 103/12
104/22 104/23 105/2 105/5
122/12 139/22 140/11
**between [12]**  20/10 33/9
36/17 49/20 59/1 89/11 91/9
91/11 104/7 104/15 104/15
113/24
**Big [32]**  42/2 42/4 42/13
43/12 44/2 44/17 44/24 47/21
47/24 48/16 48/18 48/19
48/19 49/7 49/8 49/12 53/8
53/19 57/17 57/18 57/25
58/14 81/1 87/1 87/4 100/18
103/2 103/5 106/6 109/6
112/13 112/14
**Bigelman [2]**  16/23 36/2
**bigger [2]**  65/11 65/12
**biggest [1]**  30/16
**binary [98]**  6/6 6/10 7/15
31/24 32/5 32/19 41/18 41/24
42/2 42/4 42/5 42/12 43/12
43/13 43/15 43/20 44/2 44/3
44/17 44/18 44/22 44/24
47/21 47/22 47/24 47/24
48/15 48/21 49/8 49/12 53/6
53/12 53/13 53/19 53/21
53/24 54/2 54/5 54/9 54/10
54/11 54/17 57/18 58/1 58/13
58/23 62/22 63/16 63/18
63/20 63/21 63/24 63/25 64/3
64/6 64/11 64/15 64/18 65/18
65/21 66/3 66/10 66/12 66/7
67/3 67/4 67/25 68/3 68/5
68/8 69/8 69/13 71/9 95/17
103/2 103/5 103/24 106/6
109/5 112/12 112/14 112/15
113/12 113/12 114/12 116/2
**116/9 116/10 127/13 133/9
133/12 133/16 135/7**
**biography [2]**  105/19 105/23
**bit [5]**  14/19 15/9 89/1
113/1 141/3
**bite [1]**  19/17
**Bitton [6]**  55/15 55/17 56/3
94/11 94/13 106/22
**blanket [1]**  16/1
**block [1]**  54/2
**blow [1]**  78/23
**Bob [6]**  86/11 86/12 100/4
100/7 100/8 101/14
**body [1]**  47/11
**bogged [1]**  23/13
**bonus [33]**  108/22 108/23
109/2 109/19 109/20 109/21
109/22 109/24 109/25 110/4
110/9 110/12 111/19 111/23
111/23 111/25 112/3 116/5
116/6 116/17 116/21 116/25
117/13 117/13 117/21 117/25
118/8 118/12 118/15 126/11
127/10 130/5 130/12
**bonus-wise [1]**  117/13
**Book [80]**  6/10 7/15 42/2
42/4 42/13 43/12 44/2 44/17
44/24 47/21 47/24 48/15
48/19 48/21 48/21 49/7 49/8
49/12 53/6 53/12 53/14 53/19
53/24 54/2 54/5 54/9 54/10
54/11 57/17 57/18 58/1 58/13
58/24 63/16 63/18 63/20
63/21 63/24 63/4 63/6 64/6
64/11 64/15 64/18 65/3 65/6
65/9 65/14 65/18 65/21 66/3
66/10 66/12 67/2 67/3 67/21
67/24 67/25 68/3 68/5 68/9
68/13 71/7 95/17 93/2 103/5
106/6 109/5 112/12 112/14
113/9 113/12 114/12 116/2
116/9 116/10 127/13 133/9
133/12 135/7
**Book.com [1]**  53/21
**born [1]**  29/18
**boss [3]**  35/10 52/11 120/7
**both [9]**  6/16 13/19 14/16
36/13 46/3 46/4 46/10 86/12
118/1
**bottom [5]**  47/1 55/14 77/19
85/17 111/5
**bought [1]**  64/23
**boxes [2]**  35/16 60/14
**boyfriend [2]**  115/11 115/20
**brain [1]**  98/14
**branded [1]**  42/8
**brands [7]**  43/13 43/16 43/20
44/3 44/18 44/22 47/24
**break [18]**  10/25 11/6 23/15
23/24 70/21 70/23 88/20
88/24 89/1 89/8 99/21 136/15
136/20 137/13 138/20 138/20
140/22 140/23
**Brian [2]**  46/20 82/13
**brief [1]**  139/9
**briefly [3]**  12/9 92/13 97/25
**bring [2]**  24/2 126/22
**broker [6]**  47/21 47/23 47/25
55/1 65/4 106/2
**brokers [2]**  48/12 48/15
**brought [2]**  57/13 90/25
**Bryant [1]**  95/6
**Buckley [11]**  125/1 125/3
125/3 125/5 125/8 125/14
125/16 125/17 125/25 126/3
128/15
**burden [1]**  3/16
**Burton [1]**  95/6

**B**

**business [8]** 76/7 76/19
30/24 35/14 42/7 51/12 51/13
86/4
**buy [8]** 63/7 63/12 63/14
64/1 64/7 71/2 74/4 74/24

**C**

**Caesarea [1]** 37/4
**CAITLIN [1]** 1/11
**call [20]** 20/7 25/2 28/21
28/23 51/23 53/5 53/13 63/9
63/14 64/7 70/16 71/2 72/18
72/24 74/4 74/16 74/24 120/8
135/2 139/5
**called [25]** 29/5 32/2 36/5
36/9 36/10 42/23 43/24 44/19
56/12 74/1 78/5 90/18 95/4
110/24 113/15 119/14 119/21
120/7 120/23 123/15 123/18
132/2 133/4 134/3 135/9
**calling [3]** 24/24 32/12
53/19
**calls [4]** 53/6 94/24 134/6
136/8
**came [6]** 18/13 59/16 69/15
102/18 110/13 119/14
**can [84]** 6/21 8/23 10/24
15/19 22/13 23/25 23/25
25/25 26/8 26/10 26/12 26/18
27/20 27/21 37/13 37/22
38/10 41/20 45/14 46/20
48/23 49/15 49/16 50/9 51/8
55/25 56/15 56/25 59/9 60/24
61/3 64/5 70/18 70/19 70/21
70/23 72/3 72/4 72/19 74/23
74/25 76/3 78/22 82/2 82/13
84/13 85/16 87/24 88/9 89/7
89/18 91/21 99/14 100/23
102/10 103/10 103/12 103/13
104/7 104/9 106/4 108/2
110/6 110/15 111/1 111/2
111/5 111/16 111/24 117/5
118/21 119/3 120/10 122/2
122/14 122/15 126/22 127/12
136/14 137/3 139/10 140/10
141/11 141/15
**can't [5]** 5/10 21/20 102/23
109/16 137/17
**cancel [7]** 70/18 70/19 70/19
71/19 72/18 72/19 73/5
**cancellation [2]** 79/5 83/16
**cannot [13]** 57/6 75/5 75/7
81/24 88/13 103/1 104/13
105/7 106/24 107/1 110/8
133/10 135/10
**capacity [3]** 39/11 51/19
142/6
**care [1]** 101/17
**carefully [2]** 101/13 129/6
**carryover [1]** 139/12
**case [35]** 5/4 5/16 12/6 16/9
16/24 19/5 19/8 19/9 19/10
19/21 19/22 19/24 20/8 20/17
20/20 24/9 24/23 28/3 28/19
28/21 46/14 89/3 90/10 90/14
90/18 90/18 90/19 90/25 94/1
94/15 102/19 108/18 136/23
141/4 142/7
**cases [1]** 97/1
**categories [1]** 19/15
**category [4]** 3/20 11/18
12/14 76/14
**caused [1]** 96/13
**caution [1]** 8/8
**cc [1]** 101/14
**cc'ed [3]** 16/22 17/7 18/14
**center [3]** 32/4 51/24 53/5
**cents [1]** 75/2

**CEO [23]** 34/2 34/4 34/8
34/14 35/6 35/15 35/18 36/23
39/11 39/17 39/19 41/9 42/17
42/19 50/24 52/9 60/16
123/11
**ceremony [1]** 6/19
**ceremony-type [1]** 6/19
**certain [3]** 25/1 95/19 95/19
**certainly [7]** 3/14 15/22
17/23 25/21 93/7 98/4 137/7
**CERTIFICATE [1]** 142/1
**certified [1]** 25/14
**certify [2]** 142/5 142/11
**chain [10]** 5/20 6/25 7/11
82/14 83/18 85/17 85/21
124/18 124/22 124/23
**chair [1]** 26/10
**chairs [5]** 26/6 26/9 26/12
26/14 27/18
**chance [1]** 97/5
**chances [3]** 75/7 102/12
102/15
**change [2]** 71/24 102/11
**changed [1]** 99/1
**changes [1]** 59/22
**changing [3]** 59/21 59/24
59/24
**character [2]** 139/2 139/8
**charge [3]** 35/13 85/24 86/4
**charged [2]** 95/15 135/22
**charging [1]** 140/17
**chart [13]** 34/21 35/4 35/8
41/17 41/23 41/24 42/1 42/20
43/7 49/16 49/19 60/15 86/3
**cheating [1]** 80/13
**check [8]** 70/3 78/18 79/7
82/2 85/13 114/4 123/24
123/25
**checked [1]** 79/4
**checking [2]** 72/4 80/1
**Cherrywood [1]** 1/22
**chief [4]** 19/21 19/22 20/17
20/20
**chiefs [1]** 102/1
**children [4]** 106/11 106/12
106/18 106/18
**choose [3]** 64/20 70/20 74/16
**choreographed [1]** 6/18
**Christianson [1]** 20/7
**CHUANG [1]** 1/8
**Circuit [1]** 90/18
**circumstances [4]** 3/12 4/24
99/1 113/25
**cite [1]** 90/24
**cited [2]** 94/1 97/1
**claim [3]** 32/14 57/13 135/19
**claimed [1]** 114/5
**claiming [1]** 113/8
**claims [1]** 114/25
**clarify [5]** 8/13 27/8 61/3
121/8 121/22
**classes [3]** 30/20 30/23 31/1
**Clawed [1]** 12/21
**clear [6]** 3/15 10/6 10/17
21/8 93/6 129/10
**clearly [3]** 5/17 5/18 6/4
**clerk [3]** 26/5 27/20 29/6
**client [95]** 12/2 33/8 53/17
57/15 57/22 57/23 57/25
57/25 58/1 58/10 60/20 63/1
64/6 68/9 68/13 68/14 69/2
69/2 69/15 69/17 69/17 70/10
70/13 70/18 70/24 74/1 74/6
74/14 76/9 79/12 80/4 81/4
81/6 81/8 81/10 81/10 81/19
83/9 85/5 87/5 88/12 88/16
102/10 102/22 102/24 103/2
103/5 103/8 103/17 108/4

108/14 108/15 108/22 108/22
109/1 109/2 109/10 110/6
110/24 111/4 111/18 111/19
111/23 112/2 114/2 114/10
114/13 114/16 114/25 116/4
117/11 117/16 117/19 117/20
117/24 118/7 118/14 118/18
119/1 119/6 120/2 124/7
126/4 126/8 126/9 126/10
126/22 127/8 127/12 129/5
129/8 130/3 130/5 130/9
130/13
**client's [1]** 127/10
**clients [24]** 33/18 34/15
40/2 40/6 57/24 58/2 58/5
58/6 60/9 61/9 61/10 61/14
62/4 76/16 81/1 94/7 95/22
104/2 104/5 104/22 105/3
105/4 106/5 112/18
**close [5]** 110/2 127/7 130/2
130/11 141/1
**closer [2]** 79/21 80/1
**co [5]** 16/24 91/17 91/21
96/4 98/9
**co-conspirator [4]** 16/24
91/17 91/21 96/4
**co-conspirators [1]** 98/9
**Cohen [12]** 35/12 35/12 37/12
37/14 49/5 86/2 86/18 87/10
87/12 87/17 88/1 128/8
**Cohen's [1]** 88/6
**college [2]** 31/8 31/9
**colleges [1]** 31/13
**Collin [9]** 86/11 86/12 86/15
100/4 100/7 100/8 101/14
101/18 101/24
**Collin's [1]** 102/5
**combination [1]** 137/22
**come [22]** 29/10 32/21 33/10
39/10 40/9 59/1 64/14 68/18
68/25 73/22 77/6 79/6 89/11
89/15 91/10 99/13 100/23
105/23 119/8 119/15 138/4
141/12
**come again [1]** 73/22
**comes [1]** 27/18
**comfortable [1]** 106/7
**coming [6]** 15/5 60/9 78/12
101/8 109/12 128/2
**comment [2]** 8/14 9/25
**commenting [1]** 27/11
**comments [2]** 12/16 13/4
**commission [7]** 65/16 65/17
65/20 66/11 67/23 68/15
119/7
**commit [1]** 83/9
**communicate [2]** 53/24 88/15
**communication [1]** 6/3
**communications [1]** 6/9
**companies [19]** 41/18 41/24
42/5 42/9 42/10 44/1 44/5
47/23 47/25 48/3 49/20 49/24
49/25 51/3 51/7 51/17 58/14
58/14 109/7
**company [39]** 6/5 31/14 31/24
32/1 32/2 32/3 32/5 34/6
39/24 42/19 42/22 43/23
44/11 44/12 45/6 45/7 45/12
47/16 47/18 47/21 48/9 50/3
50/14 50/21 54/11 58/11
65/22 78/8 82/20 83/5 100/11
107/25 110/13 110/22 118/4
119/14 126/17 133/16 135/8
**comparable [1]** 7/23
**complaining [2]** 6/9 120/5
**complaint [5]** 21/24 114/2
114/5 114/15 114/16
**complaints [1]** 7/15
**complete [5]** 20/12 21/12

**C**

complete [2] 131/20 137/4
139/14
completed [3] 28/19 30/6
98/7
completely [1] 9/10
compliance [9] 86/23 87/1
91/15 91/16 92/3 95/14 95/19
95/24 96/17
compliant [1] 51/14
compliant-wise [1] 51/14
complicated [1] 38/5
complied [1] 106/20
computer [13] 70/17 86/14
100/9 102/1 115/2 115/3
115/3 115/6 115/23 117/3
117/3 117/4 132/24
computers [2] 115/8 115/9
concepts [2] 4/21 15/9
concern [1] 88/6
concerned [2] 18/9 88/1
concerns [1] 91/14
conclude [2] 70/6 70/9
concluded [1] 141/17
concludes [1] 73/16
conclusion [1] 69/15
condition [7] 83/23 84/7
85/6 110/14 116/5 117/11
118/13
conditions [20] 17/12 60/1
84/4 84/15 84/25 109/1 109/6
109/11 109/13 109/15 109/17
109/18 112/12 112/19 112/23
116/20 116/25 117/13 117/16
118/9
conducted [1] 40/24
conference [1] 11/9
conferences [1] 140/18
conferred [21] 31/18 36/11
36/15 40/25 51/11 61/1 67/15
68/21 69/21 73/21 76/6 87/19
104/14 106/25 113/18 118/3
118/20 119/2 120/19 124/17
129/9
confirmation [3] 91/18 92/1
127/11
confirmations [1] 95/22
confused [2] 78/4 124/9
connected [1] 110/23
consider [4] 13/16 73/7 73/8
73/13
considered [1] 90/6
consistent [3] 49/10 49/19
112/18
conspiracy [9] 89/24 90/4
90/22 91/19 92/2 92/6 93/18
96/8 96/8
conspirator [4] 16/24 91/17
91/21 96/4
conspirators [1] 98/9
constitute [1] 142/12
consumer [1] 56/19
contained [1] 93/4
CONTENTS [1] 2/1
context [5] 10/15 11/7 49/4
96/21 113/22
continuance [2] 3/12 15/1
continue [2] 80/1 91/3
continuing [1] 59/25
contract [21] 113/16 113/21
114/4 114/22 115/7 115/23
116/8 116/10 116/23 117/2
117/10 118/18 119/1 119/10
119/13 126/5 132/12 132/23
133/4 133/8 133/18
contracts [3] 43/15 43/20
48/15
contractual [1] 116/11
control [2] 14/21 88/13

conversation [5] 117/6
117/15 117/18 117/19 140/1
conversation-wise [1] 51/13
convey [1] 83/7
convinced [1] 117/20
copied [3] 85/18 86/15 121/3
copies [2] 128/6 128/8
copy [5] 34/25 86/7 86/18
114/14 131/22
copying [1] 100/4
correct [49] 14/4 22/1 22/6
23/5 24/8 31/20 36/6 41/19
42/15 42/24 43/5 43/8 43/10
47/9 47/10 48/3 48/4 48/12
48/13 48/17 49/13 50/22
60/16 61/2 62/9 64/4 68/11
71/14 71/17 84/19 84/24
85/18 87/10 87/15 87/16
94/18 96/16 96/18 97/21
97/22 97/24 100/19 100/20
100/22 101/6 128/4 129/23
132/20 139/2
correctly [4] 45/23 126/6
126/24 127/6
correspondence [1] 94/22
corresponding [1] 45/24
corroborated [1] 99/6
Corsetty [10] 95/8 97/7 97/9
97/12 97/17 97/20 98/7 98/10
98/25 99/8
cost [1] 65/21
COTTINGHAM [4] 1/11 16/15
28/8 97/7
Cottingham's [1] 12/16
could [30] 7/7 10/8 15/1
17/22 19/19 22/21 24/12
24/17 61/14 70/13 80/14 88/1
89/9 89/9 94/6 94/6 96/11
97/6 97/14 102/21 102/24
103/2 103/5 103/8 105/24
108/21 116/13 137/18 138/4
139/23
couldn't [5] 51/20 80/4
109/14 117/17 135/5
count [15] 10/4 22/8 89/21
89/24 89/25 91/14 91/14
95/12 95/14 95/16 97/8 97/18
97/20 97/20
countries [2] 7/18 93/7
counts [1] 23/9
couple [7] 3/2 48/23 49/3
75/2 75/10 89/23 141/13
course [22] 25/5 27/14 50/8
53/22 53/25 80/16 90/5 92/19
92/23 95/18 96/3 96/21 97/3
98/3 98/10 98/17 98/25 99/6
108/7 108/24 109/8 111/10
court [30] 1/1 1/21 1/21 3/7
3/15 3/17 3/22 3/23 6/11 9/5
10/6 10/10 10/12 12/7 12/19
23/21 24/5 24/14 24/16 25/8
40/19 46/2 90/13 90/14 96/22
140/4 142/3 142/4 142/9
142/20
Court's [4] 11/12 29/8 45/21
90/23
cover [2] 18/6 56/1
create [3] 8/1 51/13 105/24
created [1] 119/25
creating [1] 92/4
Criminal [2] 1/3 142/8
CRM [1] 83/13
cross [7] 20/5 20/16 20/19
20/22 21/7 21/19 22/4
cross-examination [1] 20/22
cross-examining [1] 20/16
cross-exhibits [1] 20/19
cull [1] 46/20

currencies [2] 31/19 31/21
current [1] 60/1
customer [6] 31/13 53/24
54/8 54/10 68/19 68/20 73/20
73/20 74/7 78/17 79/19 95/20
131/11 131/16
customer's [1] 82/4
customers [3] 32/11 91/11
112/14

**D**

D.C [2] 1/13 1/19
daily [1] 60/4
Dan [2] 123/15 125/6
Daniel [8] 125/1 125/2 125/3
125/5 125/8 125/17 125/25
126/3
date [9] 10/15 25/6 38/15
38/17 39/7 64/20 64/24 74/24
97/13
David [3] 55/15 55/17 56/3
day [8] 4/2 33/9 38/22 60/2
97/3 138/22 142/9 142/16
days [7] 7/9 10/3 10/4 12/24
28/2 38/19 100/12
DCF [1] 91/18
deal [5] 7/15 7/16 7/21 58/2
139/23
dealing [3] 56/19 58/5
137/23
deals [2] 7/14 7/14
dealt [1] 31/14
decide [5] 7/5 10/18 23/25
24/17 27/20
decided [2] 14/23 14/24
decision [8] 7/7 9/13 69/7
69/9 69/10 69/11 70/5 80/2
decisions [1] 10/19
decreased [1] 75/6
deducted [1] 111/25
defendant [12] 1/6 1/16
11/21 11/25 12/5 16/22 18/6
18/15 21/10 24/25 96/14 98/9
defendant's [3] 16/20 17/15
93/14
defense [37] 2/3 3/3 3/16
3/22 4/3 4/25 5/1 5/10 6/13
6/24 8/1 9/16 9/18 11/24
12/20 13/7 13/12 13/14 15/3
15/10 15/11 15/14 16/8 19/4
19/10 20/6 20/7 20/8 20/9
20/12 20/21 24/12 28/20 29/5
89/21 98/15 98/17
defense's [2] 16/17 21/10
defensively [1] 13/17
definitely [6] 6/22 54/16
66/23 102/11 105/15 132/25
defraud [2] 40/2 40/6
defrauded [2] 98/8 135/16
defrauding [3] 119/24 119/25
134/2
degree [2] 4/16 6/16
degrees [1] 107/7
deleted [2] 117/4 117/5
denied [1] 114/23
deny [1] 6/1
department [14] 1/11 35/21
35/23 35/23 35/24 35/24
35/25 85/25 86/22 86/23
91/15 91/16 92/3 95/24
departments [1] 35/17
depends [1] 89/11
depict [1] 41/23
deposit [8] 78/18 91/18 92/1
95/25 110/2 110/2 111/11
111/24
deposited [1] 63/22
deposits [1] 92/21
Deputy [1] 29/6

**D**

derail [1] 83/3
Derrick [1] 82/5
described [1] 55/19
designate [6] 68/19 69/1 69/5 69/8 69/16 69/19
designated [3] 76/21 96/18 96/20
desk [3] 86/13 100/9 102/1
desktop [1] 115/5
details [5] 120/25 127/11 127/15 135/6 135/11
developed [1] 20/9
devote [1] 138/5
dictate [1] 103/18
did [197]
didn't [34] 3/8 13/23 15/25 32/15 41/20 51/7 73/24 79/6 79/7 87/18 95/8 105/4 106/11 106/14 106/18 107/7 107/8 107/13 114/6 114/13 114/24 116/5 116/20 119/6 125/21 126/19 133/19 135/1 135/4 135/4 135/6 136/14 137/10 138/5
difference [1] 76/7
different [16] 7/13 8/3 10/2 13/2 35/16 35/16 42/10 44/11 44/12 45/7 48/12 56/10 74/6 132/22 132/25 133/1
difficult [1] 4/23
difficulty [1] 6/15
digest [1] 9/17
direct [9] 2/5 8/11 16/20 29/16 89/12 89/14 99/17 137/8 138/1
directed [2] 91/16 94/4
direction [3] 70/19 70/20 96/14
directly [12] 5/23 29/12 33/8 33/18 34/15 37/7 53/2 60/9 92/20 94/22 95/10 96/9
director [1] 123/11
disclose [1] 32/11
disclosure [1] 56/22
Discount [4] 30/11 30/13 30/19 31/4
discovered [1] 125/22
discuss [11] 3/2 8/9 24/4 89/3 89/9 89/9 89/10 136/23 137/4 140/9 140/10
discussed [1] 6/7
discussing [1] 88/25
discussion [8] 10/25 15/18 140/15 140/17 141/5 141/6 141/6 141/7
discussions [1] 128/15
dismiss [1] 91/1
disruptive [1] 27/2
DISTRICT [6] 1/1 1/1 1/9 1/21 142/4 142/4
dive [1] 28/2
diverting [1] 14/10
divide [1] 5/9
DIVISION [1] 1/2
do [143]
document [20] 4/22 6/2 10/14 11/20 17/9 25/1 25/7 27/9 27/12 38/12 45/16 45/22 47/12 56/8 110/18 111/3 114/11 114/14 115/6 124/20
documents [64] 3/4 3/8 3/14 3/17 3/23 4/2 4/4 4/5 4/17 5/12 5/25 6/11 6/23 7/20 7/24 8/6 8/17 9/21 10/3 10/5 10/12 11/4 11/10 11/16 11/17 12/2 12/4 12/13 12/17 12/20 12/21 12/22 13/7 13/9 13/12 13/16 14/5 14/13 15/6 15/12

**Middle column top:**

15/14 15/16 15/18 15/23 16/12 17/7 17/22 21/19 21/21 26/12 34/7 34/16 37/1 45/11 46/11 94/9 114/9 129/6 130/1 131/22 132/3 132/10 137/24 138/5
does [32] 4/4 7/15 7/16 7/21 14/2 16/10 23/24 25/18 41/22 41/23 65/14 66/3 71/22 71/24 72/7 72/23 72/24 73/12 75/1 75/2 75/24 75/24 76/11 78/24 81/3 91/20 128/10 129/25 131/5 139/21 139/22 140/14
doesn't [6] 8/1 19/4 81/4 81/7 81/11 84/16
doing [16] 9/7 10/7 14/12 24/15 33/2 46/12 51/21 59/6 80/12 81/9 103/11 104/23 119/19 121/23 122/3 138/13
dollar [6] 64/7 64/24 65/18 66/1 67/14 72/9
dollars [14] 63/2 64/2 64/8 64/14 64/18 65/2 65/20 66/3 66/6 66/8 72/24 75/17 133/25 136/5
domestic [1] 89/25
Don [3] 131/18 132/12 132/19
don't [79] 3/3 4/9 4/23 4/24 5/14 6/12 7/11 9/9 9/13 9/17 9/23 9/24 12/22 14/4 14/7 14/13 14/19 15/11 15/25 16/5 18/17 20/12 21/11 21/19 21/20 21/22 22/10 22/12 24/4 24/24 25/10 26/7 26/7 31/19 32/20 38/2 42/21 44/14 55/3 61/23 66/16 69/18 71/19 80/5 82/12 84/5 85/1 85/8 87/20 88/9 89/1 89/3 89/17 93/17 94/8 94/10 97/10 97/13 100/15 101/8 103/10 115/14 115/25 121/12 121/13 122/3 122/13 125/22 134/6 136/19 136/20 136/23 137/5 137/17 139/17 139/24 140/15 140/21 141/7
done [6] 6/21 25/16 45/23 116/14 138/13 140/19
door [2] 16/6 110/25
down [11] 22/21 23/13 48/23 50/9 65/25 70/21 70/23 72/16 72/22 73/2 111/5
download [1] 62/18
draw [1] 7/19
duly [1] 29/6
duplicates [1] 5/13
during [21] 29/10 35/5 36/23 40/1 40/5 57/14 57/22 58/9 68/17 68/25 71/22 71/24 72/2 72/5 72/8 72/17 72/23 73/1 75/21 97/3 113/14
DYCK [4] 1/12 46/8 130/22 138/21

**E**

each [4] 22/7 23/9 35/16 89/21
ear [1] 26/16
earlier [11] 4/14 6/18 13/4 14/1 15/6 90/2 90/16 94/13 132/24 133/2 141/3
early [3] 139/16 140/1 141/12
easier [1] 60/24
easily [1] 19/19
economic [1] 30/24
educated [1] 59/2
education [6] 60/19 61/5 62/4 103/11 104/24 105/8
effect [2] 95/17 97/16

effective [2] 38/17 38/19
efficiency [2] 21/15 21/17
efforts [3] 49/7 138/3 140/2
eight [3] 5/12 7/13 9/21
either [13] 3/16 4/25 6/8 7/16 10/25 23/25 26/17 37/6 53/2 66/15 69/8 116/9 138/19
Elad [2] 16/23 36/1
ELBAZ [46] 1/5 2/4 9/4 11/11 13/9 13/21 15/25 16/10 17/8 20/4 20/10 22/1 25/19 26/15 28/24 29/4 29/15 29/18 34/23 40/1 41/19 45/23 46/5 46/23 55/12 56/11 56/25 58/18 60/11 62/21 68/17 89/7 91/9 91/12 91/16 92/22 93/3 93/7 99/18 112/25 121/20 121/23 122/11 137/3 139/8 142/8
Elbaz's [2] 27/11 29/10
else [8] 10/20 40/6 65/10 88/15 93/21 95/11 97/5 127/14
email [76] 18/6 47/1 49/18 49/23 50/4 53/20 53/23 54/1 55/5 55/6 55/14 56/1 59/7 77/19 78/4 78/5 78/8 78/11 78/11 78/13 78/23 79/2 79/19 79/23 80/21 80/21 81/3 82/1 82/14 82/16 82/25 83/5 83/12 85/15 85/17 85/18 85/20 87/9 87/13 87/23 88/14 95/14 95/18 96/17 97/14 99/8 100/3 100/3 100/13 100/17 100/21 100/24 100/24 101/8 101/16 101/18 101/24 102/5 121/10 121/10 123/20 124/21 127/2 127/5 127/6 128/2 128/14 130/14 130/18 131/4 131/8 131/20 131/21 131/21 132/7 132/11
emails [6] 17/1 101/24 102/4 115/5 117/6 135/5
employee [23] 39/14 48/6 48/8 50/12 50/17 50/20 52/19 52/23 53/13 53/14 54/8 59/9 79/16 80/24 80/25 100/6 110/21 110/23 112/21 113/12 124/11 124/19 125/18
employees [19] 32/8 32/11 32/14 32/17 33/1 36/21 37/1 37/6 48/2 50/6 50/25 52/3 52/7 54/18 59/2 95/18 112/10 114/7 124/15
employer [1] 54/10
employment [2] 40/1 40/5
enabled [1] 96/2
end [11] 3/9 18/11 38/24 57/14 57/22 57/23 57/24 57/25 58/10 97/4 103/22
endeavored [1] 8/23
ending [1] 8/6
engaging [1] 81/8
Englert [1] 1/16
English [23] 38/4 40/24 45/22 45/24 46/4 55/13 55/23 56/14 57/9 57/10 57/11 66/14 78/1 78/2 78/25 104/12 106/1 113/5 122/2 122/12 122/15 123/22 131/3
enough [1] 139/12
enter [1] 133/8
entered [1] 98/10
entire [2] 29/20 92/3
entirely [1] 40/24
entitled [2] 23/21 67/14
envisioning [1] 137/6
episode [1] 97/23
equity [2] 127/9 130/4
equivalent [1] 56/25

| E | | |
|---|---|---|

**ESQUIRE [5]** 8/18 1/16 1/17 1/17 1/17
**essential [1]** 56/23
**essentially [1]** 92/3
**estimated [1]** 138/15
**ETTINGER [7]** 1/17 3/5 23/10 89/18 94/1 96/16 97/5
**Ettinger's [2]** 92/14 98/3
**evaluating [1]** 90/15
**even [32]** 3/25 4/23 5/23 9/18 12/4 13/14 13/17 14/5 15/9 21/16 24/12 26/17 26/22 50/2 50/17 50/20 61/11 74/5 94/16 95/8 97/15 101/7 102/22 107/13 111/23 113/4 116/12 116/13 119/6 130/6 133/10 133/19
**event [3]** 77/13 124/18 124/22
**events [1]** 124/23
**ever [13]** 39/19 40/2 48/8 52/19 60/22 68/12 109/5 109/10 112/9 112/21 113/11 113/14 119/8
**every [14]** 25/20 25/21 26/22 59/6 59/18 59/23 60/2 76/13 89/21 92/1 109/8 110/21 111/12 135/8
**everybody [4]** 92/4 110/25 115/1 141/11
**everyone [7]** 27/25 47/14 99/16 114/25 115/1 138/11 139/24
**everything [7]** 25/16 49/18 66/15 124/21 128/12 133/3 134/20
**evidence [37]** 8/11 10/24 38/7 45/19 46/11 46/19 55/10 77/16 80/19 82/12 89/22 89/25 90/3 90/8 91/8 91/10 91/16 92/8 92/16 93/10 93/13 94/9 94/12 94/18 95/7 97/10 97/16 98/5 100/2 110/16 127/17 127/22 130/20 130/20 131/1 132/5 140/7
**evidentiary [2]** 89/10 89/15
**exact [3]** 5/13 14/11 27/21
**exactly [11]** 14/25 31/22 63/2 71/24 76/15 98/23 106/23 124/6 127/15 130/17 131/9
**examination [6]** 2/5 16/20 20/22 29/16 99/17 138/1
**examinations [1]** 138/14
**examined [1]** 29/7
**examining [1]** 20/16
**example [21]** 9/4 9/13 20/6 20/10 20/13 20/22 21/12 24/25 32/6 45/25 53/12 59/22 62/24 63/14 64/23 70/25 71/8 73/25 74/17 107/8 108/3
**excellent [2]** 83/22 84/15
**exchange [2]** 31/19 88/14
**excuse [5]** 16/17 94/23 99/5 100/23 129/21
**excused [2]** 89/5 137/1
**exhibit [24]** 16/20 16/25 17/5 17/12 21/10 22/17 25/15 37/19 80/17 80/18 95/15 95/23 95/23 96/17 96/22 96/23 96/23 96/23 98/6 99/6 100/2 127/21
**exhibits [31]** 16/8 16/18 16/21 17/15 18/10 18/11 18/23 19/1 19/7 19/12 19/14 19/14 19/18 19/20 20/4 20/5 20/9 20/11 20/13 20/16 20/19 21/5 21/11 21/24 22/16 28/6

28/12 28/12 92/19 96/20 97/2
**existed [1]** 110/22
**exodus [1]** 30/9
**expect [2]** 112/6 112/17
**experience [2]** 32/14 107/8
**experienced [7]** 58/22 60/9 61/16 61/17 61/25 62/2 62/12
**expert [2]** 61/11 139/5
**expiry [3]** 64/20 64/24 74/24
**explain [12]** 59/22 70/22 76/3 105/25 109/1 112/13 112/17 112/21 116/20 123/23 130/18 133/20
**explained [13]** 47/15 54/16 77/7 112/19 117/10 117/15 117/20 118/9 118/11 118/12 125/3 126/10 130/1
**explaining [1]** 116/25
**explanation [2]** 59/7 117/23
**explicitly [1]** 7/18
**express [2]** 9/6 104/13
**extensive [2]** 23/18 136/17
**extent [12]** 5/24 6/22 8/2 8/24 11/15 11/23 13/5 13/24 14/5 20/21 46/1 46/24
**extraterritorial [2]** 90/15 94/1
**extraterritoriality [1]** 91/5
**eyeballs [1]** 3/19

| F | | |
|---|---|---|

**fact [10]** 7/25 10/14 11/17 54/18 68/1 73/8 75/1 107/9 107/21 108/5
**fair [3]** 7/19 13/11 22/9
**faith [2]** 12/6 12/12
**fall [2]** 5/18 19/14
**false [3]** 32/17 50/1 107/25
**familiar [3]** 114/9 123/18 133/17
**families [3]** 11/20 106/4 106/6
**far [2]** 32/17 90/7
**fashion [1]** 4/11
**fast [1]** 14/23
**faster [1]** 14/22
**father [2]** 99/4 99/5
**FBI [4]** 24/7 24/22 40/15 41/11
**FCRR [1]** 1/21
**feel [3]** 60/25 101/5 106/7
**fell [3]** 3/20 11/10 12/13
**few [10]** 7/9 28/2 31/8 32/5 59/8 101/25 115/21 125/2 134/9 136/21
**fewer [1]** 13/15
**fictionalize [1]** 105/20
**fictitious [1]** 105/23
**figure [1]** 138/17
**file [1]** 118/4
**filings [1]** 6/11
**fill [2]** 95/24 135/9
**filled [1]** 96/1
**filter [24]** 3/8 3/15 3/25 4/9 5/8 5/19 6/1 6/25 7/6 7/6 7/12 10/2 10/19 12/4 12/17 12/19 13/24 14/1 14/5 14/9 14/12 14/22 15/4 138/5
**final [1]** 141/5
**finalize [1]** 140/12
**finance [2]** 30/25 51/14
**financial [5]** 31/8 31/9 31/13 32/18 92/19
**find [13]** 7/11 13/16 14/12 15/11 56/25 57/2 91/19 92/1 97/18 115/4 115/5 115/6 117/17
**finding [1]** 15/13
**fine [10]** 18/16 20/22 21/14

23/18 27/7 29/11 46/14 88/21 119/6 138/12
**Finkel [5]** 138/19 140/25
**fired [3]** 39/3 39/4 119/5
**first [39]** 3/3 8/20 8/25 9/12 9/24 11/19 11/22 12/11 16/7 20/8 21/24 28/21 29/6 29/13 49/15 54/14 63/6 77/2 83/16 83/25 85/3 85/21 90/25 92/14 95/16 102/16 113/20 113/23 115/23 116/1 116/7 117/4 117/12 117/24 118/6 118/15 124/4 133/24 139/13
**Fisher [6]** 123/15 124/10 125/6 125/14 131/4 131/21
**five [22]** 4/21 10/3 12/24 33/15 33/15 70/15 71/21 71/22 71/24 72/2 72/5 72/8 72/17 72/23 73/1 73/9 74/11 75/6 75/9 75/22 95/3 141/12
**five-second [1]** 75/22
**flag [5]** 24/3 24/5 69/12 79/6 85/14
**Floor [1]** 1/18
**fluid [1]** 6/19
**focus [4]** 7/9 47/1 90/22 90/22
**focused [3]** 9/8 62/18 93/17
**folks [1]** 97/1
**follow [5]** 105/7 105/12 112/6 112/10 112/11
**following [3]** 22/16 25/15 46/16
**follows [1]** 29/7
**force [1]** 105/7
**foregoing [1]** 142/11
**foreign [5]** 31/21 56/21 57/6 58/11 58/14
**foreseeable [5]** 91/22 91/25 92/2 92/4 96/7
**Forex [4]** 31/14 31/16 31/19 31/23
**form [6]** 8/10 92/1 95/24 98/6 135/9 135/9
**formally [1]** 28/7
**formed [7]** 90/4 90/8 90/10 93/18 93/20 93/22 93/25
**forms [1]** 91/18
**forth [3]** 27/1 49/23 131/5
**forward [5]** 11/9 78/13 78/19 82/2 118/24
**forwarded [1]** 6/6
**forwarding [4]** 82/7 100/21 100/24 101/2
**found [3]** 115/8 117/2 118/14
**four [12]** 4/21 15/8 16/21 16/23 16/24 33/15 91/14 95/12 95/14 95/16 97/21 135/3
**fourth [4]** 1/18 8/20 9/9 17/7
**framework [2]** 90/15 90/21
**frankly [1]** 12/3
**fraudulent [1]** 91/25
**free [2]** 20/15 60/25
**Freeman [1]** 95/6
**frequently [6]** 26/25 33/7 33/17 33/20 34/14 34/17
**Friday [5]** 16/13 16/19 18/11 18/14 28/5
**friends [2]** 78/23 85/9
**front [3]** 18/18 111/1 136/3
**frozen [1]** 73/9
**full [4]** 14/11 52/1 57/9 131/18
**fully [1]** 77/3
**fund [4]** 113/5 113/9 113/12 126/10

**F**

funds [1]   83/18
further [4]   20/9 24/1 127/3
142/11
furtherance [4]   96/3 96/5
96/7 96/15

**G**

Gaithersburg [6]   98/8 98/16
98/20 98/21 99/5 99/9
gap [1]   140/13
gather [1]   124/10
gave [5]   32/4 58/22 62/15
119/24 123/22
general [2]   14/15 14/23
generally [10]   41/22 93/11
93/13 103/21 103/25 104/18
104/19 104/23 115/24 134/7
generates [1]   51/18
gentleman [2]   35/8 35/11
gentlemen [1]   88/23
get [29]   3/8 4/10 11/18 16/7
17/13 19/3 19/17 22/13 23/15
33/23 66/3 66/6 67/16 67/24
70/4 71/7 74/6 77/6 80/2
95/21 114/3 114/18 120/24
127/11 130/15 131/20 131/21
134/11 138/19
get pretty [1]   138/19
gets [2]   7/25 68/14
getting [11]   4/14 11/16
14/17 14/18 17/17 27/1
109/22 117/22 121/23 136/4
139/14
give [24]   4/25 18/23 19/23
37/14 38/22 58/25 60/4 60/19
61/13 62/3 65/21 67/1 70/15
73/10 96/21 103/11 103/11
108/22 116/24 122/1 122/18
127/3 133/12 140/8
given [14]   9/14 13/1 15/4
15/10 15/14 18/1 59/25 67/1
103/16 110/20 110/21 110/22
120/1 135/13
gives [1]   18/24
giving [7]   59/19 60/8 104/9
104/10 105/9 105/13 137/22
go [45]   21/25 31/13 34/23
37/22 38/10 45/14 47/11
47/11 48/23 50/9 50/10 55/22
56/3 56/6 56/9 57/8 57/8
63/6 63/15 70/24 71/3 71/4
73/19 74/3 76/5 83/18 85/8
85/16 87/9 99/18 105/8 109/5
111/3 111/5 122/20 127/23
128/10 129/4 129/25 132/4
132/15 134/16 139/11 140/18
141/2
goes [2]   8/14 17/2
going [135]   3/17 4/17 6/1
7/1 8/5 11/8 11/9 11/18
12/10 14/9 18/25 19/6 19/6
19/18 19/24 19/24 22/4 22/4
23/18 24/13 24/16 25/19
25/22 26/8 27/1 27/2 28/8
34/20 35/2 37/19 45/16 51/12
51/14 55/1 55/4 56/14 56/16
57/11 59/4 62/19 62/23 63/6
63/8 63/9 63/10 63/15 63/23
63/24 63/25 64/14 64/17
64/19 65/3 65/4 65/9 65/21
67/1 67/9 67/16 67/17 67/24
70/1 70/2 70/3 70/4 70/8
70/17 70/18 70/20 71/3 71/4
71/7 71/8 71/12 71/13 72/11
72/18 73/5 73/22 73/23 74/5
74/9 74/9 74/12 74/16 74/17
75/8 75/10 80/2 80/18 81/13
82/8 84/11 84/20 85/4 100/1
101/13 101/13 102/11 104/8
105/2 105/2 106/7 117/8
119/19 119/25 120/13 120/17
121/14 122/4 122/6 127/7
127/8 127/8 127/9 127/10
127/17 128/20 128/21 128/22
129/19 130/2 130/3 130/4
130/11 130/11 130/19 136/14
139/3 139/4 139/11 140/16
140/24 140/25 141/8
Goldberg [1]   16/24
gone [9]   65/1 65/25 66/20
72/7 72/16 72/22 73/1 136/10
140/5
Gonzales [2]   125/11 128/25
good [7]   12/6 12/12 27/25
28/1 62/15 88/10 88/19
Google [20]   63/1 63/6 63/10
63/15 64/7 64/8 65/1 65/24
66/19 71/2 71/2 71/4 71/10
71/11 71/12 72/4 72/7 72/16
72/22 74/4
got [28]   11/22 18/23 23/13
23/17 23/20 24/15 62/19
109/10 110/13 114/2 114/4
114/15 118/1 119/6 119/7
119/18 119/19 120/4 123/12
124/8 125/13 130/17 131/21
133/24 134/18 134/23 135/1
140/7
gotten [2]   11/3 136/7
government [29]   1/11 5/8
5/25 6/24 7/25 8/8 9/18
10/11 10/21 13/5 14/18 14/22
16/8 16/12 17/14 19/8 21/23
22/16 23/4 24/11 28/5 28/6
28/18 30/15 89/16 92/11
139/4 139/19 140/16
government's [9]   11/8 16/9
16/25 19/21 19/22 46/10
94/15 94/20 140/8
Graf [5]   95/5 95/24 95/25
96/22 97/21
grandmother [1]   117/9
graph [2]   59/9 75/19
Great [1]   111/3
Green [3]   53/18 100/4 101/8
Greenbelt [2]   1/4 1/22
group [6]   21/24 36/5 60/11
62/12 78/9 79/25
guarantee [1]   108/14
guess [7]   7/22 13/3 15/24
18/21 38/1 46/15 93/21
guidance [3]   103/12 105/8
105/13
guide [2]   60/19 62/16
guys [3]   78/17 82/25 87/12

**H**

had [118]   3/19 4/3 4/21 6/5
6/13 6/20 12/17 12/23 12/25
13/8 13/10 13/21 13/25 14/8
15/5 16/16 16/18 17/1 17/12
18/12 18/13 18/20 19/3 26/16
28/1 28/5 33/13 34/6 34/17
35/13 39/5 41/5 41/5 41/8
41/8 43/20 48/15 50/6 61/11
61/24 76/18 76/19 78/15
78/25 82/20 83/16 85/17
85/20 87/15 90/1 90/17 95/18
95/18 97/4 98/14 98/15
100/10 101/25 102/8 106/11
106/17 106/21 107/7 107/7
107/9 109/10 109/15 110/4
110/4 111/20 112/3 113/12
114/10 116/8 117/10 117/15
117/18 117/19 117/21 118/12
119/16 120/1 125/18 125/23
127/1 128/13 128/13 128/14
128/14 129/14 129/14 129/17
129/19 129/22 129/23 130/10
131/4 131/11 131/11 131/15
131/23 131/25 132/19 132/23
133/2 133/16 134/10 135/12
135/13 135/15 135/8 137/13
138/25 139/3 140/5 140/6
140/7 142/6
Hadar [2]   18/13 62/6
hadn't [1]   107/9
half [9]   3/23 45/15 82/22
137/11 137/16 137/16 137/18
139/16 140/1
halfway [1]   137/7
hand [6]   4/13 14/3 14/18
15/3 29/2 29/9
handbook [5]   110/19 110/20
110/21 111/8 112/7
handle [4]   16/2 22/11 23/10
105/1
happen [10]   19/10 22/4 26/8
64/18 78/24 91/22 105/10
117/8 119/5 122/6
happened [15]   6/10 83/1
94/16 94/17 101/25 102/3
118/7 123/15 124/2 124/7
128/20 133/21 133/22 134/8
134/22
happening [1]   72/1
happens [1]   73/16
happier [1]   66/18
happy [7]   9/4 11/2 11/5
20/18 21/7 46/3 139/25
hardest [1]   105/10
Harry [2]   131/13 131/18
has [41]   4/3 5/1 5/25 6/25
7/3 7/9 10/15 11/25 12/17
15/10 16/7 17/14 20/7 24/22
28/6 28/19 28/20 34/20 41/16
45/23 48/11 56/10 66/10 72/7
72/16 72/22 73/1 74/1 75/1
90/6 90/10 91/10 91/10 91/24
91/25 94/2 98/4 100/1 108/4
111/23 130/9
hasn't [2]   18/9 90/3
have [137]   4/4 4/13 5/16 6/2
6/16 6/20 7/7 7/23 8/23
10/12 10/24 12/7 12/21 12/25
13/12 13/15 13/16 15/17
13/23 14/22 15/1 15/17 16/6
16/11 16/13 16/21 17/2 17/21
18/19 19/4 19/19 20/12 21/9
21/12 21/19 21/23 21/25
23/12 24/6 25/10 26/19 28/19
29/20 32/14 32/15 34/22
34/25 37/23 39/21 43/15
45/25 46/7 46/23 46/25 49/7
50/24 52/6 53/20 53/24 54/1
54/25 55/13 55/23 59/12 60/7
64/2 64/14 64/23 65/1 65/14
66/16 71/19 73/18 74/19
74/25 76/17 76/18 76/18
78/17 83/1 86/24 89/8 90/11
91/11 91/20 94/13 94/25
96/11 97/1 97/4 97/15 98/24
98/25 99/4 99/13 99/22
103/13 103/18 106/4 106/6
106/12 106/18 107/7 107/8
108/5 108/10 109/9 109/13
109/20 110/23 111/19 111/25
112/2 113/1 116/9 116/13
121/2 122/1 122/12 133/7
134/13 135/6 136/7 136/10
138/1 138/4 138/5 139/1
139/22 140/1 140/4 140/12
140/14 140/21 141/4 141/5
142/15
haven't [4]   5/23 17/22 21/16
138/13

# H

**having [14]** 5/18 6/13 9/17
9/19 11/24 15/14 29/5 29/6
62/11 76/24 92/24 97/9 105/5
109/17
**he [191]**
**he'll [1]** 55/22
**he's [17]** 69/6 79/24 79/25
81/19 83/11 84/6 84/14 84/15
84/19 84/24 87/14 101/16
101/16 108/7 114/7 126/11
130/8
**head [1]** 13/18
**heading [1]** 56/10
**hear [6]** 23/24 25/22 89/18
95/10 98/13 113/14
**heard [14]** 10/13 28/4 94/23
95/7 113/20 114/1 124/5
126/11 126/12 130/23 133/15
135/17 135/19 139/6
**hearing [3]** 3/23 3/25 11/13
**hearsay [2]** 15/22 18/1
**Hebrew [29]** 25/23 25/24 38/3
38/12 45/24 46/1 46/5 51/9
55/14 56/11 56/15 57/1 66/15
70/22 76/4 77/23 77/24 78/20
85/8 101/12 122/1 122/15
123/20 123/23 126/19 127/24
129/7 130/18 131/5
**hedge [4]** 113/2 113/5 113/9
113/12
**help [5]** 74/12 75/3 102/10
103/12 135/23
**helped [1]** 59/12
**helpful [2]** 34/24 141/4
**Henao [1]** 95/6
**HENRY [1]** 1/12
**her [22]** 12/6 17/13 26/1
26/16 26/17 26/18 26/20 27/4
27/11 46/2 96/2 96/3 98/9
115/10 117/8 120/18 121/3
121/8 122/7 122/14 131/25
132/2
**here [22]** 14/16 16/5 22/14
24/13 24/23 25/8 38/13 47/2
89/2 89/4 90/3 92/17 93/23
94/2 96/8 98/5 131/11 133/4
134/14 136/21 136/24 139/24
**here's [1]** 18/8
**hereby [1]** 142/5
**hereto [1]** 142/15
**herself [1]** 18/15
**Herzog [42]** 6/6 35/9 35/9
37/9 39/3 42/12 42/15 43/3
44/13 45/9 47/5 47/14 49/11
49/23 50/3 50/22 51/2 51/4
51/7 51/17 51/18 54/15 54/25
107/23 119/21 120/7 120/9
120/11 120/13 121/20 123/13
123/14 124/13 124/19 124/21
127/1 127/3 128/3 128/10
128/18 129/25 130/14
**Herzog's [1]** 86/4
**hi [4]** 53/18 82/25 83/21
87/12
**high [30]** 29/22 29/24 68/20
69/2 69/5 69/8 69/17 70/7
70/11 73/17 73/19 74/1 74/7
74/14 75/24 76/8 76/12 76/14
76/19 76/20 77/4 78/24 79/12
79/19 79/25 80/9 82/25 84/20
99/22 99/24
**high-risk [7]** 68/20 69/2
69/17 73/19 74/1 74/7 74/14
**higher [2]** 74/9 105/6
**highest [1]** 79/20
**highlight [4]** 89/23 91/7
91/13 97/8
**highlighting [1]** 93/14

**highly [3]** 5/2 11/4 12/5
**him [38]** 24/24 25/2 25/3
81/7 81/9 84/5 84/11 84/20
85/1 85/20 95/10 118/9 119/7
123/17 123/19 123/24 123/24
125/6 126/8 126/12 126/12
126/13 126/21 126/23 128/14
130/7 133/19 134/3 134/22
135/2 135/5 135/14 135/23
**himself [3]** 53/16 54/8 62/11
**hired [2]** 33/5 125/23
**his [37]** 12/2 61/22 70/19
78/3 80/2 80/7 81/3 81/12
83/13 83/24 84/9 85/1 85/1
86/1 86/2 98/20 99/4 99/5
108/4 110/6 111/12 114/3
114/5 114/16 117/25 118/8
123/16 126/10 133/25 134/11
134/19 134/23 135/1 135/5
135/6 135/14 136/12
**Hold [4]** 55/6 81/14 134/13
134/14
**home [1]** 119/20
**Honor [67]** 3/6 8/13 8/16
8/22 9/20 10/1 11/3 16/10
16/16 17/6 17/10 17/24 18/3
18/12 19/13 19/25 20/3 20/18
21/1 21/6 21/25 23/6 24/3
24/21 27/14 28/11 28/23 29/8
38/6 38/9 45/20 46/9 46/10
55/8 72/11 88/21 89/17 89/20
90/1 90/17 91/2 91/13 91/23
92/10 92/13 92/18 93/5 93/12
93/24 94/10 94/19 95/4 95/9
95/13 96/4 96/12 96/19 97/6
97/22 97/24 98/23 99/19
122/19 130/24 136/13 138/23
139/25
**Honor's [1]** 90/16
**HONORABLE [1]** 1/8
**hope [7]** 28/1 83/24 84/23
84/24 84/25 87/13 88/7
**hopefully [2]** 35/1 35/1
**hour [9]** 3/22 6/14 59/1 71/5
71/10 71/11 137/19 139/16
140/1
**hours [4]** 40/23 137/15
137/16 137/18
**house [1]** 65/12
**how [65]** 5/3 12/23 12/24
15/20 16/2 16/14 17/25 18/10
22/10 23/11 27/22 30/4 31/1
31/10 33/1 33/7 33/13 33/17
34/3 34/6 34/8 34/14 35/5
36/23 37/1 37/17 40/22 41/5
41/8 53/16 60/1 62/18 62/23
66/10 66/25 67/1 69/18 70/13
71/19 75/1 75/2 78/23 79/6
82/20 83/1 87/22 88/4 89/12
95/1 100/10 105/1 112/18
119/15 119/15 121/24 126/13
130/12 135/25 136/5 136/7
137/10 138/4 138/15 139/22
140/24
**however [3]** 11/20 24/9 50/16
**HR [1]** 35/21
**Human [1]** 35/22

# I

**I'd [14]** 7/22 27/19 29/9
41/16 45/20 46/16 46/17 47/1
62/21 71/16 89/22 91/7
122/13 141/15
**I'll [7]** 23/23 46/14 77/18
96/25 97/2 130/20 136/22
**I'm [96]** 5/20 6/1 7/1 8/5
9/8 9/13 9/22 9/24 10/1
10/11 10/19 12/10 14/15 18/8

18/21 18/21 19/6 23/17 27/22
28/8 31/22 34/20 35/2 37/19
54/16 56/15 57/1 57/11 57/23
59/11 61/23 62/23 63/1 64/6
64/25 66/8 66/14 66/17 69/19
69/19 70/24 71/7 71/8 71/13
72/11 72/21 73/17 74/14
75/18 76/3 78/4 79/24 80/18
81/13 84/24 86/7 87/24 88/2
88/4 89/13 89/14 92/25 93/1
94/14 94/16 100/1 101/10
104/12 108/2 118/6 120/10
120/10 121/7 121/11 121/18
124/4 124/5 124/6 124/8
124/9 126/14 126/15 127/14
127/17 128/8 130/19 136/13
138/2 138/13 138/16 138/17
139/4 124/18 140/16
**I've [16]** 6/20 7/19 9/10
9/23 19/6 23/20 45/22 47/15
54/14 54/25 57/3 71/16 72/24
97/4 124/18 140/16
**IBN [1]** 135/10
**idea [2]** 17/21 94/6
**identification [2]** 34/22
41/17
**identified [10]** 12/4 16/18
16/21 17/2 17/14 19/11 20/11
20/13 21/9 21/12
**identify [4]** 5/12 11/10
12/13 53/16
**impact [9]** 73/18 90/11 92/16
92/20 92/23 93/2 93/15 94/2
94/3
**impacted [2]** 92/15 93/8
**impeachment [2]** 8/11 10/23
**imperfect [2]** 14/16
**implicit [2]** 5/22 12/15
**important [2]** 47/14 60/6
**improper [4]** 54/7 54/20
62/10 106/9
**inadvertently [1]** 13/1
**incident [1]** 5/20
**include [1]** 19/20
**included [1]** 121/10
**including [1]** 47/6
**inconsistent [1]** 112/22
**incorrect [1]** 9/13
**increase [1]** 102/14
**indefinitely [1]** 139/24
**independent [1]** 31/11
**indicated [1]** 98/18
**indication [1]** 93/6
**indirectly [2]** 37/7 53/2
**individual [2]** 7/2 91/10
**individuals [1]** 36/2
**industry [1]** 41/18
**inference [1]** 13/11
**information [16]** 50/6 50/7
54/5 56/23 60/8 61/5 61/8
61/9 62/4 114/18 124/10
125/13 126/25 129/22 130/15
135/13
**informed [1]** 139/4
**initial [5]** 14/9 110/7
111/24 130/4 130/12
**initially [1]** 14/21
**inquiry [1]** 90/23
**inside [1]** 117/25
**instance [2]** 75/16 82/5
**instead [1]** 136/10
**instruction [1]** 139/20
**instructions [7]** 118/16
118/23 127/4 139/17 140/3
140/6 140/12
**insufficient [4]** 89/22 89/25
91/8 91/15
**insurance [35]** 29/25 30/8
30/9 113/15 113/16 113/21

## I

**insurance [20]**   3/7 33/17
114/4 114/22 115/7 115/23
118/18 118/18 118/25 119/1
119/9 119/9 119/13 119/13
119/16 119/25 120/1 120/5
123/18 123/21 124/5 129/7
129/15 130/16 131/5 131/9
131/12 132/13 132/18 132/22
**intel [1]**   59/5
**intel-wise [1]**   59/5
**intend [1]**   40/2
**intention [2]**   135/14 135/15
**interact [1]**   94/7
**interfering [1]**   11/1
**Internet [1]**   75/6
**interpreter [32]**   31/18 36/11
36/15 40/25 41/2 51/11 60/25
61/1 67/15 68/21 69/21 73/21
76/6 87/19 104/14 106/25
113/18 118/3 118/20 119/2
120/19 121/13 121/25 122/1
122/1 122/5 122/12 122/13
122/18 124/17 129/9 138/14
**interpreters [2]**   25/20 25/25
**interview [6]**   40/17 40/20
40/22 40/24 41/11 41/14
**interviewed [2]**   40/16 41/4
**introduce [7]**   11/5 38/2
45/21 46/3 46/3 46/4 46/17
**introduction [1]**   22/8
**invest [2]**   83/1 83/9
**investigate [2]**   120/24
123/14
**investigated [2]**   114/5 124/8
**investment [3]**   108/16 110/7
130/12
**investor [1]**   110/1
**investors [8]**   92/21 92/22
93/8 93/15 94/5 94/21 94/22
94/24
**involve [1]**   11/21
**involved [4]**   18/1 123/25
124/8 125/7
**involving [1]**   6/5
**is [283]**
**isn't [2]**   20/2 92/7
**Israel [23]**   29/19 29/20
29/22 30/12 30/14 30/17
32/12 37/4 38/21 44/9 55/2
56/18 57/5 57/15 57/19 57/23
58/3 58/6 58/10 58/12 58/15
97/16 106/3
**Israeli [3]**   17/4 30/2 106/3
**issue [22]**   7/16 7/21 8/6
10/14 12/6 24/4 24/10 25/1
25/18 87/4 90/2 93/17 96/17
101/21 116/1 116/7 116/16
119/15 120/24 123/17 134/14
141/14
**issues [10]**   8/2 20/5 20/21
21/9 25/11 60/21 89/10 89/15
90/15 116/7
**issuing [1]**   15/12
**it [296]**
**it's [165]**
**items [2]**   105/18 117/5
**iteration [2]**   13/1 13/2
**iterations [2]**   7/13 12/25
**its [10]**   3/13 14/10 19/8
19/9 20/8 23/21 28/20 36/23
66/16 83/1
**itself [6]**   18/7 57/7 58/3
62/22 91/24 108/8

## J

**James [1]**   95/6
**Jay [4]**   85/16 85/18 85/23
87/9

## Jeebun [3]   17/9 86/8 86/18

**JESSICA [1]**   1/17
**Jewison [1]**   30/2
**JFK [1]**   40/12
**job [8]**   7/4 7/6 7/9 10/17
30/10 31/24 51/12 105/2
**John [2]**   133/15 133/17
**join [1]**   110/22
**joined [1]**   54/15
**JUDGE [1]**   1/9
**judgment [2]**   22/7 23/9
**July [11]**   1/5 13/19 47/9
49/22 82/18 82/21 100/10
102/7 102/13 142/10 142/16
**July 10 [3]**   100/10 102/7
102/13
**July 11th [1]**   13/19
**June [1]**   39/25
**June 26 [1]**   39/25
**jury [18]**   1/9 16/5 18/19
21/23 22/14 23/12 24/1 27/18
27/24 55/25 89/5 99/13 99/15
137/1 139/15 139/16 140/3
140/12
**jury's [1]**   11/1
**just [86]**   6/19 7/7 7/24 8/8
8/13 8/15 8/16 9/18 10/17
10/22 11/7 13/14 13/17 14/13
18/9 18/19 20/25 21/14 21/17
22/13 23/14 23/17 24/5 24/21
26/13 26/14 27/6 27/8 27/22
28/8 28/9 28/9 31/17 34/16
37/24 45/24 46/4 46/15 53/12
55/24 57/4 59/15 59/19 65/9
69/18 69/19 70/4 73/7 75/25
76/2 77/7 81/8 83/9 84/13
84/16 86/11 88/21 89/8 89/22
91/21 92/17 93/13 94/2 94/16
96/6 97/6 97/25 102/1 110/2
113/17 117/24 120/18 121/22
121/23 122/2 122/12 129/19
129/23 134/7 137/5 138/3
138/17 139/23 140/6 140/8
141/10
**Justice [1]**   1/11

## K

**keep [10]**   59/6 70/15 73/9
80/1 81/4 84/11 89/3 136/14
136/23 139/24
**keeps [2]**   81/6 84/17
**Kenneth [1]**   95/6
**kept [2]**   70/17 71/25
**kids [1]**   106/4
**Kim [1]**   90/18
**kind [5]**   15/15 32/3 63/7
63/11 104/10
**kinds [1]**   43/8
**kit [1]**   110/24
**knew [10]**   15/5 19/23 26/8
49/24 121/1 126/18 126/19
126/19 126/19 133/19
**knock [1]**   16/6
**know [55]**   12/10 12/23 14/4
15/25 16/5 18/17 19/3 19/8
21/20 22/16 26/8 27/1 27/10
27/22 31/20 32/17 59/4 61/22
69/18 73/1 73/19 74/22 79/7
90/16 93/17 94/8 94/10 95/19
97/3 97/13 97/14 98/12
103/10 105/1 113/5 114/16
115/14 119/4 121/13 122/3
124/1 125/22 126/14 126/15
126/17 127/12 127/15 128/21
130/2 131/8 131/17 134/7
136/14 137/10 138/10
**knowing [1]**   56/20
**knowledge [6]**   57/6 60/20
62/19 102/21 103/15 104/25

## known [4]   31/14 35/11 60/11

125/10
**Koban [1]**   49/4 49/4 49/4
49/5 86/2 86/9
**Koel [7]**   131/19 133/22
133/24 133/24 134/2 134/9
134/18

## L

**lack [1]**   15/13
**Ladies [1]**   88/23
**lady [2]**   128/22 129/1
**Lane [1]**   1/22
**large [1]**   30/13
**largely [1]**   4/15
**largest [2]**   30/17 36/23
**Larry [1]**   95/5
**last [20]**   4/2 4/19 5/5 7/9
8/14 8/15 8/17 9/9 9/15 10/3
12/24 15/7 16/16 29/13 57/8
57/9 61/22 98/11 98/15
115/12
**lastly [1]**   45/11
**late [1]**   14/19
**later [8]**   8/4 11/16 18/19
19/12 38/20 119/12 140/10
140/15
**latter [1]**   91/23
**law [9]**   38/21 38/23 56/4
56/21 57/5 57/6 94/1 96/6
96/10
**LAWRENCE [1]**   1/12
**laws [1]**   56/19
**lawyer [8]**   55/18 57/6 119/18
121/19 122/24 127/15 128/21
134/1
**lawyers [3]**   88/25 127/13
136/22
**lead [1]**   72/13
**leader [10]**   33/6 33/7 33/11
33/13 33/21 82/24 86/16
100/8 101/17 101/20
**leaders [6]**   36/5 36/9 36/13
36/17 36/20 86/13
**leading [2]**   72/12 81/15
**learn [2]**   119/16 126/2
**learned [4]**   119/9 124/14
127/1 128/15
**least [14]**   7/18 12/1 13/7
13/11 26/22 38/22 40/23 57/9
75/7 88/24 109/21 114/17
135/3 141/6
**leave [5]**   30/9 31/4 32/21
39/24 50/10
**LEE [6]**   1/5 2/4 29/4 29/15
121/19 142/8
**left [9]**   6/2 41/5 42/22
44/18 130/5 130/7 137/10
137/19 139/8
**legal [11]**   42/6 54/16 54/24
55/20 56/1 56/10 56/12 94/5
106/21 106/23 107/22
**legislation [2]**   56/18 56/21
**legitimate [1]**   82/9
**Lena [5]**   53/18 83/21 100/4
101/8 101/15
**LenaGreen [2]**   53/21 100/18
**lengthy [2]**   23/20 141/8
**less [13]**   6/14 13/13 33/3
33/20 34/17 34/19 72/12
72/25 73/3 75/7 128/12
128/20 137/11
**let [28]**   27/20 27/22 39/16
39/16 55/7 56/14 58/8 59/4
61/3 67/7 69/7 70/21 70/23
72/20 77/9 79/6 83/25 104/17
107/12 109/4 119/22 120/16
124/1 125/4 127/15 128/13
128/23 129/12

**L**

**let's [41]** 8/14 24/18 42/3
47/11 50/10 53/12 53/12
55/22 55/24 56/3 56/6 57/8
63/1 63/23 65/24 66/18 70/24
71/3 71/4 71/23 72/13 78/22
80/17 82/11 83/18 83/24
84/22 84/24 87/9 88/7 88/25
89/2 100/3 100/13 127/23
127/23 128/10 131/3 132/4
132/15 137/18
**letter [16]** 37/24 38/13
118/1 119/18 119/23 120/4
120/14 120/16 120/21 121/2
121/3 121/19 122/23 123/12
123/13 134/1
**level [1]** 30/20
**lie [1]** 68/16
**lied [1]** 91/11
**life [1]** 29/20
**light [2]** 57/12 99/1
**like [85]** 7/12 9/16 10/12
17/16 21/15 24/23 25/3 27/19
29/9 41/16 45/20 46/10 47/1
47/24 50/22 51/13 55/3 55/25
56/9 59/6 59/23 62/18 62/21
69/12 70/2 70/16 71/16 71/20
74/16 75/6 75/7 76/20 79/5
79/24 79/25 83/11 83/15
84/12 85/5 85/9 85/12 86/13
87/18 88/1 88/5 88/9 88/13
89/7 89/19 89/22 91/7 100/15
101/12 102/10 102/16 104/12
106/4 110/23 114/9 114/24
117/9 118/8 119/6 120/18
120/20 122/13 123/23 124/16
125/6 126/6 126/7 126/13
126/13 126/18 126/19 132/2
132/3 133/3 133/8 135/7
137/3 137/14 139/11 140/11
140/25
**likely [2]** 18/1 89/15
**limited [3]** 9/14 15/8 51/23
**Lindsay [1]** 114/19
**line [1]** 7/19
**lines [2]** 48/23 49/3
**linguist [2]** 25/11 27/7
**linguists [1]** 24/22
**link [1]** 17/1
**Linkopia [27]** 35/13 39/14
41/25 42/23 42/25 43/2 43/4
43/8 43/19 44/1 48/24 49/1
50/17 50/20 50/23 50/25
51/13 51/18 85/24 86/5 86/9
86/19 86/20 86/21 87/1 87/6
88/15
**Liora [6]** 114/20 114/21
115/10 115/12 117/7 119/6
**Lisa [4]** 1/21 142/3 142/19
142/20
**list [5]** 18/24 21/10 21/23
28/9 121/9
**listed [3]** 36/1 43/7 120/22
**little [18]** 14/19 15/9 18/8
18/21 18/21 70/14 72/12 78/4
89/1 112/25 137/13 137/15
141/3
**live [2]** 24/13 24/18
**lived [5]** 29/20 97/12 98/7
98/20 99/5
**LLP [1]** 1/16
**loaded [1]** 101/5
**located [4]** 42/25 44/8 57/19
58/2
**log [2]** 102/2 102/2
**logistical [1]** 25/18
**logo [1]** 133/12
**long [12]** 30/4 33/13 34/3
34/6 37/17 40/22 41/5 41/8

**longer [3]** 89/1 137/14
**look [19]** 12/13 21/4 56/6
69/12 78/22 79/5 79/21 79/24
80/1 80/17 82/11 83/11 85/7
88/10 97/5 100/3 101/13
131/3 140/9
**looked [3]** 55/25 83/13 93/16
**looking [3]** 15/19 78/4
124/20
**looks [1]** 100/15
**lose [21]** 3/14 66/1 66/2
66/22 83/24 84/12 84/14
84/16 84/23 85/4 88/7 88/12
88/16 102/24 103/6 103/8
103/17 104/3 104/8 104/18
105/14
**lose.' [1]** 87/14
**loses [1]** 76/9
**losing [4]** 85/1 103/14
103/22 116/17
**loss [1]** 116/18
**losses [1]** 81/23
**lost [9]** 66/7 66/10 66/11
66/13 67/25 68/1 80/7 104/6
104/15
**lot [9]** 15/22 79/4 83/16
85/25 104/21 117/19 124/24
138/14 139/17
**low [11]** 76/11 76/14 76/17
76/18 76/22 76/24 77/3 99/23
101/5 102/9 102/14
**lower [1]** 80/21
**lunch [4]** 89/11 136/15
136/19 136/24
**lying [1]** 108/7

**M**

**M-I-G [1]** 32/2
**machine [2]** 142/5 142/13
**made [22]** 3/15 5/23 7/3 7/7
10/6 10/17 12/7 12/12 14/8
53/5 66/10 67/19 67/25 68/3
71/23 83/10 83/23 84/9 85/10
110/12 126/5 139/19
**main [4]** 71/6 115/25 116/2
123/20
**maintain [1]** 59/5
**major [1]** 30/24
**majority [1]** 5/19
**make [41]** 5/16 16/1 23/2
23/8 23/24 26/13 32/17 50/5
59/15 67/21 72/17 72/23
72/25 73/18 73/19 74/3 74/7
76/9 76/24 80/3 80/6 89/1
101/4 102/11 102/21 102/24
103/2 103/5 103/8 103/13
103/14 105/19 107/25 122/3
122/4 138/11 139/15 139/22
140/2 140/14 141/10
**makes [1]** 72/8
**making [14]** 10/1 10/19 14/15
22/6 38/19 53/13 73/20 76/7
81/4 81/6 81/10 81/10 82/9
102/12
**management [9]** 30/24 39/22
78/6 78/8 83/4 83/5 101/15
104/25 105/1
**manager [9]** 33/12 33/14
33/17 33/24 34/4 34/18 50/3
85/24 123/16
**managers [7]** 36/1 36/10
36/13 36/17 36/18 50/5 86/10
**managing [1]** 86/22
**mandatory [2]** 38/22 112/11
**many [10]** 11/20 12/23 12/24
16/14 18/11 31/1 33/1 36/23
37/1 95/1

**March [1]** 113/24

**marked [5]** 16/25 34/21 34/21
41/24 102/4
**market [13]** 59/3 59/22 59/24
60/1 65/19 75/6 75/18 83/22
84/3 84/7 84/24 85/6 105/11
**market's [1]** 84/15
**marketplace [3]** 72/2 74/5
76/1
**married [4]** 106/4 106/10
106/17 107/3
**MARYLAND [10]** 1/1 1/4 1/22
95/5 97/10 97/13 97/15 97/17
98/8 142/5
**match [1]** 25/16
**matches [1]** 23/14
**material [1]** 8/11
**materials [4]** 11/14 95/19
95/20 95/21
**matter [6]** 18/5 18/10 21/15
21/17 70/16 88/25
**Mauritius [2]** 39/15 43/1
**may [23]** 7/2 12/25 13/12
15/20 19/10 24/21 25/20
25/21 25/23 26/13 29/9 32/25
56/10 77/12 84/6 94/12 97/25
102/10 111/12 113/24 124/8
135/3 139/15
**May 2015 [1]** 113/24
**May 27 [1]** 32/25
**maybe [11]** 10/25 11/16 89/15
102/14 122/6 122/10 139/13
141/1 141/3 141/11 141/12
**Maymon [3]** 36/1 77/22 77/24
**me [81]** 4/25 7/12 16/18
27/17 39/3 39/16 39/16 55/7
56/14 58/8 61/3 67/7 67/8
68/23 69/7 69/19 70/21 70/23
71/9 71/13 71/23 71/23 72/20
73/8 73/17 74/1 74/6 74/14
74/18 75/2 75/3 77/9 77/25
78/13 81/20 83/25 85/14
85/14 86/12 90/24 94/23 95/2
99/5 100/8 100/16 100/23
104/17 107/12 109/4 116/12
117/20 119/18 119/22 120/13
120/16 120/21 120/24 123/14
123/20 123/21 123/22 123/22
123/23 124/1 125/4 125/6
125/7 126/3 126/8 128/7
128/13 128/23 129/12 129/21
132/3 133/10 133/20 134/6
137/9 137/22 138/3
**mean [28]** 4/7 4/16 4/16 8/22
10/16 11/1 19/2 19/8 19/23
20/16 21/14 27/19 27/19 57/4
57/5 76/11 84/6 84/10 84/12
84/14 84/19 93/19 94/14
123/19 137/14 139/10 139/23
140/25
**meaning [2]** 28/19 58/14
**means [8]** 5/15 27/12 38/3
38/4 56/17 113/5 137/16
139/15
**meant [7]** 68/18 69/1 69/4
77/3 99/22 102/9 137/12
**meantime [1]** 16/4
**meaty [1]** 136/18
**mechanical [1]** 1/24
**media [2]** 50/2 50/7
**meeting [1]** 61/12
**members [1]** 5/2
**mention [1]** 116/5
**mentioned [2]** 97/7 116/7
**mere [1]** 7/24
**message [3]** 78/19 78/20
101/4
**met [7]** 109/21 110/5 110/7
110/8 111/20 112/3 117/25

**M**

**Michael Bell - 01662r-00157-TDCOA July 18, 2007**

**microphone [2]** 29/15 122/5
**middle [2]** 21/18 42/1
**MIG [8]** 32/2 32/3 32/8 32/8
32/11 32/14 32/17 32/21
**might [17]** 3/9 18/19 21/17
23/14 25/2 27/9 60/1 62/11
69/24 73/4 81/11 87/22 88/5
88/19 102/14 102/16 134/13
**Mike [7]** 58/18 58/21 58/22
61/12 61/13 62/16 62/20
**Mila [16]** 52/21 120/14
120/17 121/2 121/6 121/9
121/21 121/23 123/8 125/2
125/8 125/25 126/4 126/5
129/3 133/14
**military [1]** 30/6
**million [1]** 133/25
**mind [3]** 89/1 89/4 136/24
**minimum [1]** 111/16
**minus [1]** 67/23
**minutes [2]** 99/11 141/12
**misinterpret [2]** 87/21 87/23
**misinterpreted [2]** 88/2 88/5
**misleading [1]** 56/22
**misrepresent [4]** 57/7 106/24
107/1 107/22
**misrepresenting [1]** 107/4
**misunderstanding [1]** 121/8
**mixed [1]** 4/12
**moment [2]** 38/2 97/4
**Monder [1]** 83/21
**money [36]** 17/13 63/22 63/23
66/25 67/1 96/2 96/3 96/9
102/11 102/12 104/16 104/25
110/12 111/12 111/23 114/3
116/4 126/22 127/12 133/25
134/2 134/11 134/11 134/19
134/23 135/2 135/5 135/11
135/14 135/23 135/24 135/25
136/2 136/4 136/10 136/12
**month [4]** 34/16 82/22 100/12
102/17
**months [11]** 32/5 33/15 33/15
33/16 34/5 41/7 41/10 41/10
119/12 125/22 135/4
**Morales [19]** 52/21 120/14
120/17 121/6 121/9 121/21
123/3 123/8 125/8 125/25
126/4 128/16 129/3 131/22
131/23 132/8 132/19 133/7
133/14
**Morales' [1]** 121/2
**more [44]** 6/2 6/13 9/8 9/17
13/15 13/22 14/20 15/10
15/10 19/7 19/11 27/2 34/24
40/23 51/12 51/13 51/16
51/18 51/20 62/18 64/8 72/9
72/25 75/10 89/12 93/11
93/13 97/7 99/7 102/11
103/13 103/14 104/6 105/13
106/7 120/24 126/22 128/12
128/19 134/9 137/7 137/15
138/4 140/8
**more generally [1]** 93/11
**more time [1]** 9/17
**morning [10]** 5/1 11/17 11/19
27/25 28/12 59/6 59/8 88/20
88/24 139/14
**most [6]** 3/24 5/4 15/11
75/12 101/12 106/5
**motion [9]** 22/7 23/2 23/8
23/10 89/10 89/19 91/1 94/17
141/15
**motions [2]** 90/2 90/17
**mouth [1]** 115/1
**move [14]** 3/11 14/22 26/10
27/20 28/10 38/1 42/22 45/15

46/15 49/15 55/4 75/10
127/18 130/20
**movement [2]** 75/19 75/21
**moves [1]** 89/21
**moving [1]** 27/21
**Mr [60]** 2/5 11/9 11/13 12/9
14/3 14/10 14/20 14/25 15/17
15/24 16/19 17/17 17/19 18/9
19/20 21/15 23/1 25/9 28/21
35/12 37/12 37/14 42/12
42/15 45/9 46/7 47/14 49/22
51/4 51/6 51/17 51/18 86/18
87/10 87/12 87/17 87/25 88/6
88/19 89/12 94/12 99/18
120/11 124/21 127/1 127/3
128/8 128/10 128/18 130/14
130/22 133/22 133/24 133/24
134/2 134/9 134/18 137/5
138/21 140/10
**Mr. [75]** 3/4 6/6 18/13 37/9
44/13 49/11 50/7 51/2 52/11
52/13 52/15 53/3 58/25 60/22
61/4 61/25 62/6 77/24 82/8
86/4 86/15 86/18 95/8 95/17
97/7 97/9 97/12 97/17 98/7
98/10 98/25 99/8 100/21
101/18 101/24 102/5 106/22
115/19 117/3 118/17 118/24
120/9 123/10 123/13 124/10
124/13 125/14 125/14 125/16
128/6 128/7 128/11 128/15
129/25 131/4 131/14 131/21
132/24 133/11 133/15 133/23
133/23 134/21 134/25 135/12
135/17 135/19 135/20 135/22
135/23 135/25 136/1 136/7
136/8 136/11
**Mr. Berdeaux [2]** 133/23
134/21
**Mr. Bitton [1]** 106/22
**Mr. Buckley [3]** 125/14
125/16 128/15
**Mr. Collin [3]** 86/15 101/18
101/24
**Mr. Collin's [1]** 102/5
**Mr. Corsetty [9]** 95/8 97/7
97/9 97/12 97/17 98/7 98/10
98/25 99/8
**Mr. Fisher [4]** 124/10 125/14
131/4 131/21
**Mr. Hadar [2]** 18/13 62/6
**Mr. Herzog [9]** 6/6 37/9
44/13 49/11 51/2 120/9
123/13 124/13 129/25
**Mr. Herzog's [1]** 86/4
**Mr. Jeebun [1]** 86/18
**Mr. Maymon [1]** 77/24
**Mr. Phillips [9]** 131/14
133/23 134/25 135/12 135/20
135/23 136/1 136/8 136/11
**Mr. Pollack [1]** 3/4
**Mr. Roberts [4]** 58/25 60/22
61/4 61/25
**Mr. Roytman [7]** 52/15 53/3
123/10 128/6 128/7 128/11
133/11
**Mr. Roytman's [1]** 52/11
**Mr. Shtern [3]** 115/19 118/17
118/24
**Mr. Shtern's [2]** 117/3
132/24
**Mr. Smith [9]** 50/7 52/13
95/17 133/15 135/17 135/19
135/22 135/25 136/7
**Mr. Stanley's [1]** 100/21
**Mr. Waller [1]** 82/8
**Ms [61]** 3/5 9/3 11/11 12/15

13/9 13/21 15/24 16/10 16/15
17/7 20/4 20/10 22/1 23/10
27/9 28/1 28/6 28/8 28/23
29/10 29/18 34/23 40/1 41/19
45/23 46/5 46/23 55/12 56/11
56/25 58/18 60/11 62/21
68/17 89/6 89/18 91/9 91/11
91/16 92/13 92/22 93/3 93/7
94/1 95/24 95/25 96/16 96/22
97/5 97/7 97/21 98/3 99/18
112/25 118/16 118/23 121/23
122/11 132/23 137/2 139/8
**Ms. [10]** 17/11 115/20 117/3
117/23 128/16 131/22 131/23
132/8 132/19 133/7
**Ms. Morales [6]** 128/16
131/22 131/23 132/8 132/19
133/7
**Ms. Nicole [1]** 17/11
**Ms. Welles' [3]** 115/20 117/3
117/23
**much [19]** 23/11 33/3 51/8
66/10 66/25 67/1 89/3 89/12
99/11 123/21 130/12 135/25
136/5 136/7 137/10 138/4
138/15 140/18 141/4
**my [46]** 7/4 7/9 9/12 10/4
10/17 13/4 13/19 15/12 17/21
19/2 25/17 26/2 29/15 35/10
46/4 53/18 54/10 63/14 63/19
63/19 64/3 64/14 64/23 66/1
66/1 66/14 66/22 66/22 70/9
72/20 73/25 74/18 83/15
93/21 101/10 101/11 102/16
104/12 119/19 120/7 122/14
126/15 142/6 142/13 142/14
142/15
**myself [7]** 6/14 104/13 115/3
121/16 122/9 135/3 140/6

**N**

**Nabisco [4]** 90/14 90/19
90/21 90/25
**name [34]** 29/13 29/14 29/15
42/6 42/6 42/8 53/18 54/19
54/20 57/14 57/21 58/9 61/22
77/21 78/3 82/4 86/1 86/2
114/17 114/20 114/20 115/12
120/13 120/15 120/18 121/2
123/16 125/12 131/19 133/4
133/16 133/17 135/10 142/16
**named [1]** 58/18
**names [7]** 7/16 32/9 94/12
105/17 119/19 121/21 133/5
**narrow [6]** 3/18 4/15 4/18
15/4 21/8 25/2
**narrowed [1]** 10/2
**natural [1]** 141/2
**nearly [1]** 20/4
**necessarily [3]** 5/16 9/14
10/21
**necessary [5]** 14/24 14/25
19/12 60/6 97/18
**need [28]** 8/9 8/24 15/17
23/14 23/19 24/4 24/13 24/16
25/19 26/22 38/2 46/24 47/4
64/20 65/16 68/23 69/11
85/13 86/24 89/12 102/2
109/21 122/5 128/21 135/9
135/9 136/21 137/4
**needed [7]** 4/10 12/1 34/16
46/6 87/6 95/21 109/1
**needs [5]** 26/15 93/18 96/4
96/6 96/7
**Neri [2]** 83/21 85/5
**never [10]** 3/24 12/23 19/10
49/7 112/24 119/3 120/3
120/3 126/11 126/12
**new [9]** 1/13 19/1 39/13

## N

new... **[6]** 89/14 89/15 90/15
86/25 110/21 139/20
**newspaper [6]** 17/23 17/25
18/2 18/5 18/7 50/2
**next [10]** 26/18 28/10 35/11
45/16 63/5 71/3 71/5 85/7
128/18 136/16
**Nicole [5]** 17/8 17/10 17/11
20/6 20/11
**night [7]** 4/1 5/5 8/17 9/9
9/15 16/17 19/23
**night's [3]** 4/19 8/15 15/7
**nine [1]** 10/4
**Nissim [1]** 36/2
**no [119]** 1/3 3/6 4/3 6/23
7/3 13/3 17/21 18/17 19/16
21/20 22/25 23/20 24/15 27/3
27/3 27/7 32/13 32/20 36/19
37/21 39/1 39/20 40/4 40/8
41/3 42/8 42/11 42/14 42/21
44/4 44/14 45/7 45/10 45/18
48/10 51/1 51/22 52/5 52/8
52/12 52/18 52/20 52/22 53/1
54/12 54/22 55/8 57/13 57/21
58/4 58/8 60/10 61/10 62/13
66/5 66/7 68/11 68/16 69/11
70/9 70/9 71/25 74/16 75/18
76/2 76/10 76/15 77/1 77/5
77/11 77/13 79/6 80/5 80/8
80/11 82/10 84/5 84/13 88/12
88/18 90/7 93/24 97/16
101/10 102/23 103/4 103/7
103/20 104/4 104/12 106/13
107/5 107/11 107/19 108/12
112/11 113/3 113/6 113/10
113/13 116/12 116/12 116/15
116/22 117/17 120/18 125/21
126/21 126/22 127/20 128/7
129/16 129/18 130/22 130/24
131/10 133/10 133/12 133/19
**nobody [1]** 10/15
**non [2]** 7/5 7/8
**non-privilege [1]** 7/5
**non-privileged [1]** 7/8
**none [1]** 120/25
**normal [4]** 73/7 81/8 81/22
84/3
**not [155]**
**note [1]** 18/20
**notereading [1]** 1/24
**notes [1]** 142/13
**nothing [1]** 67/25
**notice [4]** 11/25 18/7 93/8
139/19
**November [6]** 37/18 38/18
38/25 39/9 39/17 39/21
**November 19 [1]** 38/18
**November 19th [1]** 38/25
**November 2016 [1]** 37/18
**November 5 [3]** 39/9 39/17
39/21
**now [49]** 10/25 12/17 17/18
18/17 18/25 19/5 19/6 19/18
21/14 22/5 22/12 23/2 23/5
23/25 24/5 26/6 26/7 26/11
28/20 47/11 56/6 59/8 61/23
63/2 63/10 64/9 64/25 64/25
65/24 65/24 66/19 73/19 74/1
74/3 74/8 74/13 74/18 84/11
87/9 89/11 89/19 94/8 121/12
124/7 127/7 130/9 130/10
136/20 138/18
**Numaris [25]** 43/24 44/5 44/8
44/10 44/13 44/15 51/3 51/12
52/3 52/6 52/9 52/13 52/23
119/14 119/17 123/9 123/11
123/16 124/11 124/18 125/17
125/20 125/23 126/18 135/8

**number [12]** 12/3 15/9 35/16
43/4 47/6 51/23 54/4 120/21
119/19 119/20 120/21 122/6
123/3 123/5 123/5 123/12
**numbered [1]** 57/10
**numbers [3]** 28/9 93/1 93/3
**NW [2]** 1/13 1/18

## O

**object [2]** 17/23 81/13
**objection [21]** 16/11 18/17
22/17 22/25 23/21 24/15
25/10 27/7 37/20 37/21 45/18
55/7 55/8 72/12 77/11 77/13
81/14 127/19 127/20 130/22
130/24
**observe [3]** 24/23 25/3 25/8
**obviously [4]** 7/14 12/5
122/5 139/9
**occurred [1]** 104/10
**occurs [1]** 140/13
**October [1]** 38/16
**October 19 [1]** 38/16
**off [5]** 3/3 16/7 43/23 44/18
102/2
**offenses [2]** 90/6 90/7
**offer [13]** 20/15 20/19 22/4
22/12 37/19 46/17 71/13
71/22 71/24 74/14 118/18
118/25 139/20
**offered [13]** 20/25 24/17
71/20 71/23 72/24 74/13 93/2
109/7 131/12 131/15 131/16
131/17 132/19
**offering [6]** 10/22 18/4 71/9
71/9 109/2 116/17
**offers [1]** 22/16
**office [2]** 57/6 119/20
**offices [2]** 56/4 59/16
**official [4]** 142/3 142/6
142/12 142/20
**Oh [2]** 98/12 114/2
**okay [105]** 4/7 16/14 21/14
21/22 22/9 22/25 23/23 24/19
27/16 28/18 29/11 31/16
31/23 33/4 38/7 45/19 46/18
47/13 53/15 54/18 55/9 56/7
57/21 58/2 58/8 59/15 59/25
60/3 62/25 63/4 64/10 64/21
65/5 65/7 65/9 66/24 67/7
67/11 67/13 67/21 68/22
69/14 69/22 70/23 71/1 71/5
72/1 72/13 73/4 74/2 74/13
74/18 77/15 78/11 78/19
78/22 80/17 86/15 88/3 88/20
88/23 89/18 90/20 91/3 91/6
92/5 92/9 92/9 95/10 96/25
96/25 98/1 99/10 99/16
100/17 102/4 103/16 105/19
105/22 107/23 114/10 115/6
116/2 117/10 120/4 120/8
120/20 121/2 121/11 121/19
121/25 122/20 124/25 125/13
127/16 128/23 130/25 132/4
133/1 136/19 137/20 138/16
139/10 141/10 141/11
**old [2]** 34/8 37/24
**Olympic [1]** 6/18
**once [74]** 14/8 18/24 33/19
33/19 34/16 59/1 95/25
**one [74]** 4/13 5/20 5/20 6/2
6/25 7/3 11/7 13/1 13/6 14/4
14/17 16/24 17/1 17/4 17/11
18/3 18/13 23/17 24/4 24/21
24/22 30/15 30/16 30/16
30/17 33/9 34/7 44/5 59/1
60/14 65/20 79/6 84/13 84/14
85/20 86/3 86/10 88/12 88/24
89/24 91/4 94/15 97/7 100/12
101/7 102/1 105/24 109/2

115/10 115/10 115/15 116/12
119/19 119/20 120/21 122/6
123/3 123/5 123/12 131/15
132/12 132/12 132/13 132/13
132/14 132/15 133/10 133/12
133/24 134/13 134/14 137/22
139/21 140/21
**ones [10]** 6/3 6/5 7/21 7/23
8/20 9/9 12/13 12/23 21/4
139/21
**Online [1]** 47/22
**only [16]** 10/7 19/2 20/20
34/22 44/1 49/1 56/22 68/15
92/14 92/20 93/2 94/11
121/10 131/15 138/3 139/7
**open [11]** 63/19 63/19 63/22
70/14 70/14 89/3 109/14
130/3 130/9 130/11 136/24
**opened [1]** 94/13
**opening [2]** 6/19 70/16
**operate [1]** 94/6
**operated [2]** 53/5 113/8
**operating [2]** 84/3 88/17
**opinion [9]** 54/16 54/24
55/20 56/1 94/11 94/13
106/21 106/23 107/22
**opinions [1]** 94/5
**opportunity [7]** 4/3 10/13
15/14 28/20 73/10 103/14
129/14
**oppose [1]** 4/5
**opposed [4]** 3/19 26/15 90/11
93/19
**opposite [2]** 76/12 99/24
**option [100]** 26/19 32/5
41/24 42/2 42/4 42/5 42/13
43/12 43/13 43/16 43/20 44/2
44/3 44/17 44/18 44/19 44/22
44/24 45/5 45/8 45/11 47/21
47/24 47/24 48/16 48/19 49/8
49/12 53/8 53/19 57/17 57/19
58/1 58/14 63/7 63/9 63/11
63/13 63/14 64/1 64/3 64/7
64/13 64/23 64/24 65/18
68/19 69/1 69/5 69/11 69/15
69/16 69/23 71/9 71/17 73/6
73/13 73/16 74/1 74/4 74/8
74/16 75/1 75/3 76/17 76/22
78/10 79/3 79/16 80/3 80/6
81/1 82/2 82/8 83/6 83/8
83/8 83/19 83/21 84/1 84/8
84/22 87/2 87/4 87/14 88/15
99/22 100/14 100/18 100/22
101/2 101/21 102/21 102/24
103/2 103/5 106/6 109/6
112/13 112/14
**Option's [2]** 44/25 69/9
**Option.com [1]** 100/18
**options [7]** 31/24 32/19
41/18 62/22 103/25 112/15
133/16
**order [12]** 8/6 10/19 11/13
13/5 13/19 15/12 35/2 65/22
74/18 91/19 95/21 109/23
**ordered [1]** 13/20
**ordinary [1]** 95/18
**organization [1]** 34/21
**organizational [2]** 35/4
60/15
**organized [1]** 35/5
**origin [1]** 93/7
**original [4]** 4/17 10/3 10/18
98/24
**originally [2]** 12/20 38/12
**Orseck [1]** 1/16
**other [36]** 7/18 7/20 14/3
15/3 18/24 19/20 22/3 23/14
39/11 42/19 43/13 44/3 44/18
45/2 48/3 48/9 51/3 65/22

**O**

other. **[18]** 74/9 79/25
86/16 91/9 94/15 102/12
105/18 105/22 105/23 112/9
115/15 122/25 123/2 124/7
131/16 138/7 138/8 140/22
**others [3]** 5/18 41/25 53/10
**otherwise [4]** 8/12 10/10
45/22 93/22
**our [8]** 11/12 20/20 57/12
73/25 90/2 91/4 102/1 140/2
**out [20]** 4/11 5/1 7/4 8/8
15/23 26/5 62/7 64/2 64/14
66/8 72/4 86/11 90/15 95/24
96/1 100/13 111/16 115/5
118/14 138/17
**outcome [1]** 103/19
**outset [1]** 28/4
**outside [10]** 7/10 32/11
57/15 57/19 57/22 58/6 58/10
58/11 58/14 97/15
**over [21]** 4/22 4/22 7/9 10/5
27/20 27/22 50/2 50/25 52/6
103/22 104/6 104/18 104/19
105/6 115/3 117/11 117/18
125/20 125/21 133/20 139/4
**overbroad [1]** 92/7
**Overruled [1]** 81/17
**own [8]** 13/17 15/12 28/20
42/12 44/13 51/7 78/20 108/1
**owned [7]** 42/15 43/2 44/15
45/8 50/21 51/4 51/17
**owner [9]** 35/10 48/24 48/25
49/1 49/11 50/22 52/9 123/11
123/17
**owners [1]** 49/7
**owns [1]** 51/18

**P**

**p.m [1]** 5/1
**package [1]** 21/3
**page [6]** 56/9 56/11 57/9
82/14 111/2 111/3
**pages [2]** 15/9 142/11
**paid [1]** 50/14
**paper [2]** 34/25 114/5
**paragraph [4]** 56/17 56/25
57/10 57/10
**Parker [3]** 125/8 125/10
128/25
**parlance [1]** 38/4
**parse [1]** 7/3
**part [27]** 11/12 11/12 19/21
20/8 20/17 20/20 24/6 42/9
44/10 45/5 73/7 78/15 78/15
78/23 78/25 86/23 91/18 92/2
94/5 95/20 105/10 118/6
124/6 134/7 138/3 138/7
138/9
**participate [1]** 61/14
**particular [5]** 79/9 89/23
91/14 93/14 108/15
**particularly [3]** 14/8 26/13
140/17
**parties [4]** 14/17 24/5 28/6
139/17
**partner [1]** 86/4
**parts [1]** 13/6
**passed [2]** 98/10 98/15
**pasted [1]** 17/13
**Patrick [5]** 77/19 77/21
78/13 78/15 78/20
**pattern [2]** 46/16 83/13
**Pause [1]** 134/15
**pay [4]** 65/14 65/16 65/18
85/10
**payout [3]** 67/8 67/11 67/17
**penny [1]** 75/16
**penultimate [1]** 141/6

**people [23]** 36/1 36/9 36/10
47/6 55/2 62/15 74/11 103/21
119/25 120/22 120/22 121/9
122/25 123/2 123/24 123/25
125/7 125/24 131/17
**percentage [5]** 76/16 76/18
83/10 104/5 104/18
**performed [1]** 43/4
**perhaps [3]** 7/20 10/21 97/15
**period [3]** 35/6 38/21 75/22
**permissible [2]** 10/10 10/14
**permission [1]** 45/21
**permitted [2]** 118/17 118/25
**person [14]** 27/8 69/24 70/11
80/7 80/9 84/2 84/3 84/8
84/22 86/4 87/15 101/16
101/16 123/5
**personal [1]** 118/4
**personally [1]** 68/14
**perspective [1]** 93/20
**Peter [9]** 61/21 61/24 62/3
62/16 62/17 62/19 62/20
80/21 80/24
**Phillips [11]** 131/13 131/14
131/18 133/23 134/25 135/12
135/20 135/23 136/1 136/8
136/11
**phone [11]** 53/5 54/4 94/24
117/11 117/14 127/2 127/5
133/20 134/6 135/4 136/8
**phrase [4]** 25/15 87/18 88/1
88/5
**pieces [1]** 7/2
**pip [2]** 75/14 75/16
**pips [1]** 75/13
**Pirt [1]** 128/21
**pitfalls [1]** 10/23
**place [11]** 64/16 65/4 65/10
65/15 66/25 67/8 70/24 80/14
80/14 85/21 105/25
**plain [1]** 37/24
**plan [3]** 11/5 46/4 139/22
**platform [5]** 44/19 44/21
44/25 62/18 68/19
**platforms [1]** 45/3
**please [16]** 22/21 28/1 29/1
29/12 37/13 64/5 73/23 78/18
78/24 85/10 87/12 89/6 99/16
101/4 108/2 137/2
**plus [2]** 67/6 67/17
**point [46]** 5/1 10/2 10/7
11/7 13/13 14/15 21/1 21/25
22/9 23/17 25/2 30/1 30/9
31/4 31/12 32/21 33/10 33/23
39/10 40/1 40/5 74/10 74/10
75/18 77/2 90/13 92/14 95/11
96/22 97/2 97/7 97/11 98/2
100/11 117/14 118/10 118/11
121/24 122/11 123/22 125/16
125/20 129/14 129/17 129/22
141/3
**points [8]** 14/4 36/8 75/11
75/13 89/23 123/20 129/10
129/11
**policy [39]** 106/16 106/20
107/18 107/25 108/6 108/10
108/13 108/21 108/25 110/3
110/6 111/9 111/13 111/18
112/1 113/15 113/21 116/24
118/18 118/25 119/9 119/13
119/16 120/1 120/5 123/18
124/5 126/17 129/7 129/15
130/16 131/5 131/9 131/12
131/15 132/13 132/18 132/23
133/4
**POLLACK [26]** 1/17 2/5 3/4
11/9 11/13 12/9 14/3 14/10
14/20 15/1 15/17 16/19 17/17

17/20 18/9 19/20 21/15 23/1
25/9 28/21 88/19 89/12 94/12
94/24 131/10
**Pollack's [1]** 15/24
**portion [1]** 13/7
**portions [1]** 40/19
**position [23]** 4/4 6/16 15/24
17/21 21/19 25/9 29/9 33/4
33/11 33/14 33/24 34/1 35/15
39/4 65/6 82/23 86/17 94/20
100/9 130/3 130/10 130/11
140/10
**positions [1]** 140/3
**possession [2]** 14/6 98/17
**possible [3]** 41/12 130/6
133/3
**potential [1]** 10/23
**potentially [1]** 87/5
**precisely [2]** 95/22 130/15
**predates [1]** 90/18
**predicting [1]** 64/25
**prediction [1]** 104/11
**prefer [1]** 46/3
**prejudice [6]** 6/12 6/23 8/1
9/18 11/24 15/11
**prepare [1]** 138/1
**prepared [2]** 5/14 5/21
**preparing [1]** 3/22
**preplanned [1]** 6/18
**preponderance [1]** 98/5
**present [2]** 27/24 99/15
**presenting [1]** 54/8
**pressed [1]** 74/23
**pressuring [1]** 138/16
**pretend [1]** 126/20
**Pretorius [2]** 80/22 80/24
**pretrial [4]** 11/9 11/13 90/2
90/17
**pretty [2]** 136/16 138/19
**prevent [3]** 75/25 80/10
80/12
**preventing [2]** 75/3 82/8
**prevention [3]** 57/13 57/21
58/9
**previously [6]** 9/16 12/16
34/20 46/16 118/12 125/18
**price [23]** 63/6 63/7 64/8
65/1 70/16 71/8 71/12 71/20
72/4 72/7 72/9 72/16 72/22
72/23 72/25 73/1 73/9 74/13
74/14 74/19 74/25 75/2 75/9
**primarily [1]** 19/14
**principles [1]** 56/21
**prior [2]** 17/5 131/8
**private [2]** 31/10 31/13
**privilege [8]** 7/5 7/5 7/7
10/18 13/10 15/13 15/20
141/14
**privileged [6]** 3/4 3/23 5/17
6/10 7/3 7/8
**probably [11]** 4/1 6/4 6/14
18/18 75/10 80/2 84/20 97/2
136/21 138/14 138/18
**problem [7]** 9/11 13/14 71/6
116/1 126/9 126/21 141/8
**problematic [2]** 91/24 116/3
**procedure [2]** 16/6 19/2
**proceedings [8]** 1/24 4/1
24/24 25/4 141/17 142/6
142/12 142/14
**process [4]** 7/4 14/6 18/10
18/22
**processing [1]** 140/13
**produce [6]** 7/12 11/13 12/14
13/20 14/1 14/20
**produced [15]** 1/24 4/2 4/15
4/21 6/23 7/1 7/8 7/22 7/23
10/5 12/18 12/20 13/8 14/20
15/5

**P**

**producing [3]** 18/16 110/15
**product [10]** 32/18 57/7
59/13 59/24 62/21 106/14
107/1 107/4 107/22 108/8
**production [10]** 4/5 5/5 8/2
8/15 8/20 8/21 9/9 9/12 14/9
15/7
**productions [3]** 8/15 9/1
11/22
**professional [1]** 113/1
**profit [12]** 67/19 78/17 83/1
109/25 110/9 110/11 110/12
111/15 111/17 111/19 130/10
134/10
**profits [6]** 81/4 81/6 81/11
82/9 111/16 111/25
**project [1]** 106/13
**promise [2]** 129/5 129/7
**promised [2]** 130/16 131/9
**promises [1]** 133/5
**promoted [6]** 33/10 33/12
33/14 33/23 34/1 34/4
**proper [1]** 104/25
**properly [1]** 19/12
**prosecution [13]** 3/7 3/10
3/11 3/12 3/21 4/10 5/9 5/14
7/25 10/8 11/18 13/18 15/7
**protection [1]** 56/19
**protocol [2]** 111/6 117/1
**protocols [2]** 112/7 112/10
**provide [9]** 11/10 12/1 43/13
43/16 47/20 59/9 60/22
114/13 122/6
**provided [8]** 3/18 14/24
16/12 16/19 43/9 43/11 43/12
44/5
**provides [2]** 54/11 58/11
**providing [14]** 43/17 43/21
44/2 47/16 47/18 56/19 57/14
57/15 57/22 58/9 61/4 61/7
61/9 61/10
**proving [1]** 19/9
**psychology [1]** 105/8
**public [1]** 56/20
**publicly [2]** 6/8 7/24
**pull [1]** 110/15
**purchase [3]** 64/3 64/13
71/16
**purpose [7]** 8/9 9/7 60/18
61/7 61/9 96/8 96/21
**purposes [2]** 13/17 28/10
**push [1]** 23/25
**put [33]** 6/16 19/4 20/7
28/20 34/20 38/10 39/16
41/16 55/22 55/24 63/13
63/23 70/1 70/6 70/11 70/16
73/17 74/24 78/24 79/12
79/19 80/18 84/20 85/20
97/11 102/9 127/23 130/3
130/19 135/10 135/19 140/2
141/13
**puts [2]** 19/8 24/25
**putting [6]** 12/6 75/24 76/8
80/9 102/14 116/23

**Q**

**question [22]** 8/3 19/16
19/17 23/11 25/20 25/22 26/2
59/12 59/14 61/2 68/23 70/9
72/20 73/23 73/25 78/14
81/16 93/18 97/13 108/2
117/7 127/7
**questioning [1]** 114/25
**questions [3]** 15/20 15/23
16/2
**quickly [1]** 8/23
**quit [1]** 125/21
**quoting [1]** 87/14

**R**

**raise [7]** 18/20 19/5 19/6
25/18 29/11 75/12 101/21
**raised [2]** 20/21 75/2
**rather [5]** 21/18 25/12 34/25
73/20 74/19
**Ray [1]** 17/9
**RDR [1]** 1/21
**reach [4]** 51/19 135/2 135/12
141/2
**reached [2]** 16/8 24/6
**reacting [1]** 19/9
**reactive [1]** 20/1
**read [13]** 18/17 18/18 21/23
28/9 56/14 56/15 57/4 57/11
109/6 109/17 123/21 129/6
129/15
**ready [6]** 21/23 23/12 24/1
27/23 28/2 28/21
**real [4]** 54/19 86/1 114/20
125/12
**realistic [3]** 14/8 14/14
14/19
**reality [1]** 106/11
**realize [1]** 102/18
**realized [1]** 3/13
**really [10]** 4/20 7/5 7/6 9/8
9/23 15/8 20/2 70/3 88/10
117/9
**reason [1]** 24/25
**reasonably [4]** 91/22 91/25
92/2 96/6
**Reasoning [2]** 56/10 56/12
**reasons [1]** 6/7
**rebuttal [5]** 19/12 20/2 25/2
25/6 25/13
**recall [3]** 3/6 17/10 62/8
**receive [1]** 108/15
**received [16]** 8/17 20/8
81/25 97/9 97/14 97/17 98/22
99/8 106/21 114/10 119/23
120/17 122/23 131/4 132/7
136/1
**receiving [4]** 16/17 16/19
130/14 131/8
**recent [1]** 5/4
**Recess [1]** 99/12
**recognize [3]** 5/11 6/15
110/18
**recognized [1]** 13/1
**record [8]** 4/8 8/5 21/8
22/13 29/13 97/11 108/1
141/14
**recorded [1]** 1/24
**recordings [2]** 94/23 94/24
**records [1]** 92/20
**recover [2]** 135/23 136/1
**recovered [1]** 135/24
**refer [2]** 46/1 47/23
**reference [6]** 28/8 49/5
113/15 113/21 128/24 129/2
**referenced [2]** 17/5 120/17
**refers [1]** 48/18
**reflected [2]** 54/2 111/9
**regard [1]** 13/18
**regarding [7]** 3/4 5/20 6/3
56/23 56/23 111/18 141/14
**Regardless [1]** 102/7
**regular [4]** 73/13 76/23 89/7
137/3
**regulated [1]** 45/12
**relate [2]** 20/5 54/5
**related [5]** 7/20 31/24
106/13 107/21 133/6
**relates [2]** 17/8 17/10
**relating [2]** 20/13 109/19
**relationship [5]** 20/10 49/20
49/23 49/24 116/11
**relaying [1]** 128/14

**release [4]** 5/14 5/21 6/7
15/16
**released [6]** 12/4 12/5 15/25
18/1 56/18
**relied [1]** 90/17
**rely [2]** 14/20 60/25
**relying [1]** 94/6
**remain [1]** 29/1
**remaining [1]** 140/2
**remember [16]** 40/20 58/18
61/23 83/12 114/6 114/7
115/25 124/20 124/23 124/24
124/25 125/1 126/6 126/23
127/6 135/25
**remind [3]** 90/24 95/2 137/9
**remove [3]** 127/9 130/4
130/12
**repeat [8]** 37/13 57/12 64/5
68/23 73/23 108/2 118/21
120/10
**repeatedly [1]** 17/13
**report [10]** 36/2 36/14 37/6
52/3 52/15 52/17 52/25 53/2
124/13 126/25
**reported [4]** 35/17 37/9
60/15 142/5
**Reporter [4]** 1/21 142/1
142/3 142/20
**representations [1]** 12/7
**representative [2]** 54/9
116/8
**request [4]** 6/1 92/1 95/19
111/22
**requested [1]** 131/25
**requesting [1]** 112/2
**requests [1]** 91/17
**required [2]** 14/1 55/3
**requirement [3]** 110/5 111/20
112/4
**reserve [2]** 23/14 23/23
**reserving [1]** 23/21
**resided [1]** 99/8
**resident [1]** 95/5
**resignation [2]** 38/13 39/5
**resolve [1]** 25/12
**resources [7]** 5/3 5/10 13/15
14/11 14/24 15/10 35/22
**respect [8]** 24/6 24/10 27/6
89/24 94/11 95/13 103/16
134/24
**respond [3]** 13/24 15/15
135/5
**responded [2]** 135/13 136/8
**responds [1]** 87/10
**response [6]** 25/17 79/13
79/18 83/18 85/7 122/14
**responsibility [2]** 86/20
86/21
**responsible [1]** 120/6
**responsive [1]** 13/8
**rest [3]** 6/8 21/25 115/18
**rested [5]** 18/22 20/25 28/5
28/19 94/18
**resting [2]** 23/4 110/25
**restrictions [1]** 56/22
**rests [1]** 23/7
**result [3]** 4/12 14/16 120/8
**resume [1]** 99/17
**retention [42]** 33/2 35/24
35/25 36/21 36/24 43/5 44/6
51/3 51/16 51/20 60/7 61/5
61/8 62/6 62/11 68/8 68/12
68/14 80/25 91/9 100/6
105/16 105/18 106/17 107/6
107/13 107/14 107/25 108/10
108/14 108/21 108/25 109/8
110/24 112/6 112/7 112/9
112/17 113/7 114/7 114/17
116/9

**R**

**return [4]** 89/18 108/15 117/10 137/3
**review [6]** 4/3 5/6 6/13 8/23 11/25 15/12
**reviewed [6]** 3/19 6/14 8/18 9/6 11/3 112/13
**reviewing [1]** 10/6
**Richard [2]** 100/4 100/5
**right [30]** 3/6 9/2 17/18 22/5 22/12 26/5 26/7 26/11 26/16 26/17 26/24 29/2 43/23 59/8 61/23 63/2 79/24 84/13 85/5 88/8 94/8 99/2 124/7 126/15 127/7 130/9 130/10 138/20 139/6 140/20
**rise [1]** 63/8
**risk [47]** 68/20 69/2 69/5 69/8 69/17 70/7 70/11 73/17 73/19 74/1 74/7 74/14 75/24 76/8 76/11 76/12 76/14 76/14 76/17 76/18 76/19 76/22 76/24 77/3 77/4 78/5 78/8 78/24 79/12 79/19 79/20 79/25 80/10 82/25 83/4 83/5 84/21 99/22 99/23 99/24 101/5 101/15 102/9 102/14 104/25 112/14 112/22
**risking [1]** 3/13
**risks [1]** 112/18
**RJR [1]** 90/13
**RMR [1]** 1/21
**Robbins [1]** 1/16
**Roberts [9]** 58/19 58/21 58/25 60/22 61/4 61/13 61/25 62/16 62/20
**Roberts' [1]** 61/12
**role [2]** 39/13 39/21
**Ronen [8]** 44/16 52/10 121/21 123/6 126/18 126/20 126/21 126/23
**Ronen Roytman [1]** 44/16
**room [3]** 26/5 27/8 110/25
**round [1]** 86/11
**Roytman [11]** 44/16 52/10 52/15 53/3 121/21 123/6 123/10 128/6 128/7 128/11 133/11
**Roytman's [1]** 52/11
**rule [11]** 13/14 13/20 16/1 22/7 23/8 23/22 89/9 89/19 89/21 97/2 141/15
**ruled [1]** 90/2
**rules [3]** 10/23 19/3 24/14
**ruling [1]** 90/16
**RUSH [1]** 1/12
**Rushmore [1]** 133/17
**Russell [1]** 1/16
**Ryan [1]** 86/7

**S**

**S-H-T [1]** 115/18
**S-T-E-R-N [1]** 115/17
**said [58]** 3/13 4/7 6/17 10/19 12/12 15/1 18/9 18/10 19/19 19/20 21/3 53/20 61/16 65/7 71/16 83/15 84/22 85/9 86/3 87/15 87/23 87/25 99/23 101/7 104/17 106/23 109/23 114/3 114/10 114/24 115/7 116/3 117/7 117/9 117/18 118/1 121/16 126/5 126/8 126/9 126/15 126/16 126/17 126/18 126/20 126/21 126/22 127/14 128/19 129/6 130/10 131/6 132/2 134/10 136/1 142/9 142/12 142/14
**salary [1]** 50/14
**sales [1]** 106/10

**same [25]** 4/14 4/22 5/7 14/11 14/12 46/16 59/19 50/20 72/3 72/25 73/6 73/7 73/18 74/3 78/23 86/13 86/13 86/14 86/17 100/9 100/9 116/17 131/20 132/14 132/22
**satisfied [1]** 98/4
**satisfy [1]** 99/7
**Sauber [1]** 1/16
**saw [15]** 40/19 54/16 54/24 79/4 113/23 115/22 115/24 118/11 119/19 119/20 120/3 120/13 124/4 126/20 133/18
**say [54]** 7/22 8/16 12/10 13/6 14/3 18/25 19/5 21/17 28/4 45/21 47/23 53/18 55/1 57/4 63/1 63/23 66/12 67/7 68/5 71/4 71/23 79/18 81/3 81/9 82/25 89/2 89/13 95/11 96/6 103/10 104/9 105/22 106/2 106/4 106/17 107/6 107/7 113/12 113/24 115/4 115/12 115/24 122/12 122/13 122/13 122/15 128/10 129/25 135/22 136/20 137/10 137/15 137/18 139/3
**saying [16]** 9/14 10/11 18/20 18/22 50/7 81/7 84/5 84/23 84/25 87/13 94/15 106/10 107/3 107/8 120/5 121/3
**says [27]** 25/14 42/2 47/14 48/2 48/11 48/23 49/3 63/16 63/17 64/7 71/10 78/17 78/23 79/20 81/6 81/10 83/21 84/8 87/12 90/10 97/12 101/4 111/11 111/15 111/22 128/18 130/7
**scenario [1]** 66/18
**scheme [10]** 92/14 92/17 92/21 92/23 94/3 94/20 95/20 96/3 96/14 96/15
**school [4]** 29/22 29/24 31/10 31/10
**Schtern [1]** 115/11
**scope [4]** 7/10 7/11 7/13 11/11
**screen [6]** 34/23 35/1 45/16 55/13 70/15 71/13
**searches [1]** 3/20
**season [1]** 59/23
**seat [2]** 89/7 137/3
**seated [5]** 26/3 28/1 89/6 99/17 137/2
**seats [1]** 51/23
**Sebastian [8]** 125/8 125/10 125/10 126/5 128/22 128/24 128/25 128/25
**second [22]** 8/21 8/25 9/12 13/2 19/17 31/17 69/18 75/22 76/4 76/15 82/13 90/17 91/13 101/7 117/17 115/10 116/16 120/18 126/6 126/7 134/13 134/14
**secondly [2]** 12/15 14/7
**seconds [15]** 70/15 71/21 71/22 71/24 72/2 72/5 72/8 72/17 72/23 73/1 73/9 74/11 75/6 75/9 125/2
**section [3]** 56/9 56/11 111/5
**see [38]** 8/1 8/10 9/17 9/17 10/9 15/25 18/19 19/20 26/7 38/2 38/3 42/2 44/18 47/4 49/16 55/25 56/11 61/3 69/12 70/21 70/23 71/8 71/13 74/23 74/25 83/13 84/5 85/3 89/2 89/4 89/8 99/11 101/13 106/14 111/1 136/22 136/24 140/24
**seeing [1]** 6/24

**seems [3]** 4/20 137/14 140/11
**seen [17]** 9/11 11/21 12/23 17/16 17/22 18/4 19/6 19/18 21/16 94/21 94/23 94/25 129/17 132/23 133/2 140/7 140/16
**selling [3]** 32/19 56/20 62/22
**send [20]** 38/15 50/3 81/20 83/6 96/2 96/5 96/9 101/15 101/24 102/4 114/6 123/20 123/22 127/12 132/1 134/1 134/2 135/5 135/8 135/8
**sending [7]** 49/23 59/7 83/4 83/12 91/17 96/3 135/7
**sense [5]** 23/24 26/13 139/15 139/22 140/14
**sent [14]** 47/6 47/9 78/13 78/15 91/20 96/1 96/11 98/21 101/14 120/21 124/19 127/6 128/14 134/12
**sentence [4]** 48/18 57/3 83/25 116/3
**separate [3]** 45/6 90/5 90/6
**September [3]** 40/9 41/4 135/3
**serve [2]** 30/1 39/10
**served [1]** 24/22
**server [1]** 110/23
**service [10]** 30/6 32/4 47/16 47/17 56/19 56/24 57/7 57/22 58/10 107/2
**services [19]** 32/4 43/4 43/8 43/11 43/13 43/16 43/21 44/2 44/6 47/20 48/12 54/11 57/14 57/16 58/11 58/23 58/25 87/1 133/13
**serving [1]** 38/24
**set [8]** 4/2 16/20 17/18 21/8 26/8 26/12 29/9 131/5
**sets [1]** 90/14
**setting [1]** 49/23
**setup [1]** 27/21
**seven [2]** 7/12 34/5
**several [2]** 5/17 47/15
**shall [1]** 57/12
**share [3]** 63/3 86/17 100/8
**she [38]** 17/13 25/19 25/22 25/23 26/16 26/21 45/25 46/1 52/21 52/23 52/25 53/2 65/4 65/7 66/11 66/12 66/15 74/9 93/10 96/1 96/1 109/10 114/23 114/24 114/24 117/7 117/8 117/9 117/9 117/10 117/14 117/15 117/18 117/19 117/19 118/1 119/6 122/15
**she's [3]** 12/6 17/11 94/14
**shift [9]** 33/12 33/14 33/17 33/24 34/3 34/17 36/10 36/13 36/18
**short [6]** 40/19 48/19 48/21 83/11 83/17 139/12
**shorter [1]** 71/3
**shorthand [2]** 142/6 142/13
**should [13]** 15/21 18/18 27/3 34/22 34/22 45/25 46/23 55/13 55/23 63/13 88/25 122/6 139/12
**shouldn't [1]** 19/22
**show [6]** 41/23 41/24 59/3 77/9 92/20 100/1
**showed [1]** 98/7
**shows [2]** 93/10 93/13
**Shtern [4]** 115/16 115/19 118/17 118/24
**Shtern's [2]** 117/3 132/24
**side [3]** 15/4 18/24 49/16
**sides [2]** 6/16 14/16
**sign [1]** 116/10

**signature [1]** 116/8
**signed [4]** 116/1 116/8 132/12 133/14
**significant [1]** 5/24
**similar [5]** 6/2 6/4 32/6 43/13 61/25
**simply [5]** 10/11 13/22 13/23 90/3 110/2
**since [9]** 12/22 18/16 24/1 27/7 41/5 41/8 66/24 93/16 97/1
**single [3]** 106/11 106/18 107/4
**sir [1]** 60/2
**sit [3]** 25/3 26/14 86/13
**site [1]** 76/15
**sitting [2]** 25/11 26/17
**situation [4]** 3/9 6/15 6/19 26/13
**situations [1]** 16/3
**skype [1]** 117/18
**slang [1]** 126/19
**slightly [2]** 10/2 13/2
**slow [1]** 22/21
**slowly [1]** 138/11
**Smith [13]** 50/1 50/7 52/13 52/13 95/17 125/9 126/6 133/15 135/17 135/19 135/22 135/25 136/7
**so [200]**
**so-called [1]** 133/4
**sole [1]** 48/24
**solely [1]** 25/7
**some [60]** 4/8 4/16 5/8 5/13 6/2 6/16 9/11 11/14 11/15 11/21 13/7 13/11 14/5 15/6 15/6 15/13 15/19 15/23 16/2 18/23 25/13 26/12 26/22 27/20 27/21 28/6 30/1 30/9 31/4 31/12 32/21 33/23 35/14 36/1 39/10 39/11 40/19 44/22 50/1 55/2 65/22 73/20 76/14 77/23 78/1 81/22 81/23 83/23 84/9 89/11 90/11 90/12 95/7 97/2 104/10 117/17 119/24 125/20 138/8 140/6
**somebody [17]** 58/18 65/10 69/5 69/8 75/24 76/8 76/24 83/19 87/22 88/9 99/22 100/17 102/9 102/14 105/7 116/24 119/17
**somehow [1]** 120/6
**someone [4]** 73/12 73/14 78/3 139/22
**something [31]** 9/5 12/25 23/24 27/17 31/14 44/19 59/7 59/23 61/16 69/12 73/11 78/5 81/11 87/6 91/21 93/21 106/14 113/15 114/24 114/25 115/4 116/13 123/18 126/7 126/13 126/14 126/16 127/14 131/25 133/25 140/9
**sometime [1]** 138/20
**sometimes [9]** 36/9 36/10 37/11 37/14 62/7 62/17 102/2 102/4 105/10
**somewhere [1]** 97/4
**son [2]** 98/20 98/23
**son's [1]** 99/3
**sorry [56]** 9/22 30/18 31/22 33/16 36/12 36/16 41/20 51/8 51/12 57/1 57/23 59/11 59/12 61/23 65/8 66/14 66/17 67/16 69/19 69/19 69/22 72/21 74/8 75/15 75/18 75/20 76/3 86/2 86/7 87/20 87/24 98/12 101/10 104/12 106/14 107/1 108/2 115/4 118/19 120/10

120/10 120/20 121/7 121/16 121/18 123/25 124/4 124/5 129/6 129/13 134/5 135/15
**sort [6]** 11/23 13/13 22/13 25/13 99/23 136/18
**sounds [4]** 21/15 27/9 139/11 140/25
**SOUTHERN [1]** 1/2
**speak [7]** 29/12 33/8 33/18 34/14 121/25 123/24 124/1
**speaking [2]** 125/5 138/11
**Special [1]** 20/22
**specific [1]** 117/14
**specifically [2]** 88/6 103/24
**spell [2]** 29/14 115/14
**spitting [1]** 23/14
**spoke [9]** 120/11 124/15 125/1 125/2 125/14 125/24 125/24 125/25 127/13
**sponsoring [1]** 16/13
**Spot [48]** 44/19 44/25 45/5 45/8 45/11 68/18 69/1 69/5 69/9 69/11 69/15 69/16 69/23 73/6 73/13 73/16 73/25 74/8 75/1 75/3 76/17 76/22 78/3 78/10 79/3 79/16 80/3 80/6 82/2 82/7 83/6 83/7 83/8 83/19 83/21 84/1 84/8 84/22 87/14 88/15 99/22 100/14 100/18 100/21 101/2 101/21 102/21 102/24
**spread [2]** 50/1 74/9
**spreadsheets [1]** 93/6
**squarely [2]** 11/17 11/21
**stage [12]** 7/16 32/9 54/19 57/14 57/21 58/9 77/21 94/11 105/17 114/17 114/19 123/16
**stand [4]** 25/19 45/23 99/14 115/2
**standard [2]** 93/9 93/20
**standing [2]** 26/18 29/1
**standpoint [2]** 137/6 138/18
**Stanley [2]** 100/4 100/5
**Stanley's [1]** 100/21
**start [25]** 6/11 13/18 27/21 29/25 30/11 30/20 31/8 32/24 42/1 50/1 55/12 74/17 77/18 82/12 83/24 84/12 84/16 84/23 85/16 87/13 88/7 120/24 123/14 127/24 137/5
**started [7]** 3/7 16/7 33/2 77/2 85/17 112/25 137/12
**starting [1]** 10/4
**starts [2]** 82/14 84/25
**State [1]** 29/13
**statement [2]** 50/2 107/25
**statements [4]** 24/10 24/15 24/17 32/18
**STATES [24]** 1/1 1/3 1/9 1/21 23/7 32/12 40/10 90/4 90/8 90/11 90/12 92/18 92/21 92/22 92/24 93/19 93/21 93/22 93/25 94/2 96/13 98/4 142/4 142/8
**statistic [1]** 30/25
**status [1]** 127/10
**statute [3]** 90/1 90/4 90/22
**stay [2]** 25/25 27/3
**stenography [1]** 1/24
**step [2]** 28/10 115/2
**steps [1]** 115/2
**Steven [1]** 131/19
**still [9]** 74/14 80/14 80/14 94/14 111/24 130/13 139/1 139/11 139/14
**stipulation [9]** 24/6 24/11 24/16 25/14 97/12 98/9 98/16 98/19 98/24

**stock [8]** 63/1 63/6 65/25 66/19 72/5 72/7 72/16 72/22
**stop [2]** 63/6 77/10
**stopped [4]** 73/24 77/4 74/12 81/4 81/7 81/11 120/16 125/4 126/23 128/23 129/12 139/16 139/25
**stopping [1]** 141/2
**story [2]** 20/12 21/12
**Street [1]** 1/18
**stressed [1]** 120/7
**strong [1]** 140/21
**study [1]** 30/22
**subject [1]** 5/22
**submission [5]** 4/17 4/19 17/15 139/19 140/8
**submitted [1]** 3/3
**subscribed [1]** 142/15
**substance [1]** 25/7
**substantial [1]** 92/16
**substantially [1]** 94/21
**substantive [2]** 90/5 90/7
**succeed [2]** 73/11 104/8
**successful [5]** 5/2 67/9 67/13 103/14 138/3
**such [2]** 5/5 48/15
**sufficient [1]** 99/7
**suggestions [1]** 140/6
**summary [1]** 35/5
**summoned [1]** 26/15
**supervise [1]** 62/17
**support [5]** 51/14 62/16 92/8 114/3 114/13
**supposed [5]** 38/17 67/5 85/9 85/12 110/8
**supposedly [1]** 117/15
**Supreme [1]** 90/14
**sure [21]** 27/22 33/22 37/14 41/22 50/5 59/15 64/6 69/23 73/25 76/9 76/25 80/3 80/6 101/5 118/6 118/23 121/11 122/3 122/4 138/11 141/11
**surgery [1]** 98/15
**surprised [1]** 12/3
**surrounding [1]** 109/2
**suspect [2]** 25/11 26/21
**suspicious [2]** 69/24 81/12
**sustained [1]** 72/13
**swear [1]** 117/8
**swift [3]** 127/11 127/11 132/13
**sworn [1]** 29/6
**system [22]** 38/5 69/6 69/12 69/16 69/24 70/4 70/10 70/13 73/14 73/17 74/11 75/4 75/8 80/13 81/20 83/11 83/16 84/2 84/6 84/20 87/5 88/17

**T**

**TABLE [1]** 2/1
**taint [1]** 137/24
**take [27]** 13/13 30/10 31/24 50/9 53/12 64/1 65/3 73/11 74/9 75/5 79/21 79/25 88/24 89/8 92/3 96/25 99/14 101/17 110/2 110/6 111/12 111/16 117/22 135/4 136/15 136/19 138/22
**taken [1]** 142/13
**takes [1]** 25/19
**taking [6]** 30/20 30/22 73/8 76/2 111/18 137/21
**talk [9]** 62/21 62/22 66/18 99/23 114/21 128/20 136/22 139/16 139/18
**talked [5]** 61/4 105/16 112/25 117/12 123/12
**talking [12]** 4/20 8/19 10/8 10/9 21/21 35/2 53/17 95/23 99/21 114/8 124/16 139/13

**T**

**talks [1]**   142/14
**tape [1]**   92/15 94/4
**targeted [2]**   92/15 94/4
**task [1]**   101/17
**TDC [2]**   1/3 142/9
**TDC-18-00157 [2]**   1/3 142/9
**teach [3]**   31/10 59/2 62/19
**teaching [1]**   31/12
**team [52]**   3/8 3/8 3/10 3/11
3/12 3/15 3/21 3/22 3/25
4/10 4/10 5/8 5/9 5/14 5/19
6/25 7/7 7/12 7/25 10/2 10/8
10/19 11/18 12/4 12/17 12/19
13/18 13/24 14/1 14/5 14/9
14/12 14/22 15/4 15/7 33/6
33/7 33/11 33/13 33/21 36/5
36/9 36/13 36/17 36/20 82/24
86/13 86/16 100/8 101/16
101/20 137/24
**team's [2]**   6/1 7/6
**teams [1]**   15/11
**technical [3]**   59/5 60/21
134/14
**technical-wise [1]**   59/5
**technically [3]**   10/21 13/25
14/21
**Tel [2]**   29/19 44/9
**tell [20]**   4/9 15/19 17/22
20/12 21/12 41/14 56/16 67/8
68/12 68/12 68/13 83/8 84/18
105/17 108/3 112/9 112/21
122/14 122/17 134/6
**telling [4]**   54/9 79/23 84/1
124/7
**ten [2]**   99/11 100/12
**tendered [1]**   39/5
**term [3]**   75/14 113/5 114/1
**terms [24]**   14/17 17/12 43/8
49/19 75/3 109/1 109/6
109/11 109/13 109/15 109/17
109/18 110/14 112/12 112/19
112/22 116/5 116/20 116/25
117/11 117/13 117/15 118/9
118/13
**terribly [1]**   140/17
**testified [8]**   24/12 29/7
62/6 95/1 96/1 98/24 98/25
99/4
**testify [5]**   21/11 24/14 25/5
98/20 133/15
**testifying [2]**   92/17 121/13
**testimony [11]**   17/11 22/1
24/18 27/9 27/10 27/11 29/10
95/16 99/4 135/17 142/7
**text [1]**   78/12
**than [33]**   9/16 14/1 14/20
15/7 15/10 21/18 25/13 33/20
34/17 34/25 39/11 40/23
42/10 51/20 64/8 73/20 74/19
75/10 99/7 103/14 104/6
104/22 104/23 105/5 105/5
105/6 105/14 133/1 137/7
137/11 137/15 137/21 140/11
**thank [25]**   22/15 27/14 27/25
28/11 28/18 28/25 38/8 38/9
79/21 88/22 89/2 89/6 89/20
92/9 92/10 99/10 99/16 99/19
120/20 122/8 122/19 122/21
130/6 136/24 137/2
**that [790]**
**that's [39]**   7/6 8/3 15/15
19/16 21/14 22/4 22/9 29/11
31/23 32/2 35/22 38/6 46/14
49/8 86/24 87/10 88/21 91/21
95/15 95/15 95/22 96/5 96/6
96/18 97/18 99/23 104/21
116/13 118/5 122/3 122/4
122/6 122/7 126/7 126/23

135/9 137/22 138/12 138/16
**their [24]**   4/5 4/25 5/3
5/16 6/12 15/12 15/13 15/18 15/19
42/6 54/19 76/25 88/16 93/2
102/14 105/19 108/15 110/1
110/2 110/3 111/19 115/1
115/22 118/2 118/4
**them [72]**   3/10 4/18 5/4 5/6
5/13 5/15 5/16 5/19 6/24
8/10 8/18 8/23 9/6 9/11 9/17
10/6 10/9 10/22 11/21 11/22
12/8 12/14 13/16 14/1 14/13
16/13 18/17 18/18 20/19
21/18 22/4 22/12 24/2 26/3
26/3 26/4 26/14 26/15 26/17
26/20 27/1 27/22 28/7 35/3
36/5 40/16 43/17 59/3 59/3
59/4 59/4 59/5 59/12 59/13
75/25 79/6 79/8 85/14 86/25
105/5 106/3 106/8 111/1
115/3 116/9 117/6 124/2
124/2 125/12 135/8 138/18
140/4
**themself [1]**   79/7
**themselves [2]**   36/21 60/7
**then [59]**   3/25 5/18 12/20
12/22 15/25 17/3 17/6 18/13
18/24 18/25 20/24 21/25 24/2
25/1 28/10 30/1 37/9 43/23
44/17 45/2 45/16 49/3 51/19
56/15 56/15 57/8 58/23 60/3
61/16 69/16 70/4 73/16 77/23
78/1 78/19 79/13 80/1 81/25
85/7 85/15 86/9 86/12 86/25
93/9 101/14 111/22 114/6
116/16 117/6 120/21 122/14
123/17 125/2 126/8 126/18
126/20 126/23 127/3 129/25
**THEODORE [1]**   1/8
**there [119]**   5/7 5/24 7/2
7/17 9/10 10/23 11/3 11/15
11/23 13/2 13/24 15/20 15/23
16/2 16/14 16/17 16/18 17/11
17/12 18/23 24/9 25/11 25/21
25/23 26/1 26/7 26/10 26/12
26/20 27/9 27/10 32/5 33/1
33/10 34/24 35/1 35/15 35/25
36/8 36/17 36/20 36/24 37/1
37/20 39/17 41/2 41/2 42/22
43/23 45/2 45/15 45/25 46/23
50/10 50/16 51/2 51/23 54/7
54/20 55/14 56/21 57/13 60/3
60/11 61/11 61/17 62/10
62/17 65/7 67/7 68/9 71/13
76/14 77/24 81/11 81/22
85/25 86/22 87/4 88/24 89/10
90/3 90/3 92/7 93/6 94/3
95/16 96/20 101/23 105/18
106/9 107/14 108/9 110/24
111/3 113/7 114/15 116/1
116/3 118/13 119/8 119/16
119/20 120/16 120/22 121/7
122/11 122/24 125/4 127/14
128/23 129/12 132/10 133/5
133/13 135/1 137/4 137/13
137/19
**there's [31]**   6/12 6/23 8/2
9/11 9/15 11/19 13/6 15/22
18/16 26/19 27/7 37/25 58/8
77/13 77/19 77/23 78/1 79/13
85/15 89/25 90/7 91/8 91/15
92/16 97/10 97/16 121/24
122/4 136/21 139/17 140/13
**therefore [1]**   4/4
**therein [1]**   93/4
**Thereupon [1]**   29/3
**these [46]**   5/25 6/8 6/13
6/14 6/22 7/8 8/1 8/6 8/9
8/14 8/17 9/19 10/22 11/14

11/25 13/11 13/16 14/5 14/18
15/6 15/12 15/13 15/18 15/19
20/21 21/4 21/7 21/13 21/16
21/19 22/3 34/23 43/15 48/3
49/20 49/24 49/25 51/16
95/21 112/10 135/11
**they [161]**
**they'll [2]**   5/16 70/6
**they're [9]**   8/6 13/11 16/5
19/6 19/18 22/3 71/8 76/3
77/13
**they've [3]**   10/4 71/22 94/5
**thing [9]**   10/7 14/11 59/11
70/2 85/3 119/19 128/18
139/7 139/13
**things [26]**   3/2 3/18 4/8
4/11 6/19 7/8 13/9 13/25
14/17 14/18 27/20 27/21
37/12 37/15 59/21 72/1 87/13
89/9 101/12 102/3 105/10
105/22 105/23 136/21 137/22
141/14
**think [155]**
**thinking [3]**   93/1 93/2 94/16
**third [6]**   8/21 8/25 9/12
11/22 76/14 89/14
**this [176]**
**Thomas [1]**   20/6
**those [37]**   4/4 4/5 5/9 6/10
10/12 12/5 12/22 14/12 15/16
16/3 16/15 16/22 16/23 17/16
18/16 18/19 19/11 20/11 22/8
23/1 23/1 24/15 24/17 35/16
35/20 36/2 36/21 37/6 42/9
91/12 92/19 93/1 93/2 93/6
109/7 109/11 115/9
**though [10]**   5/23 13/14 15/9
27/8 50/17 50/20 61/11 95/8
101/8 107/13
**thought [17]**   9/10 9/23 12/7
13/8 14/25 63/10 81/18 81/19
84/2 84/3 84/19 93/10 98/19
102/10 102/13 102/16 137/22
**thousand [23]**   10/3 63/2
63/11 64/2 64/7 64/8 64/13
64/18 64/24 65/2 65/18 65/20
66/3 66/6 66/8 67/14 71/10
71/23 72/9 72/24 74/15 74/20
75/17
**thousand-dollar [5]**   64/7
64/24 65/18 67/14 72/9
**thousands [3]**   4/17 12/21
12/22
**three [15]**   9/24 12/1 13/9
15/8 19/15 30/16 30/17 41/7
121/20 131/17 137/15 137/16
137/18 139/2 139/8
**through [20]**   9/10 9/24 11/22
12/13 18/13 24/18 25/13
25/13 34/23 60/22 61/13
64/11 82/9 89/14 106/5 114/2
134/1 137/8 138/22 140/5
**throw [1]**   18/23
**Tillman [2]**   133/15 133/17
**time [50]**   4/15 5/7 6/13 9/17
11/1 11/19 11/25 16/4 20/9
24/20 36/8 36/23 38/21 68/17
68/25 74/4 75/12 82/23 83/11
83/16 83/17 86/12 88/19
89/12 94/17 94/18 97/17 98/8
99/6 102/13 103/22 104/6
104/18 104/19 105/6 108/9
111/12 113/14 113/20 113/23
117/12 119/8 119/12 124/4
131/20 135/1 137/12 138/1
138/5 138/15
**timely [2]**   3/9 4/11
**times [12]**   17/4 25/22 25/23

[9].8.38/8r-47/157
Case No. 8-47/157-TDC document 1807 filed 08/20/19 Page 162 of 164
108/5
108/7 17 filed 08/20/19 Page 162 of 164

# T

**times.** [9].8.38/8r-47/157
50/16 51/2 101/12 101/23
101/25 109/21 134/9
**timing [3]** 4/8 137/6 138/17
**Tirosh [5]** 78/3 79/14 79/16
79/18 79/22
**to/from [3]** 16/22 17/7 18/14
**today [1]** 130/6 136/15
140/11 140/15 141/1
**today's [1]** 4/1
**together [3]** 59/3 102/3
142/13
**told [20]** 4/18 54/14 54/25
68/8 86/24 106/1 106/3
107/22 120/23 123/14 124/18
125/6 125/7 125/7 126/3
126/7 126/23 129/19 129/23
138/18
**tomorrow [2]** 138/24 139/15
**too [2]** 26/16 123/21
**took [3]** 117/6 134/9 136/1
**tool [1]** 76/8
**tools [2]** 103/11 104/25
**top [5]** 79/13 85/15 87/9
100/13 100/24
**topics [2]** 11/14 13/21
**total [1]** 136/5
**totally [2]** 26/19 138/12
**touch [1]** 115/3
**towards [1]** 110/23
**track [1]** 139/13
**trade [38]** 31/11 47/22 62/2
64/16 65/3 65/10 65/15 65/22
66/1 66/1 66/22 66/22 66/24
66/25 66/25 67/8 67/13 67/14
68/15 70/14 70/24 71/4 73/18
74/3 74/7 74/18 83/22 85/5
98/6 103/14 103/15 103/16
103/17 103/18 103/19 103/22
116/17 127/8
**traded [2]** 106/5 106/5
**trader [6]** 31/11 76/13 83/22
84/15 85/5 108/3
**trades [14]** 75/25 76/9 76/25
80/4 80/7 80/10 80/14 80/15
84/13 85/1 85/2 88/16 102/15
108/4
**trading [35]** 31/21 44/19
44/21 44/25 45/2 60/1 60/20
62/1 62/3 63/2 63/11 64/3
64/15 65/12 65/25 66/19
68/19 73/7 74/5 75/25 81/8
81/12 81/22 82/9 83/13 84/6
84/14 84/24 103/25 104/1
104/23 105/1 105/9 108/1
112/15
**train [3]** 60/19 107/6 107/13
**training [7]** 39/14 59/19
59/21 59/23 60/22 61/4 94/25
**transaction [1]** 67/22
**transcript [3]** 1/8 1/24
142/12
**transferred [1]** 62/7
**translate [3]** 69/18 121/24
122/14
**translated [1]** 38/13
**translation [10]** 25/1 25/12
25/14 26/22 31/20 55/24 56/8
78/25 131/4 138/10
**translator [1]** 24/22
**trash [1]** 117/5
**trial [10]** 1/8 2/1 3/7 3/24
4/2 4/14 6/17 10/4 19/24
142/7
**tried [5]** 7/19 115/4 115/4
135/2 135/3
**troubled [1]** 18/22
**true [4]** 13/5 102/20 103/24
108/5
**truly [1]** 3/20
**truth [2]** 18/7 18/7
93/3
**try [7]** 21/18 58/8 62/23
74/3 74/6 114/8 122/8
**trying [8]** 14/12 17/13 41/11
83/7 83/8 88/14 138/17
140/11
**turn [5]** 45/16 65/9 82/13
111/2 136/13
**turnover [6]** 109/21 110/5
110/7 111/20 112/3 116/6
**twice [1]** 113/23
**two [42]** 5/1 5/2 13/6 14/4
16/23 26/9 30/5 31/3 33/9
40/23 59/2 63/5 63/10 64/9
64/24 64/25 65/24 66/18
74/10 74/10 75/13 75/13
84/14 89/9 97/8 97/19 97/20
115/2 115/8 115/9 116/7
121/20 124/7 125/22 125/24
137/16 137/18 137/19 137/24
139/1 139/2 139/8
**type [4]** 6/19 31/5 95/22
124/16
**types [1]** 13/16
**typical [2]** 65/17 67/11
**typically [1]** 101/20

# U

**U.S [11]** 7/18 92/15 92/15
93/8 93/15 94/4 94/7 94/21
94/22 94/24 95/1
**ultimately [2]** 36/14 134/18
**uncorrectly [1]** 87/21
**under [28]** 3/12 4/23 12/2
13/19 13/20 22/7 23/8 23/21
35/25 36/5 42/7 83/22 84/3
84/7 84/24 85/6 86/9 89/21
90/2 94/1 96/10 97/1 108/13
110/3 111/11 111/15 113/25
138/15
**under-estimated [1]** 138/15
**underlying [2]** 100/3 101/18
**underneath [2]** 35/15 36/20
**understand [39]** 13/3 41/21
45/11 49/4 49/22 57/3 57/23
59/16 61/2 68/18 69/1 70/1
73/24 74/8 77/3 79/22 81/7
81/9 84/1 84/10 85/4 98/3
99/10 106/16 114/8 120/25
121/15 122/23 123/15 123/19
124/2 128/12 128/19 128/24
129/1 130/8 131/14 134/18
138/6
**understanding [47]** 11/8
42/12 43/19 44/25 45/8 47/17
48/5 48/14 48/25 49/11 49/14
50/19 51/6 56/16 57/18 58/13
61/24 64/17 69/4 69/14 73/6
73/12 76/13 76/21 77/6 87/5
87/17 87/22 87/25 88/4 102/8
107/24 108/6 108/19 109/4
109/9 109/18 111/8 111/13
111/18 112/1 115/19 133/7
133/22 134/8 134/22 134/24
**understands [2]** 47/15 138/11
**understood [4]** 21/6 109/14
118/6 132/19
**unfair [2]** 73/8 73/10
**unfairness [1]** 5/8
**UNITED [24]** 1/1 1/3 1/9 1/21
23/6 32/12 40/9 90/4 90/8
90/11 90/12 92/18 92/21
92/22 92/24 93/19 93/21
93/22 93/25 94/2 96/13 98/4
142/4 142/8
**universe [1]** 9/15

**university [3]** 30/20 30/23
31/1
**unless [2]** 24/18 45/21
**unlikely [1]** 25/6
**unreal [1]** 83/10
**unreasonable [2]** 4/24 5/5
**Untereinter [1]** 1/16
**until [7]** 12/24 23/15 37/18
38/25 129/22 133/19 135/3
**up [52]** 3/9 5/3 25/25 26/9
26/10 26/12 26/16 26/20 27/1
27/3 29/9 29/10 34/20 34/23
35/1 38/10 38/24 41/16 45/25
46/20 46/23 50/10 55/14
55/22 55/24 60/15 63/6 63/15
65/1 66/20 71/3 71/4 72/7
78/23 80/18 83/18 89/11
89/15 90/25 92/3 103/22
104/17 105/19 105/23 110/15
115/2 116/12 127/23 129/22
130/19 136/3 138/4
**update [1]** 60/4
**updates [1]** 59/25
**upon [1]** 142/7
**urgently [1]** 128/21
**us [17]** 1/11 6/16 8/10 28/2
55/3 56/16 79/6 79/6 101/25
104/9 104/10 120/25 122/17
135/4 138/22 140/12 140/22
**use [15]** 3/10 5/15 8/9 10/10
10/14 15/18 18/25 19/19 21/7
32/8 44/25 46/5 59/9 70/24
75/14
**used [12]** 3/18 15/21 19/12
20/4 44/21 59/1 70/25 87/18
119/10 119/17 131/23 133/16
**uses [1]** 10/12
**using [12]** 5/16 8/25 9/3
10/22 54/19 54/19 57/13
57/21 58/9 100/17 105/16
138/14
**usual [1]** 137/14
**usually [5]** 25/25 26/6
101/11 101/15 140/18

# V

**vacation [1]** 97/15
**VAN [4]** 1/12 46/7 130/22
138/21
**various [3]** 36/8 41/17 48/11
**vast [1]** 5/19
**venue [3]** 97/18 98/4 98/5
**versed [1]** 92/25
**version [7]** 27/12 45/22
45/24 45/25 46/2 46/5 46/5
**versus [3]** 76/18 91/11 142/8
**very [18]** 3/15 5/1 6/4 7/22
9/14 10/6 10/17 15/8 19/19
25/6 25/6 76/20 81/9 83/17
85/17 89/2 97/3 99/10
**via [1]** 111/16
**victim [6]** 17/8 17/10 20/11
20/14 96/11 96/13
**victims [7]** 21/13 92/15
92/16 92/17 95/1 95/4 96/9
**video [1]** 40/19
**view [6]** 46/7 46/10 96/10
130/1 140/21 141/5
**viewer [2]** 70/2 79/25
**views [1]** 4/25
**violation [3]** 107/17 108/5
116/24
**visit [1]** 40/10
**vocabulary [1]** 101/11
**voice [1]** 126/7
**volatile [1]** 72/3
**voluminous [1]** 4/20

W

**wait [3]** 13/15 17/3 137/25
**waiting [1]** 13/23
**waived [2]** 13/10 15/20
**waiver [9]** 5/18 5/22 7/10
7/11 7/14 10/18 11/11 12/2
15/13
**Waller [2]** 82/5 82/8
**want [47]** 3/16 16/7 18/23
19/1 19/19 21/4 21/8 22/10
23/2 25/22 26/3 26/3 26/3
27/17 28/4 50/5 59/15 63/7
63/12 63/14 64/1 64/1 64/6
71/2 74/4 85/1 85/3 87/20
88/9 95/11 99/23 120/24
121/8 121/25 121/25 122/2
122/17 123/19 127/15 134/6
134/7 134/11 139/20 139/24
141/3 141/10 141/13
**wanted [16]** 3/11 23/13 24/3
24/5 88/16 89/8 97/8 102/22
102/25 103/3 103/6 103/9
103/17 110/1 124/1 136/15
**wants [7]** 8/9 24/11 25/23
26/17 46/1 88/12 130/2
**warned [1]** 3/7
**warning [1]** 118/1
**was [334]**
**Washington [2]** 1/13 1/19
**wasn't [11]** 4/17 9/5 69/23
105/6 114/8 117/9 117/12
119/13 124/6 133/5 137/23
**watch [2]** 70/2 85/13
**watching [1]** 84/11
**way [28]** 3/9 5/10 7/4 14/6
20/19 22/13 24/16 25/12
27/11 34/19 38/25 39/17
45/15 76/24 88/11 88/12
89/14 94/15 102/12 105/2
112/18 112/22 121/22 122/4
122/10 126/15 133/1 140/22
**we [168]**
**we'd [1]** 28/23
**we'll [15]** 21/23 21/25 21/25
24/19 27/20 28/10 88/23 89/2
89/4 99/11 99/13 136/20
136/24 140/24 141/2
**we're [21]** 4/20 8/25 11/1
11/2 11/16 17/24 18/4 21/21
24/13 24/16 27/22 46/16 78/4
95/23 124/16 137/7 139/4
139/13 139/25 140/25 141/1
**we've [18]** 6/5 6/21 11/3
11/3 11/21 18/22 18/22 24/25
25/16 26/16 28/7 46/12 94/21
94/22 96/19 106/1 106/2
121/23
**webinars [1]** 61/13
**website [5]** 63/16 63/17
64/11 71/7 109/6
**week [9]** 33/19 33/19 59/1
59/18 59/19 59/20 59/20
98/11 98/15
**weekend [3]** 137/23 138/8
139/4
**weekly [2]** 59/16 60/3
**weeks [8]** 12/1 63/5 63/10
64/9 64/24 64/25 65/24 66/19
**Welcome [1]** 28/1
**well [46]** 4/7 6/8 9/8 12/9
12/11 12/11 13/6 18/25 19/5
20/24 21/17 22/2 22/9 23/11
26/2 27/19 37/25 39/16 45/14
49/15 55/24 60/25 61/3 66/18
69/7 81/9 92/25 94/14 96/25
104/13 104/17 107/12 108/3
109/4 115/23 121/4 125/4
132/15 136/16 137/9 137/17
139/10 139/20 140/5 140/24

141/10
**Welles [7]** 114/20 114/21
115/20 118/17 118/18 132/21
132/23
**Welles' [3]** 115/20 117/3
117/23
**Wells [1]** 114/19
**went [9]** 11/11 12/2 12/4
18/5 30/8 38/6 73/18 115/3
125/14
**were [124]** 3/17 9/6 10/7
10/9 10/10 11/14 12/3 13/20
13/25 13/25 14/5 14/24 16/9
16/12 18/14 20/11 20/21
20/21 21/2 21/16 21/24 24/13
25/8 28/12 29/18 30/4 30/19
30/22 32/8 32/12 32/19 33/1
33/4 33/10 33/14 33/20 34/1
34/3 34/4 34/8 34/17 35/6
35/17 36/8 36/9 36/10 36/17
36/20 36/21 36/24 37/1 37/17
38/19 39/19 40/13 41/4 41/11
42/4 42/9 42/17 42/19 44/1
44/2 45/2 48/6 48/8 50/12
50/16 50/16 50/17 50/20 51/2
51/4 51/23 52/1 52/11 54/19
54/19 57/18 57/24 58/5 58/13
60/8 60/15 62/7 79/2 80/3
80/6 82/8 88/14 88/17 93/5
93/8 95/2 99/21 101/23
101/23 104/22 105/13 105/17
105/18 105/25 107/14 107/14
108/3 108/9 110/3 113/4
113/7 113/7 113/8 113/25
118/9 118/16 118/17 118/23
118/25 120/5 122/24 125/4
129/19 132/10 133/17 134/7
**weren't [4]** 13/22 19/10
20/24 93/2
**what [227]**
**what's [11]** 7/10 18/2 43/7
59/4 81/14 97/18 121/11
121/13 122/4 128/18 140/9
**whatever [3]** 25/15 71/12
84/14
**when [87]** 6/17 8/17 10/25
14/17 18/19 19/19 20/8 20/16
25/18 25/23 26/15 30/22
32/24 33/2 33/4 33/10 33/20
34/8 34/17 35/17 39/24 40/12
41/4 47/23 49/24 53/17 54/15
60/8 60/15 63/19 63/22 64/16
65/7 66/12 67/7 67/8 67/13
68/6 68/9 68/13 69/12 70/10
70/14 70/24 73/19 74/6 74/7
74/23 74/23 77/2 81/6 81/10
81/25 84/8 84/22 85/17 90/25
97/4 97/14 98/21 99/8 101/15
105/17 106/11 106/18 107/3
107/9 108/4 112/2 112/25
115/12 115/22 117/2 119/9
120/4 120/23 124/8 125/6
126/20 130/7 133/18 135/6
135/7 136/14 137/10 137/15
137/23
**where [17]** 3/9 9/15 12/6
13/20 15/15 16/6 17/11 26/2
29/18 42/2 42/25 44/8 82/14
87/9 97/13 108/9 117/15
**whereof [1]** 142/15
**whether [19]** 7/17 8/11 9/10
10/8 10/9 10/13 15/21 15/21
15/22 24/17 27/10 51/17
83/13 93/18 109/9 118/17
118/24 131/14 140/22
**which [49]** 3/24 4/1 5/4 11/7
16/21 16/25 17/1 18/14 19/2
19/10 21/20 24/11 25/6 25/16
28/7 34/21 42/7 51/18 55/5

55/5 55/6 58/11 78/15 80/18
82/11 84/6 90/1 90/14 92/19
94/20 94/24 98/6 98/6 98/9
98/14 98/15 99/7 110/15
113/25 121/25 122/11 127/24
130/19 131/3 132/4 132/14
139/9 139/15 141/12
**while [11]** 3/21 15/19 30/19
32/8 93/16 97/9 109/20 113/4
124/15 124/16 140/9
**who [60]** 5/2 24/22 35/9
35/11 35/12 36/1 36/9 36/10
40/15 43/2 44/15 47/4 47/4
47/20 50/25 52/9 55/17 57/15
57/23 58/21 61/17 61/20
62/11 73/12 73/14 77/21
77/23 78/1 80/24 85/20 85/23
86/7 86/11 86/15 91/11 95/2
95/5 96/11 99/4 100/4 100/7
101/21 102/7 103/21 107/14
110/20 114/16 115/9 121/6
123/8 123/10 123/25 125/7
125/16 128/2 128/23 129/1
131/11 131/11 131/15
**who's [1]** 76/13
**whole [1]** 91/17
**whom [3]** 122/25 123/2 123/5
**whose [2]** 69/7 115/6
**why [34]** 19/5 19/10 19/11
19/17 20/16 20/24 21/22
22/12 38/19 39/2 49/14 49/22
50/19 51/6 51/6 54/13 54/23
62/14 75/12 82/12 85/8 86/7
86/18 87/17 104/22 105/4
105/6 107/20 110/10 122/13
125/4 136/19 136/20 137/5
**will [48]** 3/24 4/5 5/15 8/4
8/5 15/16 15/24 16/2 17/10
17/23 18/16 21/11 22/6 23/1
23/10 25/13 25/21 26/14
26/21 45/21 46/2 53/18 64/8
65/1 65/1 70/22 79/20 79/25
80/1 83/24 84/12 84/17 84/23
85/4 87/13 88/7 89/11 91/22
99/17 101/11 110/7 113/23
116/4 122/8 130/13 138/19
138/22 139/9
**win [26]** 66/1 66/22 66/23
68/6 68/9 68/13 71/10 71/11
71/11 74/18 76/25 80/4 81/24
84/13 85/1 88/13 102/22
103/3 103/8 103/10 103/17
104/8 104/19 104/21 105/6
105/13
**window [1]** 70/14
**winning [12]** 66/24 75/25
80/10 80/15 83/10 83/10
84/17 84/17 84/17 102/15
103/13 105/5
**wins [6]** 68/6 68/9 68/13
68/15 81/23 108/4
**wire [15]** 91/20 91/24 95/15
95/21 96/5 96/11 96/12 96/17
97/9 97/18 98/21 98/22
111/16 135/10 135/14
**wise [5]** 51/13 51/14 59/5
59/5 117/13
**withdraw [7]** 109/20 109/23
110/1 110/8 110/10 111/24
126/10
**withdrawal [7]** 111/6 111/11
111/12 111/15 111/17 111/22
112/2
**within [9]** 5/18 7/10 7/13
11/11 11/17 12/24 14/21
90/12 92/4
**without [8]** 16/13 22/13
22/16 54/9 88/17 116/25
124/20 135/11

**W**

**witness [34]** 8:16 13:25 17:1
25/13 26/6 28/22 29/3 31/18
36/11 36/15 40/25 45/23
51/11 61/1 67/15 68/21 69/21
72/14 73/21 76/6 77/9 87/19
99/14 104/14 106/25 113/18
118/3 118/20 119/2 120/19
124/17 129/9 138/21 141/1
142/15
**witnesses [5]** 2/2 139/1
139/2 139/8 139/9
**won [4]** 68/3 104/6 104/15
108/4
**won't [1]** 27/10
**word [5]** 3/19 26/23 50/22
59/6 69/20
**words [6]** 60/24 71/9 101/11
115/25 121/24 124/5
**work [22]** 4/18 29/25 30/8
30/11 31/5 31/8 31/13 32/2
32/21 34/25 51/16 51/18
51/20 52/21 55/18 81/1 106/7
107/8 113/22 123/8 125/16
138/8
**worked [10]** 14/6 50/25 52/13
61/17 62/7 62/23 68/17 107/9
107/10 125/17
**working [8]** 17/17 31/12
31/23 38/22 62/12 81/19
113/4 133/13
**worth [1]** 9/4
**would [107]** 4/13 6/7 8/16
9/16 10/12 11/5 11/7 13/4
14/3 14/14 16/1 17/16 20/4
24/12 24/14 24/23 25/3 25/5
25/6 25/7 25/16 25/17 27/12
33/7 33/17 34/14 37/11 38/1
40/16 46/3 46/10 50/19 51/6
51/6 53/16 53/20 53/23 54/1
54/5 56/9 60/3 63/11 65/17
65/18 67/11 68/5 68/9 69/8
69/9 69/16 69/25 69/25 70/10
73/6 73/7 73/13 73/18 74/13
74/14 74/19 74/22 75/16
75/21 76/17 76/17 76/18
76/21 76/21 76/25 80/10
80/12 89/13 90/13 92/2 92/7
95/5 96/14 96/20 96/22 98/20
98/24 98/25 99/4 101/20
101/21 101/24 102/4 103/24
104/2 105/13 105/14 108/5
108/10 108/15 110/10 122/5
136/7 136/10 137/10 137/19
139/7 139/14 140/4 140/11
141/2 141/8 141/12
**wouldn't [1]** 93/22
**write [1]** 101/11
**writing [2]** 60/4 140/3
**written [2]** 114/10 116/23
**wrong [3]** 68/10 84/6 106/14
**wrote [4]** 77/23 78/2 101/9
102/7

**Y**

**yeah [12]** 26/21 27/5 33/19
38/6 57/2 59/18 76/23 79/10
83/15 86/17 135/25 139/3
**year [2]** 34/7 132/24
**years [4]** 30/5 31/1 31/3
115/21
**yes [224]**
**yesterday [6]** 3/21 4/8 6/3
6/7 17/15 20/9
**yet [6]** 4/2 16/5 21/19 95/25
110/4 112/3
**York [2]** 1/13 40/12
**Yossi [21]** 35/9 35/9 35/14
39/3 43/3 47/5 50/3 50/22

54/14 54/25 107/23 119/21
120/7 120/13 120/23 121/20
132/3
**you [552]**
**you'd [3]** 89/7 89/19 137/3
**you'll [1]** 138/19
**you're [9]** 6/17 8/19 20/15
20/16 85/20 93/1 107/3 107/3
138/10
**you've [6]** 19/18 23/17 55/19
61/3 77/7 96/18
**your [172]**
**yourself [3]** 31/11 47/7
56/15
**yourselves [1]** 136/23
**Yukom [120]** 32/6 32/22 32/24
33/2 34/2 34/21 35/5 35/5
35/10 35/17 37/1 37/17 40/2
40/3 40/5 40/7 41/5 41/9
41/25 42/9 42/10 42/11 42/15
42/17 42/23 43/11 43/15
43/16 44/1 44/10 45/5 47/15
47/17 47/20 48/2 48/6 48/11
48/15 48/24 49/1 50/12 50/14
50/17 50/20 50/24 51/20
52/19 52/21 53/5 53/13 53/16
54/5 54/8 54/11 54/15 54/18
55/18 57/15 58/2 58/5 58/23
58/25 59/2 60/11 62/22 63/17
63/20 63/23 68/18 68/25
76/17 77/2 80/25 86/16 95/17
96/9 96/13 100/6 103/8
103/10 103/18 104/2 104/5
104/21 104/22 105/3 105/4
105/16 105/17 106/10 106/16
107/17 108/6 108/9 108/10
108/13 108/21 108/25 109/10
109/12 110/3 110/6 111/9
111/13 111/18 112/1 112/6
112/10 112/17 112/21 113/4
113/11 113/14 113/22 116/24
120/23 121/20 125/18 125/21
135/7
**Yukom's [2]** 59/16 69/9

**Z**

**zero [1]** 136/9
**zipped [1]** 115/1
**zoom [1]** 100/13