**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| **v.** | Criminal No. 18-157-TDC |
| **LEE ELBAZ**, | |
| *Defendant*. | |

## UNOPPOSED MOTION TO RELEASE LIEN ON PROPERTY

On September 20, 2017, the Honorable Timothy J. Sullivan entered an Order Setting Conditions of Release for Lee Elbaz that required, *inter alia*, that a lien be placed in the amount of $1,800,000 on two properties owned by Ms. Elbaz's aunt, Limor Elbaz:  15 Eugenia Avenue, San Francisco, California 94110 ("the Eugenia Avenue property") and 1633 Burrows Street, San Francisco, California 94134 ("the Burrows Street property").   *See* Order Setting Conditions of Release, ECF No. 11.  On March 1, 2018, Judge Sullivan granted Ms. Elbaz's request to modify the existing Order by substituting $354,000 in cash for the lien placed on the Eugenia Avenue property.  *See* Order, ECF No. 35, at 1.  Upon receiving confirmation that Limor Elbaz deposited the $354,000 with the Clerk of the Court, the Court entered an order that the lien on the Eugenia Avenue property be released.  *Id.*; Order, ECF No. 36.  A lien remained on the Burrows Street property.  *See* Order, ECF No. 35, at 2.  At all times prior to trial, Ms. Elbaz complied with the conditions of her release.

On August 7, 2019, following a jury trial, Ms. Elbaz was convicted.  *See* Jury Verdict, ECF No. 292.  Ms. Elbaz was immediately remanded into custody.  *See* Order Revoking Bail, ECF No. 294.   The Court denied Ms. Elbaz's subsequent Motion for Release Pending Sentencing.  *See* Order, ECF No. 322.  Ms. Elbaz did not appeal the Court's ruling.  Her sentencing is scheduled for December 9, 2019.  *See* Regular Sentencing Order, ECF No. 295, at 2.

Because Ms. Elbaz appeared as required at trial and is now detained, the purpose of the property lien—which presently remains in effect as to both the $354,000 and the Burrows Street property—has been fully served.  Accordingly, Ms. Elbaz respectfully requests that the Court issue an order to the Clerk to return the cash to Limor Elbaz and to release the lien on the Burrows Street property.   Undersigned counsel have conferred with counsel for the Government, and the Government has no objection to the relief sought.

November 21, 2019

Respectfully submitted,

s/ Barry J. Pollack
Barry J. Pollack (MD Bar No. 12415)
Jessica Arden Ettinger (*pro hac vice*)
ROBBINS RUSSELL ENGLERT ORSECK
UNTEREINER & SAUBER LLP
2000 K Street, N.W. 4th Floor
Washington, DC 20006
(202) 775-4500
bpollack@robbinsrussell.com
jettinger@robbinsrussell.com

*Counsel for Ms. Elbaz*

## CERTIFICATE OF SERVICE

On this 21st day of November 2019, I directed the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Maryland by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record.

Respectfully submitted,

*s/ Barry J. Pollack*
Barry J. Pollack (MD Bar No. 12415)
ROBBINS RUSSELL ENGLERT ORSECK
UNTEREINER & SAUBER LLP
2000 K Street, N.W. 4th Floor
Washington, DC 20006
(202) 775-4500
bpollack@robbinsrussell.com

*Counsel for Ms. Elbaz*