# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## (Southern Division)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **LEE ELBAZ**, <br><br> *Defendant*. | Criminal No. 18-157-TDC |

## MOTION TO WITHDRAW
## AS COUNSEL FOR LEE ELBAZ

Upon the filing of a notice of appeal on Ms. Elbaz's behalf, undersigned counsel will have fulfilled the terms of their agreement to represent Ms. Lee Elbaz. Accordingly, undersigned counsel hereby seek leave of the Court to withdraw as counsel for Ms. Elbaz, effective upon the filing of a notice of appeal.

Date:  December 3, 2019

Respectfully submitted,

/s/ Barry J. Pollack
Barry J. Pollack (MD Bar No. 12415)
Jessica Arden Ettinger (*pro hac vice*)
ROBBINS RUSSELL ENGLERT ORSECK
UNTEREINER & SAUBER LLP
2000 K Street NW, 4th Floor
Washington, D.C. 20006
Telephone: (202) 775 4500
Fax: (202) 775 4510
Email: bpollack@robbinsrussell.com

*Counsel for Ms. Elbaz*

**CERTIFICATE OF SERVICE**

On this 3rd day of December 2019, I directed the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Maryland by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record

Respectfully submitted,

/s/ Barry J. Pollack
Barry J. Pollack (MD Bar No. 12415)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K Street NW, 4th Floor
Washington, District of Columbia 20006
Telephone:  (202) 775 4500
Fax:  (202) 775 4510
Email: bpollack@robbinsrussell.com

*Counsel for Ms. Elbaz*