## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-18-157 |
| | * | |
| LEE ELBAZ, | * | |
| | * | |
| Defendant | * | |
| | * | |
| | ******* | |

## GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE

On November 25, 2019, the government filed its sentencing memorandum as to Lee Elbaz. (ECF No. 336.)   The Defendant's sentencing is scheduled for December 9, 2019 at 2:00 PM. The government apologizes for the delay and respectfully requests that the Court accept a Notice of Victim Impact Statements (ECF No. 346) for late filing, and in support states as follows:

1.      On August 7, 2019, the Defendant was convicted of conspiracy to commit wire fraud and three substantive counts of wire fraud.   (ECF No. 292)   On August 7, 2019, Judge Hazel entered a regular sentencing order setting forth deadlines for filings ahead of the Defendant's sentencing.   (ECF No. 295)   The order required that any sentencing memoranda be filed by the parties by November 25, 2019, and set the sentencing date for December 9, 2019 at 2:00 PM. The order also directed that "[a]ny other written materials relating to sentencing, including but not limited to letters or statements by . . . victims . . . shall be delivered to chambers no later than Monday, December 02, 2019."

2.      On November 25, 2019, the government filed, as part of its sentencing submission, statements from fourteen victims of the Defendant, as well as reports of interviews involving an additional four victims.   (ECF No. 338, Ex. A & Ex. B).

3.      Subsequent to the government's filing of its sentencing submission, the Government has continued to receive and identify additional statements from victims, including statements that have been submitted after December 2, 2019.

4.      In an effort to comply with 18 U.S.C. § 3771(4) and other operative statements, and to ensure that victims are reasonably heard at the Defendants' sentencing, the government wishes to submit to the Court additional statements from BinaryBook and BigOption victims, in order to make the Court aware of the submissions.

Respectfully submitted,

Robert A. Zink
Chief, Fraud Section

By:      _____/s/_____
         L. Rush Atkinson
         Assistant Chief, Fraud Section
         U.S. Department of Justice, Criminal Division
         1400 New York Avenue NW
         Washington, DC 20009