# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE ELBAZ,<br><br>Defendant. | Criminal Action No. TDC-18-0157 |

## ORDER

Having reviewed the parties' sentencing memoranda, the Court requires additional information in advance of the sentencing hearing on December 19, 2019. Accordingly, it is hereby ORDERED that the parties shall meet and confer and submit a joint calculation of the loss amount based on the following assumptions:

1. The loss may be calculated from the Spot Option data using the overall net losses for all clients subject to the following criteria.

2. The loss is limited to activities occurring on or after the date that Ms. Elbaz began employment at Yukom in May 2014.

3. The loss includes activities involving both U.S. victims and foreign victims.

4. The loss includes all activities of all retention agents of Yukom, Numaris, and Linkopia, whether or not specifically found at trial to be members of the conspiracy, but does not include the activities of other companies engaged in binary options fraud.

The calculation shall include summary charts and other relevant supporting documentation. To the extent that the parties cannot agree on the calculation, the submission shall identify areas of disagreement and provide each party's proposed calculation. The submission shall be due no later than **Thursday, December 12, 2019**.

Date: December 9, 2019

_____
THEODORE D. CHUANG
United States District Judge