# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE ELBAZ,<br><br>Defendant. | Criminal Action No. TDC-18-0157 |

## AMENDED ORDER

Upon consideration of Ms. Elbaz's Unopposed Motion for an Order to Release Lien on Property and the entire record herein, it is this 17th day of December, 2019, hereby

ORDERED that Ms. Elbaz's Unopposed Motion for an Order to Release Lien on Property is GRANTED; and it is further

ORDERED that the Clerk of the Court release to Limor Elbaz the $354,000 in cash she deposited with the Clerk of the Court on or about March 22, 2018, plus interest; and it is further

ORDERED that the San Francisco Assessor-Recorder's Office shall file this Order that shall release the encumbrance placed on 1633 Burrows Street, San Francisco, California 94134, APN: 5996-0331 (previously recorded in that office as Document No. 2017K516071), and that any and all liens on said property be released as they relate to the case number referenced above.



THEODORE D. CHUANG
United States District Judge