UNITED STATES OF AMERICA

____ FILED        ____ ENTERED
____ LOGGED        ____ RECEIVED

vs.

DEC 1 9 2019

LEE ELBAZ

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Criminal No. TDC-18-0157

Government's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 20 | December 19, 2019 | December 19, 2019 | **Actual Loss and Restitution Summary from the SpotOption Database – Customers with a Loss** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)