FILED: January 8, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4019
(8:18-cr-00157-TDC-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

LEE ELBAZ, a/k/a Lena Green

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:18-cr-00157-TDC-1 |
| Date notice of appeal filed in originating court: | 12/30/2019 |
| Appellant | Lee Elbaz |
| Appellate Case Number | 20-4019 |
| Case Manager | Anisha Walker<br>804-916-2704 |