FILED: July 7, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4019
(8:18-cr-00157-TDC-1)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

LEE ELBAZ, a/k/a Lena Green

        Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellant's unopposed motion to hold appeal in abeyance, the court grants the motion and places this case in abeyance until the district court issues a final restitution order. The parties shall file a status report on August 6, 2020, and every thirty days thereafter, and shall immediately notify this court in writing when the district court has ruled on the issue.

        For the Court

        /s/ Patricia S. Connor, Clerk