IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>LEE ELBAZ,<br>    a/k/a "Lena Green,"<br><br>           Defendant | Criminal Action No. TDC-18-157 |

## STATUS REPORT

Pursuant to this Court's August 4, 2020 Order, the United States of America, through its undersigned counsel, files the following status report. At the Court's direction, the government has conferred with Barry Pollack, Esq., counsel for the defendant for purposes of trial and restitution. The parties agree that a hearing on restitution prior to the Court's resolution is not necessary, and therefore neither party seeks a hearing.

Dated: August 7, 2020

                                              Respectfully submitted,

                                              ROBERT A. ZINK
                                              Chief, Fraud Section
                                              Criminal Division
                                              U.S. Department of Justice

                     By:        /s/
                                              L. Rush Atkinson, Assistant Chief
                                              Caitlin R. Cottingham, Assistant Chief
                                              Henry P. Van Dyck, Deputy Chief
                                              Fraud Section, Criminal Division
                                              U.S. Department of Justice
                                              1400 New York Ave. NW
                                              Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2020, I caused the foregoing document to be electronically filed with the Clerk of Court for the United States District Court for the District of Maryland by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record.

By:     /s/
        Caitlin Cottingham, Assistant Chief
        Fraud Section, Criminal Division
        U.S. Department of Justice