UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN  DIVISION

NO.  8:18-CR-157-TDC

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE OF APPEAL |
| v. | |
| LEE ELBAZ | |

Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY

GIVEN that the Defendant, Lee Elbaz, hereby appeals to the Fourth Circuit Court of Appeals

from the judgment entered in this court in the above-captioned case.  As an amended judgment

was entered by the Honorable Judge Theodore D. Chuang on August 19, 2020, this notice is

therefore filed within the time specification established in Rule 4(b)

Respectfully requested this 24th  day of August, 2020.

G. ALAN DUBOIS
Federal Public Defender

/s/ Eric J. Brignac
ERIC J. BRIGNAC
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone:  919-856-4236
Fax:  919-856-4477
E-mail:  Eric_Brignac@fd.org
N.C. State Bar No. 28443
LR 57.1 Counsel
Appointed

1

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ANKUSH KHARDORI
CAITLIN R COTTINGHAM
LAWRENCE RUSH ATKINSON
TRACEE J PLOWELL
DAVID STIER
HENRY P VAN DYCK
JENNIFER FARER
United States Department of Justice
1400 New York Ave. NW
Washington, DC 20005

ankush.khardori@usdoj.gov
caitlin.cottingham@usdoj.gov
lawrence.atkinson2@usdoj.gov
tracee.plowell@usdoj.gov
david.stier2@usdoj.gov
henry.van.dyck@usdoj.gov
Jennifer.Farer@usdoj.gov

By electronically filing the foregoing with the Clerk of Court on August 24, 2020, using the

CM/ECF system which will send notification of such filing to the above.

This the day of 24th  day of August, 2020

/s/ Eric J. Brignac
ERIC J. BRIGNAC
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone:  919-856-4236
Fax:  919-856-4477
E-mail:  Eric_Brignac@fd.org
N.C. State Bar No. 28443
LR 57.1 Counsel
Appointed

2